1  Eugene P. Ramirez, Esq. (State Bar No. 134865)
   *epr@manningllp.com*
2  Kayleigh A. Andersen, Esq. (State Bar No. 306442)
   *kaa@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendants, COUNTY OF
   SAN BERNARDINO and DEPUTY
   CHRISTOPHER ALFRED
8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11
   STEFFON BARBER, an individual,          Case No. 5:22-cv-00625-KK (SHKx)
12
                   Plaintiff,
13
          v.                               **DEFENDANT DEPUTY**
14                                         **CHRISTOPHER ALFRED'S**
   COUNTY OF SAN BERNARDINO, a             **ANSWER TO PLAINTIFF'S**
15 municipal entity, DEPUTY                **SECOND AMENDED**
   CHRISTOPHER ALFRED; and DOES            **COMPLAINT; DEMAND FOR**
16 1 through 10, inclusive                 **JURY TRIAL**
17                 Defendants.
18
19
20        Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant
21 DEPUTY CHRISTOPHER ALFRED ("Defendant") answers the Second Amended
22 Complaint ("Complaint") of Plaintiff STEFFON BARBER ("Plaintiff").   If an
23 averment is not specifically admitted, it is hereby denied.
24                      **ANSWER TO COMPLAINT**
25        1.    Answering Paragraph 1, Defendant lacks sufficient knowledge or
26 information to form a belief concerning the truth of the factual allegations contained
27 therein and on that basis denies such allegations.  Paragraph 1 further contains legal
28 conclusions and argument as to which no response is required.

                                   1

2.      Answering Paragraph 2, Defendant admits that this Court has original jurisdiction.  Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

3.      Answering Paragraph 3, Defendant admits that venue is proper before this Court.  Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

4.      Answering Paragraph 4, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

5.      Answering Paragraph 5, Defendant admits that the County of San Bernardino is a municipal entity in the State of California. Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

6.      Answering Paragraph 6, Defendant admits that the Defendant DEPUTY CHRISTOPHER ALFRED, was at all relevant times an employee of the County of San Bernardino. Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

7.      Answering Paragraph 7, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

8.      Answering Paragraph 8, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

9.      Answering Paragraph 9, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained

within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing. Paragraph 9 further contains legal conclusions and argument as to which no response is required

10.    Answering Paragraph 10, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

11.    Answering Paragraph 11, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

12.    Answering Paragraph 12, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

13.    Answering Paragraph 13, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

14.    Answering Paragraph 14, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically

each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

15.     Answering Paragraph 15, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

16.     Answering Paragraph 16, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

17.     Answering Paragraph 17, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

18.     Answering Paragraph 18, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

19.     Answering Paragraph 19, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

20.     Answering Paragraph 20, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

21.     Answering Paragraph 21, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

22.     Answering Paragraph 22, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

23.     Answering Paragraph 23, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing. Paragraph 23 further contains legal conclusions and argument as to which no response is required.

24.     Answering Paragraph 24, Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 23 of the Complaint.

25.     Answering Paragraph 25, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically

each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

26.    Answering Paragraph 26, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

27.    Answering Paragraph 27, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

28.    Answering Paragraph 28, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

29.    Answering Paragraph 29, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

30.    Answering Paragraph 30, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

31.    Answering Paragraph 31, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

32.    Answering Paragraph 32, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

33.    Answering Paragraph 33, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

34.    Answering Paragraph 34, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

35.    Answering Paragraph 35, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

36.    Answering Paragraph 36, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically

each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

37.    Answering Paragraph 37, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

38.    Answering Paragraph 38, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

39.    Answering Paragraph 39, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

40.    Answering Paragraph 40, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

41.    Answering Paragraph 41, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

42.     Answering Paragraph 42, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

43.     Answering Paragraph 43, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

44.     Answering Paragraph 44, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

45.     Answering Paragraph 45, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

46.     Answering Paragraph 46, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

47.     Answering Paragraph 47Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 46 of the Complaint.

48.     Answering Paragraph 48, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

49.     Answering Paragraph 49, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

50.     Answering Paragraph 50, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

51.     Answering Paragraph 51, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

52.     Answering Paragraph 52, including subsections (a) – (g), Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

53.     Answering Paragraph 53, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically

each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

54.    Answering Paragraph 54, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

55.    Answering Paragraph 55, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

56.    Answering Paragraph 56, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

57.    Answering Paragraph 57, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

58.    Answering Paragraph 58, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

59.    Answering Paragraph 59, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

60.    Answering Paragraph 60, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

61.    Answering Paragraph 61, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

62.    Answering Paragraph 62, Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 61 of the Complaint.

63.    Answering Paragraph 63, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

64.    Answering Paragraph 64, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

65.    Answering Paragraph 65, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

66.    Answering Paragraph 66, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

67.    Answering Paragraph 67, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

68.    Answering Paragraph 68, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

69.    Answering Paragraph 69, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

70.    Answering Paragraph 70, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically

each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

71.    Answering Paragraph 71, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

72.    Answering Paragraph 72, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

73.    Answering Paragraph 73, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

74.    Answering Paragraph 74, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

75.    Answering Paragraph 75, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

76.     Answering Paragraph 76, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

77.     Answering Paragraph 77, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

78.     Answering Paragraph 78, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

79.     Answering Paragraph 79, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

80.     Answering Paragraph 80, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

81.     Answering Paragraph 81, Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 80 of the Complaint.

82.     Answering Paragraph 82, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

83.     Answering Paragraph 83, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

84.     Answering Paragraph 84, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

85.     Answering Paragraph 85, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

86.     Answering Paragraph 86, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

87.     Answering Paragraph 87, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically

each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

88.     Answering Paragraph 88, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

89.     Answering Paragraph 89, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

90.     Answering Paragraph 90, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

91.     Answering Paragraph 91, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

92.     Answering Paragraph 92, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

93.    Answering Paragraph 93, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

94.    Answering Paragraph 94, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

95.    Answering Paragraph 95, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

96.    Answering Paragraph 96, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

97.    Answering Paragraph 97, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

98.    Answering Paragraph 98, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically

each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

99.    Answering Paragraph 99, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

100. Answering Paragraph 100, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

101.  Answering Paragraph 101, Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 100 of the Complaint.

102. Answering Paragraph 102, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

103. Answering Paragraph 103, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

104. Answering Paragraph 104, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations

contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

105.  Answering Paragraph 105, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

106.  Answering Paragraph 106, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

107.  Answering Paragraph 107, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

108.  Answering Paragraph 108, Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 107 of the Complaint.

109.  Answering Paragraph 109, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

110. Answering Paragraph 110, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

111. Answering Paragraph 111, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

112. Answering Paragraph 112, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

113. Answering Paragraph 113, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

114. Answering Paragraph 114, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

115. Answering Paragraph 115, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and

specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

116.    Answering Paragraph 116, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

117.    Answering Plaintiff's Prayer for Relief, including subsections (1) – (8), Defendants deny all liability to Plaintiff, including, but not limited to, all liability for any and all damages of any kind (general, special, statutory, or punitive); costs of any kind; attorneys' fees and expenses; interest; mental, emotional, physical past, present, or future pain and suffering; medical care costs; or for any relief of any kind from Defendants to Plaintiff.

118.    To the extent Plaintiff asserts any other claims or contentions not specifically addressed herein above, Defendant generally and specifically denies each and every remaining allegation and/or claim.

## AFFIRMATIVE DEFENSES

1.    As separate and affirmative defenses, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE
### (Tort Claims Act Violation)

2.    This action is barred by the Plaintiff's failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

### SECOND AFFIRMATIVE DEFENSE
### (Waiver, Estoppel, Unclean Hands)

3.    Defendants allege that Plaintiff's actions are barred by reason of conduct, actions and inactions of plaintiffs which amount to and constitutes a waiver of any

right plaintiffs may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop plaintiffs from recovery in this action, including but not limited to the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

4.    Plaintiff's claims are barred or limited to the extent Plaintiff failed to mitigate plaintiffs' injuries or damages, if there were any.  Plaintiff has failed to mitigate the damages, if any, which Plaintiff has sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, Plaintiff has failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries, and failed to take reasonable precautions to reduce any injuries and damages.

### FOURTH AFFIRMATIVE DEFENSE
### (Contributory and/or Comparative Liability)

5.    Plaintiff's claims are barred or limited by Plaintiff's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent the plaintiffs suffered any injury or damages, it was the result of Plaintiff's own negligent or deliberate actions or omissions.

6.    Plaintiff's recovery is barred because any injury or damage suffered by Plaintiff was caused solely by reason of the Plaintiff's wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties.  The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendants on account of such conduct.

### FIFTH AFFIRMATIVE DEFENSE
### (Public Entity/Employee Immunity for Discretionary Acts)

7.    There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not

1  such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*.

2     8.    Plaintiff's recovery is barred because public entities and employees are

3  immune from liability for discharging their mandatory duties with reasonable

4  diligence.

5     9.    Plaintiff's recovery is barred because public entities and employees are

6  immune from liability for any injury caused by the act or omission of another

7  person.  Gov. Code §§ 815 *et. seq.*, 820 *et. seq*.

8     10.    Defendant(s) are immune for any detriment resulting from any of their

9  actions or omissions at the time of the incident of which plaintiffs complain pursuant

10  to Government Code § 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including,

11  but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8,

12  820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and

13  Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 845.8,

14  854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## SIXTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

17     11.    Defendant(s) at all times relevant to this action acted reasonably and

18  prudently under the circumstances.  Defendant(s) therefore assert Qualified Immunity

19  from liability for the individual defendants to the fullest extent applicable.

20     12.    Defendant(s) are immune from liability under the Federal Civil Rights

21  Act because they acted in good faith with an honest and reasonable belief that their

22  actions were necessary and appropriate.  Defendant(s) are immune from liability

23  under the Federal Civil Rights Act because a reasonable police officer could believe

24  that his acts and conduct were appropriate.  Defendant(s) are immune from liability

25  under the Federal Civil Rights Act because their conduct did not violate clearly

26  established constitutional rights of which a reasonable person would have known.

27     13.    At all relevant times, Defendant(s) acted within the scope of discretion,

28  with due care, and good faith fulfillment of responsibilities pursuant to applicable

statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws.

## SEVENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

14.    At the time and place referred to in the Complaint, and before such event, Plaintiff knew, appreciated, and understood each and every risk involved in placing himself in the position which plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury and/or lawful deprivation of right(s).

## EIGHTH AFFIRMATIVE DEFENSE

15.    To the extent that the Complaint attempts to predicate liability upon the public entity defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code §§ 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to plaintiffs; and by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal case of any injury alleged in the SAC. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

## NINTH AFFIRMATIVE DEFENSE

16.    The defendant(s) may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate.  Cal. Govt. Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*,

475 U.S. 796 (1986).

## **TENTH AFFIRMATIVE DEFENSE**

17.    The Plaintiff's claims related to a peace officer's use of force are barred because a peace officer making a detention or arrest need not retreat in the face of resistance and cannot be deemed to be the aggressor or lose their right to self-defense and/or defense of others by using force.

18.    Defendant(s) contend that they cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in plaintiff's Complaint. Accordingly, Defendant expressly reserves the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for relief as follows:

1.    That the Complaint be dismissed, with prejudice and in its entirety;

2.    That Plaintiff take nothing by reason of this Complaint and that judgment be entered against Plaintiff and in favor of Defendants;

3.    That Defendant be awarded attorneys' fees and costs incurred in defending this action; and

4.    That Defendant be granted such other and further relief as the Court may deem just and proper.

DATED:  July 16, 2025          **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:    ___/s/ Kayleigh A. Andersen___
Eugene P. Ramirez, Esq.
Kayleigh A. Andersen, Esq.
Attorneys for Defendants, COUNTY OF
SAN BERNARDINO and DEPUTY
CHRISTOPHER ALFRED

## **DEMAND FOR JURY TRIAL**

Defendant, Deputy Christopher Alfred, hereby demands trial of this matter by jury.

DATED:  July 16, 2025                    **MANNING & KASS**
                                         **ELLROD, RAMIREZ, TRESTER LLP**


By: _____/s/ Kayleigh A. Andersen_____
    Eugene P. Ramirez, Esq.
    Kayleigh A. Andersen, Esq.
    Attorneys for Defendants, COUNTY OF
    SAN BERNARDINO and DEPUTY
    CHRISTOPHER ALFRED