Eugene P. Ramirez, Esq. (State Bar No. 134865)
  epr@manningllp.com
Kayleigh A. Andersen, Esq. (State Bar No. 306442)
  kaa@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 5:22-cv-00625-KK (SHKx)<br><br>**DEFENDANT DEPUTY CHRISTOPHER ALFRED'S NOTICE OF INTERESTED PARTIES** |

**TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The undersigned, as counsel of record for defendant, COUNTY OF SAN BERNARDINO, certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made pursuant to C.D. Cal. Local Rule 7.1-1, to enable the court to evaluate possible disqualification or recusal:

1. STEFFON BARBER (Plaintiff);
2. COUNTY OF SAN BERNARDINO (Defendant); and
3. DEPUTY CHRISTOPHER ALFRED (Defendant).

1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 16, 2025 | **MANNING & KASS** |
| 3 | | **ELLROD, RAMIREZ, TRESTER LLP** |
| 4 | | |
| 5 | | By: /s/ Kayleigh A. Andersen |
| 6 | | Eugene P. Ramirez, Esq. |
| | | Kayleigh A. Andersen, Esq. |
| 7 | | Attorneys for Defendants, COUNTY OF |
| 8 | | SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED |

