1 | **RODNEY S. DIGGS, Esq. (SBN 274459)**
2 | Email: RDiggs@imwlaw.com
  | **DARRYL MEIGS, Esq. (SBN 34221)**
3 | Email: DMeigs@imwlaw.com
4 | **IVIE McNEILL WYATT PURCELL & DIGGS**
  | 444 South Flower Street, Suite 1800
5 | Los Angeles, California 90071
6 | Telephone: (213) 489-0028
  | Facsimile: (213) 489-0552
7 | Attorneys for Plaintiff, STEFFON BARBER
8 |
9 | **JAMES A. BRYANT, ESQ. (SBN 255652)**
  | Email: jbryant@cochranfirm.com
10 | **THE COCHRAN FIRM CALIFORNIA**
   | 4929 Wilshire Blvd., Suite 1010
11 | Los Angeles, California 90010
12 | Telephone: (323) 435-8205
   | Facsimile:
13 | Attorneys for Plaintiff STEFFON BARBER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STEFFON BARBER, an individual, | CASE NO.: 5:22-cv-00625-JWH-SHK |
|---|---|
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| vs. | |
| COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:22-cv-00625-KK-SHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DEPUTY CHRISTOPHER ALFRED
was received by me on *(date)* 06/26/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sandra C., Office Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* DEPUTY CHRISTOPHER ALFRED on *(date)* 07/11/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 162.00 for services, for a total of $ 162.00.

I declare under penalty of perjury that this information is true.

Date: 07/14/2025

*Server's signature*

CHRISTIAN CANAS, PROCESS SERVER
*Printed name and title*

800 W. 1ST ST. #200B
LOS ANGELES, CA 90012
c/o USA Legal Network
*Server's address*

Additional information regarding attempted service, etc:
DESCRIPTION OF PERSON SERVED:
7/11/2025 12:39 PM Sub-served to Sandra C., Office Specialist, (5'7", 170lbs., 55 years, blond hair, White female )

ADDRESS OF SERVICE:
655 East Third Street, San Bernardino, CA 92410

USALN#: 1217599IV