Eugene P. Ramirez, Esq. (State Bar No. 134865)
  *epr@manningllp.com*
Kayleigh A. Andersen, Esq. (State Bar No. 306442)
  *kaa@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED; and DOES 1 through 10, inclusive <br><br> Defendants. | Case No. 5:22-cv-00625-KK (SHKx) <br><br> *District Judge, Kenly Kiya Kato, Magistrate Judge, Shashi H. Kewalramani]* <br><br> **SECOND JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND RELATED DEADLINES; IN THE ALTERNATIVE, TO BRIEFLY CONTINUE THE DISCOVERY DATES** <br><br> [*[Proposed] Order filed concurrently*] |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiff STEFFON BARBER, and the Defendants COUNTY SAN BERNARDINO, and DEPUTY CHRISTOPHER ALFRED (collectively, "Defendants") the parties, through their respective attorneys of record, as follows:

1. Plaintiff filed his initial complaint on April 12, 2022. [Dkt. 1.]
2. On July 27, 2022, the parties filed a joint stipulation to stay this case due

1
**SECOND JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND RELATED DEADLINES**

to Plaintiff's then ongoing related criminal proceeding (Case No. FVI121001312). [Dkt. 19-20.]

3. On December 19, 2024, Plaintiff filed a status report informing the Court that Plaintiff's criminal matter was resolved on December 16, 2024, and requested that the Court return this matter to its active calendar. [Dkt. 41.]

4. On December 19, 2024, the Court granted Plaintiff's request to lift the stay, and returned this case back to the Court's active calendar. [Dkt. 43.]

5. On February 7, 2025, the Court issued a Civil Trial Scheduling Order, including the Court's schedule of case management deadlines discovery, for initial and rebuttal disclosure of expert witnesses, filing and hearing of dispositive motions, and pre-trial and trial dates. [Dkt. 47.]

6. On June 17, 2025, Plaintiff filed his Second Amended Complaint ("SAC"), and added Deputy Christopher Alfred as a Defendant. [Dkt. 72.]

7. On July 1, 2025, Defendant County of San Bernardino filed its answer to the SAC. [Dkt. 75.]

8. On or around July 11, 2025, Plaintiff served the SAC on Defendant Deputy Christopher Alfred, and he subsequently filed his answer on July 17, 2025. [Dkt. 78.]

9. Since the stay on this case was lifted in February 2025, the parties have been actively litigating this matter. Between February and June 2025, the parties remedied all issues with the pleadings, while simultaneously exchanging written discovery. Defendants served discovery on the Plaintiff in February, and Plaintiff served discovery on Defendants in April. Since Defendant Deputy Alfred filed his Answer on July 17, 2025, a continuance will allow the parties to propound additional written discovery. Moreover, the only deposition that could have been scheduled between February and July was that of the Plaintiff. However, Defendants wanted to depose the Plaintiff after his sentencing hearing in June as statements made during the sentencing hearing may be relevant.

10. It is of significance that Defendant Deputy Alfred was brought into this case on July 11, 2025. Counsel for Defendants were cognizant of the upcoming deadlines in this case, and acted with diligence to file an answer on behalf of Defendant Deputy Alfred just six days after he was served with the SAC. Subsequently, the parties immediately attempted to find a mutually agreeable date to take the deposition of Defendant Deputy Alfred. Plaintiff noticed the deposition of Defendant Deputy Alfred for July 31, 2025, however, it was taken off calendar due to an unavoidable conflict of Defendants' counsel. Both parties continued to make a good faith effort to make themselves available prior to the August 14, 2025 Scheduling Order discovery deadline, but ultimately the first available date for both parties and the deponent, is August 26, 2025.

11. Once Plaintiff and Defendant Deputy Alfred are deposed, it is likely that multiple depositions will follow. Defendants anticipate needing to depose multiple witnesses prior to initial expert disclosures and the filing of dispositive motions. Additionally, Plaintiff will likely need to take the depositions of County personnel as they may see fit. Subsequently, the parties will likely retain multiple experts, and the experts will need sufficient time to review the deposition transcripts, prior to the current expert disclosure deadline of August 28, 2025.

12. Defendant County of San Bernardino noticed Plaintiff's deposition for August 5, 2025, however, this date has been taken off calendar due to unavoidable conflict with Plaintiff's lead counsel, Rodney S. Diggs. On August 5, 2025, Mr. Diggs has another deposition scheduled in another state. Additionally, Plaintiff is currently incarcerated at the San Bernardino County Detention Center, and we are waiting for clearance at the prison. Plaintiff's deposition must be coordinated with the prison's procedures and protocols, and requires that the prison receive a two-week advanced notice of the proposed date.

13. Due to the depositions that will need to be taken, the parties believe that a brief continuance is necessary to gather adequate discovery, allow the parties'

3

**SECOND JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND RELATED DEADLINES**

experts to have all necessary deposition transcripts and records prior to preparing initial expert reports, and allow the Defendants to file a motion for summary judgment. The remaining discovery is also needed prior to the settlement conference so that the parties can engage in a meaningful mediation. The parties are informed and believe that there is good cause for a brief continuance of the scheduling order deadlines, in this matter.

14. In addition to the foregoing, good cause exists for a brief continuance of the scheduling order deadlines because Dale Galipo recently associated into this matter, on July 10, 2025, as one of the attorneys for the Plaintiff in this matter. Counsel for Defendants and Plaintiff are working together to agree on dates for the depositions in this case, and require additional time due to their commitments and trial schedules in other cases.

15. This is the second request by the parties for a continuance of the Court's scheduling order deadlines in this matter. The first request by the parties for a continuance was denied on July 24, 2025, for failure to demonstrate due diligence or good cause. [Dkt. 84.]

**STIPULATION RE CONTINUANCE OF SCHEDULING ORDER DEADLINES.**

16. Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate and request a brief continuance of the Court's scheduling order and case management deadlines along the following lines:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| **Non-Expert Discovery Cut-Off** | 08/14/2025 | 01/23/2026 |
| **Initial Expert Disclosures** | 08/28/2025 | 01/30/2026 |

**SECOND JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND RELATED DEADLINES**

| | | |
|---|---|---|
| **Rebuttal Expert Disclosures** | 09/11/2025 | 02/20/2026 |
| **Expert Discovery Cut-Off** | 10/02/2025 | 03/06/2026 |
| **Last day to conduct Settlement Conference** | 10/30/2025 | 03/13/2026 |
| **Dispositive Motion Hearing Cut-off** | 11/06/2025 | 03/26/2026 |
| **Final Pre-Trial Conference** | 01/08/2026 at 10:30AM | 05/21/2026 at 10:30 AM |
| **Jury Trial** | 01/26/2026 at 8:30 AM | 06/15/2026 at 8:30 AM |

In the alternative, if this Court is unable to grant the Parties' joint request to continue all the dates, including the pretrial and trial dates, then the Parties respectfully request that this Court breifly continue the discovery deadlines, as follows, for the good cause asserted above.

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| **Non-Expert Discovery Cut-Off** | 08/14/2025 | 09/24/2025 |
| **Initial Expert Disclosures** | 08/28/2025 | 10/17/2025 |
| **Rebuttal Expert Disclosures** | 09/11/2025 | 11/06/2025 |
| **Expert Discovery Cut-Off** | 10/02/2025 | 12/05/2025 |
| **Last day to conduct Settlement Conference** | 10/30/2025 | **No change** |
| **Dispositive Motion Hearing Cut-off** | 11/06/2025 | **No change** |

**SECOND JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND RELATED DEADLINES**

| Final Pre-Trial Conference | 01/08/2026 at 10:30AM | No change |
|---|---|---|
| Jury Trial | 01/26/2026 at 8:30 AM | No change |

This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED.**

DATED: July 31, 2025         **MANNING & KASS**
                             **ELLROD, RAMIREZ, TRESTER LLP**


By:     */s/ Eugene P. Ramirez*
        Eugene P. Ramirez
        Kayleigh Andersen
        Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

SECOND JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND RELATED DEADLINES

| | | |
|---|---|---|
| 1 | DATED: July 31, 2025 | **LAW OFFICES OF DALE K. GALIPO** |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Dale K. Galipo |
| 5 | | Dale K. Galipo<br>Renee Masongsong |
| 6 | | Attorneys for Plaintiff |
| 7 | | |
| 8 | DATED: July 31, 2025 | **IVIE McNEILL WYATT PURCELL & DIGGS** |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Rodney S. Diggs |
| 12 | | RODNEY S. DIGGS<br>Attorneys for Plaintiff |

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

7