Eugene P. Ramirez, Esq. (State Bar No. 134865)
    epr@manningllp.com
Kayleigh A. Andersen, Esq. (State Bar No. 306442)
    kaa@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 5:22-cv-00625-KK (SHKx)<br><br>*District Judge, Kenly Kiya Kato, Magistrate Judge, Shashi H. Kewalramani]*<br><br>**ORDER RE STIPULATION AND JOINT REQUEST FOR AN ORDER CONTINUING COURT'S SCHEDULING ORDER DEADLINES**<br><br>**[NOTE CHANGES BY COURT]** |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. The Court hereby orders that the operative scheduling order deadlines [see Doc. 47] are continued as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| **Non-Expert Discovery Cut-Off** | 08/14/2025 | **09/24/2025** |
| **Initial Expert Disclosures** | 08/28/2025 | **10/17/2025** |
| **Rebuttal Expert Disclosures** | 09/11/2025 | **11/06/2025** |
| **Expert Discovery Cut-Off** | 10/02/2025 | **12/05/2025** |
| **Last day to conduct Settlement Conference** | 10/30/2025 | **No change** |
| **Dispositive Motion Hearing Cut-off** | 11/06/2025 | **No change** |
| **Final Pre-Trial Conference** | 01/08/2026 at 10:30AM | **No change** |
| **Jury Trial** | 01/26/2026 at 8:30 AM | **No change** |

**IT IS SO ORDERED.**

DATED: \_\_\_\_August 4\_\_\_\_, 2025

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

By: /s/ Kenly Kiya Kato

Hon. Kenly Kiya Kato
UNITED STATES DISTRICT JUDGE