RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
IVIE McNEILL WYATT PURCELL & DIGGS
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Telephone:  (213) 489-0028
Facsimile:   (213) 489-0552
Attorneys for Plaintiff, STEFFON BARBER

JAMES A. BRYANT, ESQ. (SBN 255652)
Email: jbryant@cochranfirm.com
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Blvd., Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Attorneys for Plaintiff STEFFON BARBER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEFFON BARBER, an individual, | CASE NO.: 5:22-cv-00625-KK-SHK |
| Plaintiff, | DISCOVERY MATTER |
| vs. | Assigned to:<br>Hon. District Judge Kenly Kiya Kato<br>Hon. Magistrate Judge, Shashi H. Kewalramani |
| COUNTY OF SAN BERNARDINO et al., | |
| Defendants. | **PLAINTIFF'S REQUEST FOR A COURT ORDER ALLOWING PLAINTIFF'S EXPERTS TO EVALUATE HIM IN CUSTODY** |

-1-
PLAINTIFF'S REQUEST FOR A COURT ORDER

**TO THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Steffon Barber, by and through his attorneys of record, hereby requests that this Court issue an order permitting Plaintiff's medical experts to evaluate him at the facility where he is currently in custody.

This case arises from the shooting of Steffon Barber by Defendant Deputy Christopher Alfred, which occurred on April 27, 2021. During the incident giving rise to this lawsuit, Mr. Barber sustained gunshot wounds to the back of his head and related injuries. Plaintiff intends to retain medical expert(s) to opine on his physical injuries relating to the deputy-involved shooting. Plaintiff's expert(s) intend to base their opinions in part on their in-person physical examination of Mr. Barber.

Plaintiff Steffon Barber is currently a state prisoner (CDCR #CB5634) housed at Wasco State Prison ("WSP"), located at 701 Scofield Ave., Wasco, California 93280 , which is operated by the California Department of Corrections and Rehabilitation ("CDCR"). WSP/CDCR requires a court order for Plaintiff's expert(s) to conduct an in-person examination of Mr. Barber.

Accordingly, Plaintiff requests that this Court issue an Order permitting the in-custody evaluation of Plaintiff to proceed at a date and time that is mutually convenient for Plaintiff's experts and the CDCR.

DATED: September 4, 2025

LAW OFFICES OF DALE K. GALIPO

By: /s/ Dale K. Galipo
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff