# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SAN BERNARDINO et al.,<br><br>　　　Defendants. | CASE NO.: 5:22-cv-00625-KK-SHK<br><br>DISCOVERY MATTER<br><br>Assigned to:<br>Hon. District Judge Kenly Kiya Kato<br>Hon. Magistrate Judge, Shashi H. Kewalramani<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR A COURT ORDER ALLOWING PLAINTIFF'S EXPERTS TO EVALUATE HIM IN CUSTODY** |

　　　Having reviewed Plaintiff Steffon Barber's request that this Court issue an order permitting Plaintiff's medical expert(s) to evaluate him at the facility where he is currently in custody, and GOOD CAUSE having been shown, it is hereby ordered as follows: Wasco State Prison, located at 701 Scofield Ave., Wasco, California 93280, which is operated by the California Department of Corrections and Rehabilitation, shall allow Steffon Barber's medical expert(s) to conduct an in-person examination of Mr. Barber at a date and time that is mutually convenient for Plaintiff's experts and the facility.

1  IT IS SO ORDERED.

2

3  DATED: _____

4  Hon. Magistrate Judge, Shashi H. Kewalramani

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-
PROOF OF SERVICE