RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
IVIE McNEILL WYATT PURCELL & DIGGS
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Telephone:  (213) 489-0028
Facsimile:   (213) 489-0552
Attorneys for Plaintiff, STEFFON BARBER

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Attorneys for Plaintiff STEFFON BARBER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>DISCOVERY MATTER<br><br>Assigned to:<br>Hon. District Judge Kenly Kiya Kato<br>Hon. Magistrate Judge, David T. Bristow<br><br>**JOINT STIPULATION AND REQUEST FOR A COURT ORDER ALLOWING PLAINTIFF'S EXPERTS TO EVALUATE HIM IN CUSTODY**<br><br>[Proposed] Order *filed concurrently herewith* |

## TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between Plaintiff STEFFON BARBER, and the Defendants COUNTY SAN BERNARDINO and DEPUTY

CHRISTOPHER ALFRED (collectively, "Defendants") the parties, through their respective attorneys of record, as follows:

1. The Parties hereby request that this Court issue an order permitting Plaintiff's medical experts to evaluate him at the facility where he is currently in custody.

2. This case arises from the shooting of Steffon Barber by Defendant Deputy Christopher Alfred, which occurred on April 27, 2021. During the incident giving rise to this lawsuit, Mr. Barber sustained gunshot wounds to the back of his head and related injuries.

3. Plaintiff and Defendants intend to retain medical experts to opine on his physical injuries relating to the deputy-involved shooting. Plaintiff's experts intend to base their opinions in part on their in-person physical examination of Mr. Barber.

4. Plaintiff Steffon Barber is currently a state prisoner (CDCR #CB5634). Plaintiff previously filed a request for a court order allowing his medical expert(s) to evaluate him where he was housed at Wasco State Prison ("WSP"), located at 701 Scofield Ave., Wasco, California 93280.

5. Mr. Barber was recently transferred to Salinas Valley State Prison ("SVSP"), located at 31625 Highway 101, Soledad, CA 93960, which is operated by the California Department of Corrections and Rehabilitation ("CDCR"). SVSP/CDCR requires a court order for Plaintiff's expert(s) to conduct an in-person examination of Mr. Barber.

6. The Parties agree that Defendants' expert(s) may appear at the medical examination(s) of Plaintiff by Zoom and/or that the examination(s) be video-recorded, provided that SVSP/CDCR is able to accommodate this request.

7. Accordingly, the Parties request that this Court issue an Order permitting the in-custody evaluation of Plaintiff to proceed at a date and time that is

mutually convenient for the expert(s) and the SVSP/CDCR.

DATED: September 16, 2025

LAW OFFICES OF DALE K. GALIPO

By: _____
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff

DATED: September 16, 2025

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: *Kayleigh A. Andersen*
Eugene P. Ramirez, Esq.
Kayleigh A. Andersen, Esq.
Attorneys for Defendant,
COUNTY OF SAN BERNARDINO

DATED: September 16, 2025

**IVIE McNEILL WYATT PURCELL & DIGGS**

By: */s/ Rodney S. Diggs*
Rodney S. Diggs, Esq.
Attorneys for Plaintiff, STEFFON BARBER