UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO et al.,<br><br>Defendants. | CASE NO.: 5:22-cv-00625-KK-SHK<br><br>**DISCOVERY MATTER**<br><br>Assigned to:<br>Hon. District Judge Kenly Kiya Kato<br>Hon. Magistrate Judge, David T. Bristow<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION AND REQUEST FOR A COURT ORDER ALLOWING PLAINTIFF'S EXPERTS TO EVALUATE HIM IN CUSTODY** |

Having reviewed the Parties' Joint Stipulation and Request that this Court issue an order permitting Plaintiff's medical expert(s) to evaluate him at the facility where he is currently in custody, and GOOD CAUSE having been shown, it is hereby ordered as follows: Salinas Valley State Prison ("SVSP"), located at 31625 Highway 101, Soledad, CA 93960, which is operated by the California Department of Corrections and Rehabilitation, shall allow Steffon Barber's medical expert(s) to conduct an in-person examination of Mr. Barber at a date and time that is mutually convenient for the expert(s) and the facility. If possible, SVSP shall make accommodations for Defendants' medical expert(s) to appear at the examination(s)

1 | by Zoom or similar platform, and/or shall allow Plaintiff's medical expert(s) to
2 | video-record the examination(s).
3 |
4 |     IT IS SO ORDERED.
5 |
6 | DATED: _____  _____
7 |                                     Hon. Magistrate Judge David T. Bristow

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-
PROOF OF SERVICE