CAD/Ti                                                                                                         Page 1 of 7

## Detailed History for Police Inc# #AD211170085 As of 5/10/2021 09:28:48

Output for: G4629

Priority:4 Type:LFE - Lethal Force Encounter
Location:12005 WHITE AVE, ADC btwn CONCORD ST and ADELANTO RD

| Created:  | 04/27/2021 23:12:53 | DC52 | I1288 |
|-----------|---------------------|------|-------|
| Entered:  | 04/27/2021 23:13:46 | DC52 | I1288 |
| Dispatch: | 04/27/2021 23:14:32 | DC08 | H7115 |
| Enroute:  | 04/27/2021 23:14:32 | DC08 | H7115 |
| Onscene:  | 04/27/2021 23:19:10 | DC08 | H7115 |
| Control:  | 04/27/2021 23:42:42 | DC08 | H7115 |
| Transprt: | 04/27/2021 23:56:21 | DC08 | H7115 |
| Complete: | 04/27/2021 23:59:13 | DC08 | H7115 |
| Closed:   | 04/28/2021 12:20:11 | DC08 | E4794 |

IC: PrimeUnit:60H1 Dispo:NAT Type:LFE - Lethal Force Encounter
Jur:AD Group:AD Squad Area:AD1 RptDist:AD104
Case #:ADR2100897    ☐ Detail

| Time | Event | Details |
|------|-------|---------|
| 23:12:53pdt | CREATE | Location:12005 WHITE AVE, ADC Type:415S Phone Source:W911 Group:AD RD:AD104 TypeDesc:SUBJECT DISTURB LocDesc:btwn CONCORD ST and ADELANTO RD Priority:1 Response:1PAT Jur:AD LocType:S GeoLong:-117.402788 GeoLat:34.584661 |
| 23:13:46 | ENTRY | Text:RP SYS NEIGHBOR IS NOT LETTING THEM ENTER THEIR RESD |
| 23:13:46 | ALI | E911Phne: E911Pilot E911Add:11720 BARLETT AVE, ADC E911Subs:VERIZON WIRELESS 1-800-451-5242 E911Srce:WPH2 Tower:VZW AliLong:-117.403024 AliLatitude:34.58474000 Confidence:90 |
| 23:13:46 | ALIGEO | GeoLong:-117.403024 GeoLat:34.58474000 ClosestAdd:11994 WHITE AVE ClosestInt:WHITE AVE / CONCORD ST InterDesc:22 ft W Area1:AD104 |
| 23:13:46 | -SELECT | |
| 23:13:46 | -NPREMS | Text:(none) |
| 23:13:58 | INFO | Text:NEIHGBOR LIVES BEHIND RP |
| 23:14:03 | MISC | Text:AIRED |
| 23:14:11 | INFO | Text:NEIGHBOR WAS TRYING TO OPEN RP'S CAR DOORS |
| 23:14:25 | MISC | Text:24P11 COPIES |
| 23:14:32 | DISPER | 24R11 Operator:B5934 OperNames:MORALES,RICHARD Text:EXTENDED FROM SOUTH END |
| 23:14:32 | -PRIU | 24R11 |
| 23:14:46 | INFO | |
| 23:14:46 | SUBJ | S#:1 Race:B Sex:M InvType:INVP Check:Y Misc:NEIGHBOR / LSW: WHI SHRT, JEANS |
| 23:14:56 | MISC | Text:NEG CHL SINCE 2019 |
| 23:15:10 | INFO | Text:RP ADV NEIGHBOR IS NOW TAKING THNGS OUT OF HIS VEH TRUNK |
| 23:15:26 | MISC | Text:AIRED |
| 23:15:30 | HOLD | |
| 23:15:38 | INFO | Text:MALE IS POSS HBD/HS |
| 23:15:48 | ASSIST | 24P12 CalSgn:24R11 Location:12005 WHITE AVE, ADC Operator:H8168 H6891 OperNames:COLEY,BLAKE; TORRES,LARRY |
| 23:15:57 | INFO | Text:RP DOESN'T KNOW NEIGHBOR'S NAME |
| 23:16:01 | *ASSIST | 24P11 CalSgn:24R11 Location:12005 WHITE AVE, ADC Operator:G9800 OperNames:ALFRED,CHRISTOPHER |
| 23:16:42 | INFO | Inf/Name:GALLO,MARIA RPCont:Y |
| 23:16:42 | VEH | V#:1 VehCol:BLU Make:MERZ Misc:SEDAN InvType:RP Check:Y |

Confidential: Subject to Protective Order                                                COSB 001169

| Time | Type | Details |
|---|---|---|
| 23:16:42 | VEH | V#:2 VehCol:BLK Make:CHEV Model:CHEV-TBZ InvType:INVV Check:Y |
| 23:17:11 | MISC | 24R11 Text:AIRED |
| 23:17:15 | MISC | 24R11 Text:WEAPONS? |
| 23:17:28 | INFO | Text:RP ADV PHONE WAS LOW ON BATTERY CAN BE REACHED AT ███ |
| 23:17:30 | INFO | Text:NO WPNS SEEN |
| 23:17:39 | MISC | 24R11 Text:AIRED |
| 23:18:08 | NOMORE | |
| 23:19:10 | ONSCN | 24P11 |
| 23:19:45 | MISC | 24P11 Text:OUT WITH RP |
| 23:22:22 | *ASSIST | 7S1 CalSgn:24P11 Location:12005 WHITE AVE, ADC Operator:D4303 OperNames:LONG,TAYLOR |
| 23:22:22 | *ASSIST | 7P11 CalSgn:24R11 Location:12005 WHITE AVE, ADC Operator:H7540 OperNames:COLLINS,ANDREW |
| 23:22:31 | MISC | 24P11 Text:1 NOT COMPLYING VERBALLY/ SHOTS FIRED |
| 23:22:34 | CRIT | 24P11 Terminal:DC11 |
| 23:22:36 | *ASSIST | 7R11 CalSgn:24P11 Location:12005 WHITE AVE, ADC Operator:G8544 OperNames:SANDLES,JOEL |
| 23:22:44 | MISC | 24P11 Text:VEH BEHIND ME STARTS MEDS |
| 23:22:54 | MISC | 24P11 Text:NOT RESPONDING TO ANY COMMANFS |
| 23:23:05 | MISC | 24P11 Text:MEDS ARE NOT CLEAR IN |
| 23:23:14 | MISC | 24P11 Text:NOT RESPONDING TO ANY COMMANDS |
| 23:23:23 | MISC | 24P11 Text:LATE ENTRY/ SUBJ GOT INTO VEH |
| 23:23:33 | MISC | Text:MEDS ADVD TO STAGE |
| 23:23:39 | MISC | Text:BOLO DCC4 |
| 23:23:41 | *ASSIST | 7P12 CalSgn:24P11 Location:12005 WHITE AVE, ADC Operator:I5450 G3858 OperNames:RUSSELL,KEVIN; MORA,JOSEPH |
| 23:23:47 | MISC | 24P11 Text:STILL NOT RESPONDING |
| 23:24:01 | ONSCN | 24R11 |
| 23:24:05 | *ASSIST | 26P11 CalSgn:24P12 Location:12005 WHITE AVE, ADC Operator:I1579 OperNames:HOOD,ASHLEY |
| 23:24:09 | INFO | Location:12005 WHITE AVE, ADC Phone ███ Source:WPH2 Group:AD LocDesc:btwn CONCORD ST and ADELANTO RD Text:RP CB ADV HE HEARD SHOTS IN THE AREA, POSS 6, ADV DEPS WERE 97 AND DISC |
| 23:24:09 | ALI | E911Phne: ███ E911Pilot: ███ E911Add:11613 BARTLETT AV, ADC E911Subs:T-MOBILE USA E911Srce:WPH2 Tower:TMOB AliLong:-117.402831 AliLatitude:34.58477300 Confidence:90 |
| 23:24:09 | ALIGEO | GeoLong:-117.402831 GeoLat:34.58477300 ClosestAdd:12006 WHITE AVE ClosestInt:WHITE AVE / CONCORD ST InterDesc:40 ft NE Area1:AD104 |
| 23:24:25 | MISC | 24P11 Text:SAME 415V EARLIER OFF WHITE |
| 23:25:31 | MISC | 24P11 Text:DEP NOT INJURY/ SUBJ STILL NOT RESPONFING ANOTHER FEM S/O LOC TO CONFIRM IF SHES INJURED |
| 23:25:53 | MISC | 24P11 Text:SUBJ DOWN BUT STILL MOVING |
| 23:25:58 | *ONSCN | 7P11 |
| 23:26:45 | ONSCN | 7P12 24P12 |
| 23:27:02 | MISC | 24P11 Text:STILL UNRESPONSIVE WE CANT RENDER AID |
| 23:27:57 | MISC | 24R11 Text:MEDS CLEAR IN |
| 23:28:14 | MISC | Text:FIRE ADV'D |
| 23:29:09 | MISC | 24P11 Text:VEH IS CLEAR/ CPR I/P |
| 23:29:17 | XREF | Service:P Inc#:#AD211170068 Type:415V Jur:AD |
| 23:29:22 | MISC | 24P12 Text:EXPEDIATE MEDS |
| 23:29:33 | MISC | 7P12 Text:SUBJ IS TALKING/ 1 GSW |
| 23:30:02 | MISC | Text:FIRE UPDATED REF LAST SUPS |
| 23:30:04 | MISC | 7P12 Text:MEDS UPDATED |
| 23:30:17 | *ASSIST | 27P11 CalSgn:26P11 Location:12005 WHITE AVE, ADC Operator:G8587 OperNames:BAGWILL,DANIEL |

Confidential: Subject to Protective Order                                        COSB 001170

| Time | Type | Text |
|---|---|---|
| 23:30:36 | MISC | 7P12 Text:ATL: BMA BARBER, STEPHAN 1986 |
| 23:31:04 | MISC | 7R11 Text:STARTCITY ROADS BLOCK WHITE FROM AD RD TO PEARMAIN |
| 23:31:09 | MISC | Text:WILL NEEDS TAPED OFF |
| 23:31:38 | RFT | 7P12 InvType:SNS Name:BARBER,STEFFON Sex:M |
| 23:31:38 | RFT | 7P12 Text:INQUIRY SNS,BARBER,STEFFON,, ,,X,X,X,,X,,,,,,,, |
| 23:31:43 | MISC | 24P12 Text:AMR 97 |
| 23:31:54 | LOGM | 7P12 Message:0321042806310003615 MessageType:HTML Received:04/27/2021 23:31:38 Text:CNI BARBER |
| 23:32:02 | LOGM | 7P12 Message:0321042806320003616 MessageType:Text Received:04/27/2021 23:31:58 Text:SUS REV BARBER |
| 23:32:07 | LOGM | 7P12 Message:0321042806320003617 MessageType:Text Received:04/27/2021 23:32:02 Text:ERST BARBER |
| 23:32:13 | LOGM | 7P12 Message:0321042806320003618 MessageType:Text Received:04/27/2021 23:32:07 Text:PROB BARBER |
| 23:32:17 | LOGM | 7P12 Message:0321042806320003620 MessageType:HTML Received:04/27/2021 23:32:14 Text:INV BARBER |
| 23:34:21 | MISC | 7P12 Text:FIRE 97/ GET ENGINE # |
| 23:34:27 | MISC | Text:ADELANTO PUBLIC WORKS ADV'D/ENRT, ETA 25 MIN |
| 23:34:45 | MISCA | 24P11 Plate:5AMC384 Text:PLT |
| 23:34:45 | RFT | 24P11 Plate:5AMC384 / / / |
| 23:34:45 | RFT | 24P11 Text:INQUIRY CADQ,,,,,,,,,,,,,5AMC384,,,,,,,,,, |
| 23:35:03 | LOGM | 24P11 Message:0321042806350003626 MessageType:Text Received:04/27/2021 23:34:46 Text:03 CHEV/ RO BARBER |
| 23:35:09 | LOGM | 24P11 Message:0321042806350003627 MessageType:HTML Received:04/27/2021 23:35:04 Text:PLT INV 03 CHEV/ RO BARBER |
| 23:35:39 | MISC | Text:UNITS COMING IN TAKE S/O RESD CHECK FOR ANY INJURYS |
| 23:35:49 | ONSCN | 7S1 |
| 23:36:54 | MISC | 7P12 Text:AMR PUTTING SUBJ ON GUERNEY TRANSPORTING TO LZ AT FIRE STATION |
| 23:37:01 | *ONSCN | 26P11 |
| 23:38:44 | *ONSCN | 7R11 |
| 23:39:18 | MISC | 24P12 Text:SUS WILL BE FLOWN TO ARMC |
| 23:40:16 | RFT | InvType:SNS Name:GALLO,MARIA Sex:F |
| 23:40:16 | RFT | Text:INQUIRY SNS,GALLO,MARIA,TERESA,F ,,,X,X,X,,X,,,,,,,, |
| 23:40:30 | RFT | InvType:SNS Name:GALLO,MARIA Sex:F |
| 23:40:30 | RFT | Text:INQUIRY SNS,GALLO,MARIA,, X,X,X,,X,,,,,,,, |
| 23:40:49 | LOGM | Message:0321042806400003701 MessageType:Text Received:04/27/2021 23:40:39 Text:CDL GALLO. 091991 |
| 23:41:14 | RFT | InvType:SNS Name:GALLODOMINGUEZ,MARIA Sex:F |
| 23:41:14 | RFT | Text:INQUIRY SNS,GALLODOMINGUEZ,MARIA,,F,021766,,,,X,X,X,,X,,,,,,,, |
| 23:41:45 | RFT | InvType:SNS Name:DOMINGUEZGALLO,MARIA Sex:F |
| 23:41:45 | RFT | Text:INQUIRY SNS,DOMINGUEZGALLO,MARIA,,F,021766,,,,X,X,X,,X,,,,,,,, |
| 23:42:01 | LOGM | Message:0321042806420003720 MessageType:Text Received:04/27/2021 23:41:48 Text:ID CARD DOMINGUEZGALLO 021766 |
| 23:42:27 | *CHGLOC | 26P11 Location:FIRE STATION |
| 23:42:39 | MISC | 7S1 Text:LIFT C33 |
| 23:42:42 | OK | 24R11 7P11 7P12 7R11 7S1 24P11 24P12 26P11 27P11 |
| 23:43:03 | MISC | Text:33 LIFTED DCTACS |
| 23:43:05 | CHGLOC | 27P11 |
| 23:43:31 | MISC | 7S1 Text:ON CALL HOMICIDE TO MY SCREEN |
| 23:43:52 | MISC | 7R11 Text:TAKING 24P11 BACK TO AD 19 |
| 23:43:56 | MISC | Text:ON-CALL HOMICIDE AND CIVIL LIABILITIES SENT TO 7S1 |
| 23:44:46 | CHGLOC | 7R11 Location:AD 19 |
| 23:44:51 | ONSCN | 7R11 |
| 23:47:21 | PRMPT | 27P11 Text:Preempted and dispatched to call #AD211170086 |

| Time | Code | Details |
|------|------|---------|
| 23:49:26 | RFT | 7P12 InvType:SNS Name:COCCHI,JOSEPJ Sex:M |
| 23:49:27 | RFT | 7P12 Text:INQUIRY SNS,COCCHI,JOSEPJ,,M, X,X,X,,X,,,,,,,,, |
| 23:49:28 | RFT | 7P12 InvType:SNS Name:COCCHI,JOSEPH Sex:M |
| 23:49:28 | RFT | 7P12 Text:INQUIRY SNS,COCCHI,JOSEPH,,M ,X,X,X,,X,,,,,,,,, |
| 23:49:57 | LOGM | 7P12 Message:0321042806490003792 MessageType:HTML Received:04/27/2021 23:49:49 Text:CNI COCCHI |
| 23:50:09 | LOGM | 7P12 Message:0321042806500003794 MessageType:Text Received:04/27/2021 23:50:02 Text:SUS REV COCCHI |
| 23:50:21 | OK | 7R11 |
| 23:52:25 | MISCA | 7P11 Plate       Text:PLT |
| 23:52:25 | RFT | 7P11 Plate |
| 23:52:25 | RFT | 7P11 Text:INQUIRY CADQ,,,,,,,,,,,,,83930Z1,,,,,,,,,, |
| 23:52:40 | LOGM | 7P11 Message:0321042806520003805 MessageType:Text Received:04/27/2021 23:52:26 Text:16 CHEV |
| 23:56:21 | TRANSP | 24R11 Location:AD 19 Mileage:32 Text:TRANSPORTING FEM |
| 23:56:38 | *RFT | 7P11 InvType:SNS Name:       Sex: |
| 23:56:38 | *RFT | 7P11 Text:INQUIRY SNSINV,         X,X,X,,X,,,,,,,,, |
| 23:56:58 | MISC | Text:PUBLIC WORKS 97 |
| 23:57:57 | LOGM | 7P11 Message:0321042806570003841 MessageType:Text Received:04/27/2021 23:57:47 Text:CDL MURILLO |
| 23:58:52 | MISC | Text:UNK UNIT: WELCK ON ST S/O BEHIND RESD TO MAKE SURE C4 |
| 23:58:57 | CONTCT | 24R11 7P11 7P12 7R11 7S1 24P11 24P12 26P11 Contact:60 |
| 23:59:13 | CMPLT | 24R11 Mileage:33 |
| 23:59:25 | PRMPT | 7R11 Text:Preempted and dispatched to call #AD211170092 |
| [04/28/2021] | | |
| 00:00:24 | *MISC | 7P11 Text:       IS WITNESS, 21 |
| 00:01:27 | CLOS | 7P11 Location:LEE AVE Text:ARECK |
| 00:01:46 | CLOS | 24P11 Location:AD 19 |
| 00:01:48 | OK | 24P11 |
| 00:03:21 | MISCA | 7P12 Plate       Text:PLT |
| 00:03:21 | RFT | 7P12 Plate |
| 00:03:21 | RFT | 7P12 Text:INQUIRY CADQ,,,,,,,,,, |
| 00:03:56 | LOGM | 7P12 Message:0321042807030003880 MessageType:Text Received:04/28/2021 00:03:22 Text:03 CHEV |
| 00:04:01 | LOGM | 7P12 Message:0321042807040003882 MessageType:HTML Received:04/28/2021 00:03:23 Text:PLT INV 03 CHEV |
| 00:05:54 | *MISC | 7P11 Text:LEE AVE BEHIND INC LOC, APPEARS C4 |
| 00:06:24 | *CLOS | 7P11 Location:YATES AVE Text:AREA CHECK |
| 00:08:03 | *BACKOS | 7R11 CalSgn:24P11 Location:AD 19 Operator:G8544 OperNames:SANDLES,JOEL |
| 00:08:19 | *RFT | 24R11 InvType:SNS Name:GRANDOS,MONIGUE Sex:F |
| 00:08:19 | *RFT | 24R11 Text:INQUIRY SNSINV,GRANDOS,MONIGUE,        ,X,X,X,,X,,,,,,,,, |
| 00:08:39 | *MISC | 24R11 Text:WIFE TO SUSPECT |
| 00:08:44 | *MISC | 7P11 Text:YATES AVE APPEARS C4 |
| 00:08:45 | *MISC | 26P11 Text:AMR VC122: PARAMEDIC C. ROWE (20273395) EMT J. HARRELL (25015488) STUDENT K. DONAHOO (EO76250) |
| 00:09:31 | *MISC | 26P11 Text:FIRE ME322: R. MURPHY (G5122) R. GILFORD (E7113) D. TELLEZ (A4521) |
| 00:09:39 | MISC | Text:BLU MERZ WILL 87 AD 19/ LET THEM IN FOR INTERVIEW WITH HOMICIDE |
| 00:09:55 | *MISC | 26P11 Text:SUS FLOWN TO ARMC ON REACH 43 |
| 00:10:07 | *CHGLOC | 26P11 Location:ARMC |
| 00:10:13 | RFT | 24R11 InvType:SNS Name:GRANADOS,MONIQUE Sex:F |
| 00:10:13 | RFT | 24R11 Text:INQUIRY SNS,GRANADOS,MONIQUE,,       ,X,X,X,,X,,,,,,,,, |
| 00:10:30 | LOGM | 24R11 Message:0321042807100003954 MessageType:Text Received:04/28/2021 00:10:06 Text:WIFE TO SUS/ ID CARD GRANADOS |
| 00:10:45 | LOGM | 24R11 Message:0321042807100003955 MessageType:HTML Received:04/28/2021 00:10:37 |

Confidential: Subject to Protective Order                                                        COSB 001172

| Time | Type | Details |
|---|---|---|
| | | Text:WIFE TO SUS/ INV GRANADOS |
| 00:11:17 | MISC | 7S1 Text:HOMICIDE AND CIVIL LIABILTIES HAVE BEEN ADVD |
| 00:14:48 | ASSIST | 7S3 CalSgn:7S1 Location:12005 WHITE AVE, ADC Operator:A6214 OperNames:PHILLIPS,CHARLES |
| 00:15:19 | RFT | 7R11 Text:INQUIRY QL,CST4620,,AZ,,,,,,,,, |
| 00:15:41 | LOGM | 7R11 Message:032104280715004015 MessageType:Text Received:04/28/2021 00:15:21 Text:AZ PLT 02 MERZ |
| 00:16:22 | MISCA | 7R11 Plate███████ ext:AZ PLT/ REG TO COCCHI |
| 00:16:22 | RFT | 7R11 Pla███████ |
| 00:16:23 | RFT | 7R11 Text:INQUIRY CADQ,,,,,,,,,,,,CST4620,,,,,,,,,, |
| 00:17:05 | INV | InvType:INVV Priority:1 P███████ Category:V |
| 00:17:30 | *MISC | 7R11 Text:RP 97 AD 19 |
| 00:17:31 | INV | InvType:INVP Priority:1 Name:BARBER,STEFFON ███████ Age:35 Category:P |
| 00:18:00 | INV | InvType:INVP Priority:1 Name:GALLO,MARIA ███████ Age:29 Category:P |
| 00:19:15 | MISC | Text:A+ SENT |
| 00:23:12 | *CLEAR | 7P11 |
| 00:24:59 | OK | 7R11 |
| 00:25:08 | *OK | 24R11 |
| 00:26:36 | CONTCT | 24P11 Contact:00 |
| 00:30:02 | PRMPT | 7R11 Text:Preempted and dispatched to call #AD211180001 |
| 00:30:40 | *BACKOS | 7R11 CalSgn:24P11 Location:AD 19 Operator:G8544 OperNames:SANDLES,JOEL |
| 00:36:23 | OK | 7R11 |
| 00:38:17 | CHANGE | 7P12 Type:415S-->LFE Priority:1-->4 CAS:0005 TypeDesc:SUBJECT DISTURB-->Lethal Force Encounter |
| 00:38:17 | CASE | 7P12 Case#:ADR2100897 |
| 00:44:49 | MISC | Text:STATUS OF SUS: NOT COMPLETELY ORIENTED PER NURSE PRISCILLA DR, YUEN IS THE ATTENDING PHYSICIA/ ER TRAUMA BD #7 |
| 00:47:17 | ASSIST | 60H1 CalSgn:7S1 Location:12005 WHITE AVE, ADC Operator:D4348 OperNames:NAVARRO,GERANIA |
| 00:47:17 | ASSIST | 60H2 CalSgn:7S1 Location:12005 WHITE AVE, ADC Operator:G4629 OperNames:HERNANDEZ,EDWARD |
| 00:47:17 | ASSIST | 60H3 CalSgn:7S1 Location:12005 WHITE AVE, ADC Operator:E3893 OperNames:BUSTAMANTE,ADRIAN |
| 00:47:17 | ASSIST | 60H4 CalSgn:7S1 Location:12005 WHITE AVE, ADC Operator:C5864 OperNames:RIPLEY,ROBERT |
| 00:47:17 | ASSIST | 60S1 CalSgn:7S1 Location:12005 WHITE AVE, ADC Operator:C9502 OperNames:GILES,JUSTIN |
| 00:49:02 | *CHGLOC | 7S1 Location:VV-19 |
| 00:50:24 | ONSCN | 7S3 Contact:60 |
| 00:50:27 | OK | 7S3 Contact:30 |
| 00:51:49 | *ONSCN | 7S1 |
| 01:03:35 | CONTCT | 24R11 7P12 7R11 7S1 7S3 24P11 24P12 26P11 60H1 60H2 Contact:45 |
| 01:03:35 | CONTCT | 60H3 60H4 60S1 Contact:45 |
| 01:07:27 | *ONSCN | 26P11 |
| 01:10:43 | XREF | Service:P Inc#:#AD211180002 Type:FU Jur:AD Text:RELATED |
| 01:13:40 | MISC | 7R11 Text:COPIES |
| 01:13:45 | COMBIN | Service:P Inc#:#AD211180002 Type:FU Jur:AD |
| 01:14:22 | INFO | Location:12005 WHITE AVE, ADC Inf/Name:BARBER,TRACY ███████ Group:AD LocDesc:btwn CONCORD ST and ADELANTO RD RPCont:P Text:RP WANTS TO KNOW WHAT HOSP SON WAS TAKEN TO, REQ 21 CTC, NFI/NFD |
| 01:24:41 | ASSIST | 42A55 CalSgn:24R11 Location:AD 19 |
| 01:25:32 | *MISC | 26P11 Text:SUS MOVED TO ROOM NUMBER 2310 |
| 01:25:51 | *RFT | 7P12 Text:INQUIRY CADQ,,,,,,,,,,,,,5AMC384,,,,,,,,,, |
| 01:38:52 | PRMPT | 7R11 Text:Preempted and dispatched to call #VV211180003 |
| 01:45:24 | *BACKOS | 7R11 CalSgn:24P11 Location:AD 19 Operator:G8544 OperNames:SANDLES,JOEL |

Confidential: Subject to Protective Order                                                                    COSB 001173

| | | |
|---|---|---|
| 01:46:14 | *CLEAR | 7S1 |
| 01:48:35 | CLOS | 60H3 Location:ARMC, COL Text:LEMS TO ARMC |
| 01:49:00 | MISC | Text:LEMS ADVD |
| 01:49:41 | LOGM | 60H3 Message:032104280849004370 MessageType:Text Received:04/28/2021 01:49:19 Text:RM# |
| 01:50:13 | PRMPT | 7R11 Text:Preempted and dispatched to call #VV211180002 |
| 01:52:02 | LOGM | Message:032104280852004381 MessageType:Text Received:04/28/2021 01:51:53 Text:CORRECTED RM# |
| 01:52:34 | OK | 60H1 60H2 60H4 60S1 |
| 01:52:37 | OK | 26P11 |
| 01:52:41 | CONTCT | 24R11 7P12 7S3 24P11 24P12 26P11 42A55 60H1 60H2 60H3 Contact:00 |
| 01:52:41 | CONTCT | 60H4 60S1 Contact:00 |
| 02:11:36 | ONSCN | 42A55 |
| 02:55:42 | OK | 42A55 |
| 02:58:10 | BACKOS | 7P41 CalSgn:7S3 Location:VICTOR VALLEY STATION, ADC Operator:E5341 OperNames:WINEGAR,WENDY |
| 03:08:39 | *BACKOS | 7P11 CalSgn:7P12 Location:12005 WHITE AVE, ADC Operator:H7540 OperNames:COLLINS,ANDREW |
| 03:08:48 | *MISC | 7P11 Text:PER 7P41, SEARCH WARRANT SIGNED BY THE HONORABLE JUDGE C. UMEDA (#000059303) |
| 03:09:55 | *CLEAR | 7P11 |
| 03:12:56 | OK | 7P41 Contact:00 |
| 03:25:41 | *BACKOS | 7R11 CalSgn:7P12 Location:12005 WHITE AVE, ADC Operator:G8544 OperNames:SANDLES,JOEL |
| 03:26:10 | *CLOS | 7R11 Location:WHITE AVE/PEARMAIN ST, ADC |
| 03:56:23 | *CLOS | 24P12 Location:19 |
| 03:58:44 | *CLOS | 7P12 Location:VV-19 |
| 03:59:13 | CONTCT | 24R11 7P12 7P41 7R11 7S3 24P11 24P12 26P11 42A55 60H1 Contact:00 |
| 03:59:13 | CONTCT | 60H2 60H3 60H4 60S1 Contact:00 |
| 04:39:46 | *MISC | 24P12 Text:PER 7P41, BLOOD SW SIGNED BY THE HONORABLE JUDGE C. UMEDA (#000059306) |
| 04:56:25 | PRMPT | 24R11 |
| 04:56:25 | -PRIU | 24P11 |
| 05:11:04 | *CLEAR | 7R11 |
| 05:18:08 | *BACKOS | 7R21 CalSgn:7P12 Location:VV-19 Operator:G2125 OperNames:GICE,JOHN |
| 05:18:41 | *CLOS | 7R21 Location:WHITE X PEARMAIN Text:WEST PERIMETER |
| 05:35:39 | OK | 7R21 Contact:00 |
| 06:40:00 | *ASSIST | 24R21 CalSgn:26P11 Location:ARMC Operator:G3868 OperNames:VANBRIMMER,JEREMIAH |
| 06:40:15 | *CHGLOC | 24R21 Location:ARMC |
| 06:44:35 | TRANSP | 24P12 Location:ROADWAY INN Mileage:717 Text:PSR 1 XRAY |
| 06:46:38 | CMPLT | 24P12 Mileage:718 |
| 06:50:52 | *CLEAR | 7P12 |
| 06:51:06 | CLOS | 24P12 Location:19 |
| 07:05:58 | CLOS | 24P12 Location:VICTOR VALLEY STATION, ADC |
| 07:06:01 | CLOS | 24P11 Location:VICTOR VALLEY STATION, ADC |
| 07:06:06 | CLOS | 42A55 Location:VICTOR VALLEY STATION, ADC |
| 07:06:13 | CONTCT | 24P11 7P41 7R21 7S3 24P12 24R21 26P11 42A55 60H1 60H2 Contact:60 |
| 07:06:13 | CONTCT | 60H3 60H4 60S1 Contact:60 |
| 07:11:10 | *CHGLOC | 24R21 Location:AD |
| 07:12:05 | *RI | 24R21 |
| 07:19:11 | *CLEAR | 24R21 |
| 08:06:10 | *CHGLOC | 26P11 Location:PH 19 |
| 08:22:55 | CONTCT | 24P11 7P41 7R21 7S3 24P12 26P11 42A55 60H1 60H2 60H3 Contact:60 |
| 08:22:55 | CONTCT | 60H4 60S1 Contact:60 |

Confidential: Subject to Protective Order                                                              COSB 001174

| Time | Code | Details |
|---|---|---|
| 08:58:12 | *ONSCN | 26P11 |
| 08:58:18 | *CLEAR | 26P11 |
| 09:08:59 | CONTCT | 24P11 7P41 7R21 7S3 24P12 42A55 60H1 60H2 60H3 60H4 Contact:60 |
| 09:08:59 | CONTCT | 60S1 Contact:60 |
| 09:38:59 | CLOS | 60H3 Location:VV STATION |
| 09:54:40 | *RFT | 7R21 Text:INQUIRY CADQ,,,,,,,,,,,,5AMC384,,,,,,,,, |
| 10:09:14 | SCDOFF | 24P12 |
| 10:09:17 | PRMPT | 24P12 |
| 10:14:18 | CONTCT | 24P11 7P41 7R21 7S3 42A55 60H1 60H2 60H3 60H4 60S1 Contact:60 |
| 11:14:27 | CONTCT | 24P11 7P41 7R21 7S3 42A55 60H1 60H2 60H3 60H4 60S1 Contact:60 |
| 11:45:43 | *MISC | 7R21 Text:TOW 97 |
| 11:46:40 | CONTCT | 24P11 7P41 7R21 7S3 42A55 60H1 60H2 60H3 60H4 60S1 Contact:60 |
| 12:00:16 | *RFT | 7R21 Text:INQUIRY CADQ,,,,,,,,,,,,5AMC384,,,,,,,,, |
| 12:05:56 | PRMPT | 42A55 |
| 12:06:56 | *RFT | 7R21 Text:INQUIRY TTGTA,CA,CA,7R21,IMPOUND,,5AMC384,1GNES16SX36 116636,02,2003,CHEVY,TRAILBLAZER,BLACK,,,,,SAN BERNARDINO COUNTY CRIME SCENE INVESTIGATION BUILDING,,,,,12005 WHITE AVE,ADELANTO, WOODS KEYON OR BARBER STEFFON,600 E MAIN ST,BARSTOW,92311,XXXXXX, XXXXXXX,,,,,,242100897 |
| 12:18:03 | MISC | 60H1 Text:SCENE IS BROKEN DOWN |
| 12:18:24 | CLOS | 60H1 Location:VV STA |
| 12:20:01 | PRMPT | 24P11 7P41 7R21 7S3 60H1 60H2 60H3 60H4 60S1 |
| 12:20:01 | -HOLD | 24P11 |
| 12:20:06 | DISPOS | 60H1 Operator:D4348 OperNames:NAVARRO,GERANIA |
| 12:20:06 | -PRIU | 60H1 |
| 12:20:11 | CLEAR | 60H1 Dispo:NAT Text:UNITS CLEAR |
| 12:20:11 | -PRIU | 60H1 |
| 12:20:11 | -CLEAR | |
| 12:20:11 | CLOSE | |
| 20:53:00 | XREF | Service:P Inc#:#AD211180067 Type:FU Jur:AD |
| 20:53:12 | -NPREMS | Text:(none) |
| 23:28:32 | XREF | Service:P Inc#:#VV211180124 Type:FD Jur:VV |
| [04/30/2021] | | |
| 15:57:28 | XREF | Service:P Inc#:#AD211200050 Type:KTP Jur:AD Text:RELATED |
| 15:57:28 | -NPREMS | Text:(none) |

CONTACT INFO:

| Inf/Name | Phone | InfAdd | RPCont | Language | HBD/HS | RPArmed |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| GALLO,MARIA | ███ |  | Y |  |  |  |
|  |  |  |  |  |  |  |
| BARBER,TRACY | ███ |  | P |  |  |  |

Confidential: Subject to Protective Order                                                                    COSB 001175