# San Bernardino County Sheriff's Department
## ARREST/BOOKING APPLICATION

Booking No. **2104342442**
Date/Time Booked **04/28/2021** ~~17:00:00~~ **1631**
SSN: [redacted]
ID No.: [redacted]
State **CALIFORNIA**

DR/Case No. **242100897**
Arresting Agency **SBCSD/24**
Date of Arrest **4/27/2021**
Time of Arrest **23:30**

| Field | Value |
|---|---|
| Name: Last | BARBER |
| First | STEFFON |
| Middle | |
| AKA or Maiden Name | |
| Sex | MALE |
| DOB | [redacted] |
| Age | 35 |
| Ht | 5'06 |
| Wt | 160 |
| Hair | BROWN |
| Eyes | GREEN |
| Race | Black |
| Place of Birth (City/State) | |
| Country of Citizenship | USA |

Arrested With:
Associated DR#:

Address: No. and Street [redacted]  ☐ Transient
City **Adelanto City**   State **California**   Zip **92301**
Phone - Home & Cell [redacted]

Spouse/Domestic Partner:
Home Phone:
Cell Phone:

Employer:
Employer Address:
Employer Phone:
Type of Job **Unknown Or Not Stated**

Clothing Description **BLUE JEANS, WHITE T-SHIRT**
Veteran? ☐ Yes ☒ No   Branch:

Are you out on Bail? ☐ Yes ☒ No
OR Released? ☐ Yes ☒ No
Name of Parole or Probation Officer:
PO's Office/Address:
PO's Phone:

Place of Arrest **12013 WHITE AVE ADELANTO CITY CA. 92301**
Location of Vehicle **SBCSD CRIME LAB**

License No. of Vehicle [redacted]
Make **Chevrolet**   Model **Trail Blazer**   Color **Black**

## BOOKING CHARGES

ARREST TYPE: S = On Site   W = Warrant   H = Hold   C = Citizen   O = Other

| Type | Charges | Attempt/Complete | M/F | Definition | Court | Warrant No. | Bail |
|---|---|---|---|---|---|---|---|
| S | 245(C) PC | COMMITTED | FELONY | ADW NOT F/ARM:PO/FIRE:GBI - OTHER DANGEROUS WEAPON | | | |

Other Agency Hold (O/C, FUG, INS, Etc.):
Agency/Jurisdiction:
Code Section:
Warrant No.:

Any Injury or Illnesses? ☒ Yes ☐ No
Any Required Medication? ☒ Yes ☐ No
If Yes to either, explain on Medical Screening/Receiving Form

Medical Examination Prior to Booking? ☒ Yes ☐ No
Hospital Where Treated **ARMC**
If Yes, Attach Hospital/Clinic Referral

Fought with Law Enforcement? ☒ Yes ☐ No
Fought with Other than Law Enforcement? ☐ Yes ☒ No
Use of Force ☐ LVNR ☐ Taser ☐ OC ☐ ASP   Time **23:22**
Rendered Unconscious? ☒ Yes ☐ No

## Special Instructions and Mandatory Information

**Emergency Notification**   Refused ☐ Yes ☒ No

Name/Relationship **GRANADOS, MONIQUE / Wife**
Home & Cell Phone: [redacted]
Address: [redacted]

Name/Relationship:
Home & Cell Phone:
Address:

Amount of Money $

Arresting/Transporting Officer Signature:
Additional Comments:

Arresting Officer **UNKNOWN**
Transporting Officer **AIRLIFTED**
Agency **SBCSD**

24-hour Agency or Investigating Officer Contact Phone No. (Required for All Arrests RE: High Profile Release Notification)

TATTOOS/SCARS:
DESCRIPTION (indicates any gang tattoos)

Marsy's Law Notification /Agency:
Agency & 24 hr Phone No.:
Agency Contact Time and Date:
Who Was Contacted?:
By Whom:

Confidential: Subject to Protective Order

COSB 001176