

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino, CA 92415
www.sb-court.org

# PORTAL MINUTE ORDER

Case Number: FVI21001312                                   Date: 12/16/2024

Case Title: People of the State of California vs. Steffon Todd Barber

| Department S15 - SBJC | Date: 12/16/2024 | Time: 8:30 AM | Jury Trial (Deliberations) |
|---|---|---|---|

Charges: PC664-PC187(A)-F, PC245(C)-F, PC1170.12(A)-(D)-A, PC667(A)(1)-E

Judicial Officer: David Cohn
Judicial Assistant: Cara Huston
Court Reporter: Julie Federico
Bailiff: M Salcedo

**Appearances**

District Attorney Kathleen Fultz present
Retained Attorney James Bryant and Ryan Duckett present
Defendant present in custody

**Proceedings**

Jury finds defendant Not Guilty as to Count 001. PC664-PC187(A)-F: Attempted Murder

Jury finds defendant Guilty as to Count 002. PC245(a)(1)-F: Assault with Deadly Weapon Not Firearm or Force: GBI Likely (Mandatory Appearance), a Lesser Included Offense.

Jury Instructions Filed

Jury Verdict Filed

Verdict by Jury

**Hearings**

Sentencing - Felony set for 1/24/2025 at 8:30 AM in Department S15 - SBJC
Defendant ordered to appear.
**ALSO SET FOR ROMERO MOTION**

**Waivers**

Defendant waives time for Sentencing

**Referrals**

Referred to Probation for Pre-sentence Report

Court requests Probation not to analyze whether defendant should be sentenced with or without a strike.

Court requests two sentencing recommendations: one with a strike and one without a strike.

**Custody Status**

Probation Officer Notified

== **Minute Order Complete** ==