

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino, CA 92415
www.sb-court.org

# PORTAL MINUTE ORDER

Case Number: FVI21001312                                        Date: 6/20/2025

Case Title: People of the State of California vs. Steffon Todd Barber

| **Department S15 - SBJC** | **Date: 6/20/2025** | **Time: 8:30 AM** | **Sentencing - Felony** |
|---|---|---|---|

**Charges:** PC664-PC187(A)-F, PC245(A)(1)-F, PC1170.12(A)-(D)-A, PC667(A)(1)-E

Judicial Officer: David Cohn
Judicial Assistant: Cara Huston
Court Reporter: Alicia Vasquez CSR# 12225
Bailiff: A Holub

**Appearances**

District Attorney Kathleen Fultz present
Retained Attorney Ryan Duckett present
Defendant present in custody

**Proceedings**

As to Count 999. PC1170.12(A)-(D)-A: Prior Felony Convictions, a Disposition of True - Court Finding (Priors) is entered.

As to Count 999. PC667(A)(1)-E: With Prior Felony Convict: Serious Felony Conviction, a Disposition of True - Court Finding (Priors) is entered.

**Findings/Advisals**

**Sentencing Information**

Court orders State Prison as to Count:
002. PC245(a)(1)-F: Assault with Deadly Weapon Not Firearm or Force: GBI Likely

Sentenced Pursuant to PC1170.12(c)(1)/ 667(e)(1)

Principal count deemed count #:   2

Sentenced to State Prison
As to Count 002. PC245(a)(1)-F: Assault with Deadly Weapon Not Firearm or Force: GBI Likely; the Court imposes the Upper term of 8 Years

Court orders State Prison as to Count:
999. PC667(A)(1)-E: With Prior Felony Convict: Serious Felony Conviction

Sentenced to State Prison
As to Prior 999; the Court imposes the term of 5 Years
   Consecutive With Count: 2
Credit Time Served 1516 Days Actual 1516 Days Conduct Credit PC 4019 (1/2) for a Total of 3032 Days

Defendant remanded to the custody of the Sheriff to be delivered to California Department of Corrections at 1 Chino - California Institution For Men

Sentenced for a total determinate term of:   13 YEARS STATE PRISON

**Custody Status**

Probation Officer Notified

**== Minute Order Complete ==**