

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino, CA 92415
www.sb-court.org

## MINUTE ORDER

Case Number: FVI21001037                                   Date: 12/16/2024

Case Title: People of the State of California vs. Steffon Todd Barber

| Department S15 - SBJC | Date: 12/16/2024 | Time: 8:30 AM | Hearing on Revocation of Probation |
|---|---|---|---|

Charges: PC245(C)-F, PC69-F, PC245(C)-F

Judicial Officer: David Cohn
Judicial Assistant: Cara Huston
Court Reporter: Julie Federico
Bailiff: M Salcedo

**Appearances**
District Attorney Kathleen Fultz present
Retained Attorney James Bryant and Ryan Duckett present
Defendant present in custody

**Proceedings**
Action came on for Hearing on Revocation of Probation.

Court addresses alleged violations of probation. See Reporter's Transcript for details.

Argument presented by both sides.

It is being alleged that defendant is in violation of Probation.
Court finds defendant in violation of Probation.

With regards to the violate no law alleged violation of probation, taking the jury's finding of guilty to a lesser included offense of PC245(a)(1), by preponderance of the evidence, The Court finds defendant knew the victim in FVI21001312 was a police officer and finds the defendant violated the law pursuant to PC245(c).

The Court also finds the defendant violated probation by violating the term: Submit to a search and seizure of your person, residence and/or property under your control at any time of the date or night without a search warrant by any law-enforcement officer and with or without cause (People-v-Bravo).

**Hearings**
Sentencing set for 1/24/2025 at 8:30 AM in Department S15 - SBJC
Defendant ordered to appear.
**on Violation of Probation**

**Custody Status**
Case Custody - In Custody

== **Minute Order Complete** ==