Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
 *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-00625-KK-DTBx<br><br>*[District Judge, Kenly Kiya Kato, Magistrate Judge, David T. Bristow]*<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Filed concurrently with:<br> *Notice of Motion and Motion and Memorandum of Points and Authorities; Declaration of Kayleigh Andersen and Exhibits;*<br> *Separate Statement of Uncontroverted Facts;*<br> *Notice of Lodging of Non-Paper Exhibits; and*<br> *[Proposed] Order*<br><br>Judge: Hon. Kenly Kiva Kato<br>Date: 11/13/2025<br>Time: 9:30 a.m.<br>Crtrm.: 3<br><br>Filed Date: 4/12/22<br>Trial Date: 1/26/26 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Evidence, Rule 201, Defendants COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED ("Defendants") hereby respectfully request the Court to judicially notice the following documents in support of his Motion for Summary Judgment, or in the Alternative, Summary Adjudication, of Issues:

1. Minute Order of the jury verdict of the Superior Court of California, County of San Bernardino, dated December 16, 2024 in *People of the State of California v. Steffon Todd Barber*, Case No. FVI21001037 (**Exhibit 1**).

2. Minute Order of the sentencing of the Superior Court of California, County of San Bernardino, dated June 20, 2025 in *People of the State of California v. Steffon Todd Barber*, Case No. FVI21001037 (**Exhibit 2**).

3. Minute Order of the hearing on revocation of probation of the Superior Court of California, County of San Bernardino, dated December 16, 2024 in *People of the State of California v. Steffon Todd Barber*, Case No. FVI21001037 (**Exhibit 3**).

4. Pages of the transcript of the trial in *People of the State of California v. Steffon Todd Barber*, Case No. FVI21001037 (**Exhibit 4**).

DATED: October 9, 2025            Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:      /s/Kayleigh Andersen
Kayleigh Andersen
Attorneys for Defendant, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED
2
**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**