Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALRED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-00625-KK-DTBx<br><br>*[District Judge, Kenly Kiya Kato, Magistrate Judge, David T. Bristow]*<br><br>**DEFENDANTS' NOTICE OF LODGING OF NON-PAPER EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Filed concurrently with:<br>  *Notice of Motion and Motion and Memorandum of Points and Authorities;Declaration of Kayleigh Andersen and Exhibits;*<br>  *Separate Statement of Uncontroverted Facts;*<br>  *Request for Judicial Notice; and*<br>  *[Proposed] Order*<br><br>Judge:  Hon. Kenly Kiva Kato<br>Date:   11/13/2025<br>Time:   9:30 a.m.<br>Crtrm.: 3<br><br>Filed Date: 4/12/22<br>Trial Date: 1/26/26 |

1

**DEFENDANTS' NOTICE OF LODGING OF NON-PAPER EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that in accordance with Civil Local Rules 5-4.2(b)(1) and 11-5.1, the following non-paper exhibits will be lodged manually in support of Defendants County of San Bernardino and Deputy Christopher Alfred's Motion for Summary Judgment:

1. Attached as **Exhibit B** is a true and correct copy of the 911 call received by the Dispatch Department of the San Bernardino County Sheriff's Department on April 27, 2021 produced by Defendant in this action under Bates number COSB 001247.

2. Attached as **Exhibit C** is a true and correct copy of the audio recording from Deputy Alfred's department-issued digital belt recorder produced by Defendant in this action under Bates numbers COSB 001249.

3. Attached as **Exhibit E** is a true and correct copy of the audio recording from the San Bernardino County Sheriff's Department on April 27, 2021 dispatch calling the unit about the incident produced by Defendant in this action under Bates numbers COSB 001248.

DATED: October 9, 2025          Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:  /s/ Kayleigh Andersen
     Kayleigh Andersen
     Attorneys for Defendant, COUNTY OF SAN BERNARDINO