RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
IVIE McNEILL WYATT PURCELL & DIGGS
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Telephone:  (213) 489-0028
Facsimile:  (213) 489-0552
Attorneys for Plaintiff, STEFFON BARBER

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Attorneys for Plaintiff STEFFON BARBER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,<br><br>Defendants. | CASE NO.: 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>Hon. District Judge Kenly Kiya Kato<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; EXHIBITS THERETO**<br><br>Date:    November 13, 2025<br>Time:   9:30 a.m.<br>Crtrm:  3<br><br>[*Memorandum of Points and Authorities in opposition to Defendants' motion for summary judgment; Separate Statement; Declaration of Scott DeFoe; Declaration of Robert Morales filed concurrently herewith*] |

-1-

## DECLARATION OF RENEE V. MASONGSONG

I, Renee V. Masongsong, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiff Steffon Barber. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the relevant portions of the reporter's transcript of the Deposition of Defendant Christopher Alfred, as taken on August 26, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the relevant portions of the reporter's transcript of the Deposition of Plaintiff Steffon Barber, as taken on September 9, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the verdict form in the case *Archibald v. County of San Bernardino*, case number 5-16-cv-1128.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the verdict form in the case *V.R. v. County of San Bernardino*, case number 5:19-cv-01023-JGB-SP.

I declare under penalty of perjury under that the foregoing that the foregoing is true and correct. Executed on this 23rd day of October, 2025.

         */s/ Renee V. Masongsong*
           Renee V. Masongsong