# EXHIBIT 3

DUPLICATE ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
MAR 13 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, et al., <br><br> Defendants. | Case No. CV 16-01128-AB (SPx) <br><br> **SPECIAL VERDICT FORM** |

1.

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

**QUESTION 1:** Did Deputy Woods unreasonably detain or arrest Nathanael Pickett, II?

YES ✓      NO ____

*If you answered "yes" to Question 1, please proceed to Question 2.*
*If you answered "no" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the unreasonable detention or arrest a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES ✓      NO ____

*Please proceed to the next question.*

**QUESTION 3:** Did Deputy Woods use excessive or unreasonable force against Nathanael Pickett, II?

YES ✓      NO ____

*If you answered "yes" to Question 3, please proceed to Question 4.*
*If you answered "no," please proceed to Question 5.*

**QUESTION 4:** Was Deputy Woods' use of excessive or unreasonable force a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES ✓      NO ____

*Please proceed to the next question.*

2.

1  **QUESTION 5:** Did Deputy Woods unreasonably delay Nathanael Pickett, II from
2  obtaining needed medical care?
3                                  YES ___✓___          NO _____

5  *If you answered "yes" to Question 5, please proceed to Question 6.*
6  *If you answered "no" to Question 5, please proceed to Question 7.*

8  **QUESTION 6:** Was the unreasonable delay in obtaining needed medical care a cause
9  of Nathanael Pickett, II's injury, loss, damages, harm, or death?
10                                 YES ___✓___          NO _____

12  *Please proceed to the next question.*

14  **QUESTION 7:** Did Deputy Woods violently cause harm to Nathanael Pickett, II to
15  prevent him from exercising his right not to be unreasonably detained or unreasonably
16  arrested?
17                                 YES ___✓___          NO _____

19  *Please proceed to the next question.*

21  **QUESTION 8:** Was Deputy Woods negligent?
22                                 YES ___✓___          NO _____

24  *If you answered "yes" to Question 8, please proceed to Question 9.*
25  *If you answered "no" to Question 8, please proceed to Question 13.*
26  *If you answered "no" to Questions 1, 3, 5, 7, and 8, please sign and return this form.*

3.

1  **QUESTION 9:** Was Deputy Woods's negligence a cause of Nathanael Pickett, II's
2  death?
3                              YES ___✓___          NO _____
4
5  *Please proceed to the next question.*
6
7  **QUESTION 10:** Was Nathanael Pickett, II negligent?
8                              YES _____          NO ___✓___
9
10  *If you answered "yes" to Question 10, please proceed to Question 11.*
11  *If you answered "no" to Question 10, please proceed to Question 13.*
12
13  **QUESTION 11:** Was Nathanael Pickett, II's negligence a cause of his death?
14                              YES _____          NO _____
15
16  *Please proceed to the next question.*
17
18  **QUESTION 12:** What percentage of responsibility for Nathanael Pickett, II's death
19  do you assign to the negligent conduct, if any, of the following?
20                  Deputy Woods                          _____ %
21                  Nathanael Pickett, II                 _____ %
22                  TOTAL                                 100 %
23
24  //
25  //
26  //
27  //
28

                                    4.

1 **QUESTION 13**: Was the conduct of Deputy Woods malicious, oppressive or in reckless disregard of Nathanael Pickett, II's rights?

   YES ✓   NO ___

*Please sign and date this verdict form and return it to the Court.*

Dated: 03/13/2018   Signed: /s/ redacted signature

5.