EXHIBIT 4

Redacted

FILED
CLERK, U.S. DISTRICT COURT

APR 2 1 2022

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

V.R., A MINOR, AND RAMONA
TERRAZAS,

               Plaintiffs,

     v.

COUNTY OF SAN BERNARDINO;
GARY WHEELER; AND THUN HOUN,

               Defendants.

Case No. 5:19-cv-01023-JGB-SP

*Honorable Jesus G. Bernal*

**SPECIAL VERDICT**

We, the jury in the above-entitled action, find the following:

**QUESTION 1:** Did either of the deputy defendants use excessive or unreasonable force against Juan Ramos?

Thun Houn             _____ YES        ✓ NO

Gary Wheeler          ✓ YES        _____ NO

*If you answered "yes" to Question 1 as to either deputy defendant, please answer Question 2 for that deputy defendant. If you answered "no" to Question 1 as to both deputy defendants, please proceed to Question 4.*

**QUESTION 2:** Was the use of excessive or unreasonable force against Juan Ramos by either of the deputy defendants a substantial factor in causing harm, injury, damage, or death to Juan Ramos?

Thun Houn             _____ YES        _____ NO

Gary Wheeler          ✓ YES        _____ NO

*If you answered "yes" to Question 2 as to either deputy defendant, please answer Question 3 for that deputy defendant. If you answered "no" to Question 2 as to both deputy defendants, please proceed to Question 4.*

5:19-01023-JGB-SP
SPECIAL JURY VERDICT FORM

**QUESTION 3:** Did any of the deputy defendants violate the Bane Act by using force against Juan Ramos?

Thun Houn _____ YES _____ NO

Gary Wheeler _____✓_____ YES _____ NO

*Please proceed to the next question.*

**QUESTION 4:** Were either of deputy defendants negligent?

Thun Houn _____ YES _____✓_____ NO

Gary Wheeler _____✓_____ YES _____ NO

*If you answered "no" to Question 1 or 2 for each of the deputy defendants and "no" to question 4 for both deputy defendants, answer no further questions, and sign and date the verdict form.*

*If you answered "yes" to either defendant on Question 4, then please proceed to Question 5 as to that deputy defendant.*

**QUESTION 5:** Was the negligence of either of the deputy defendants a substantial factor in causing the death of Juan Ramos?

Thun Houn _____ YES _____✓_____ NO

Gary Wheeler _____✓_____ YES _____ NO

5:19-01023-JGB-SP
SPECIAL JURY VERDICT FORM

*If you answered "no" to Question 1 or 2 for each of the deputy defendants and "no" to question 5 for both deputy defendants, answer no further questions, and sign and date the verdict form.*

*If you answered "yes" to either deputy defendant on Question 5, then please proceed to Question 6.*

**QUESTION 6:** Was Juan Ramos negligent?

_____ ✓ YES _____ NO

*If you answered "yes" to Question 6, please answer Question 7. If you answered "no" to Question 6, please proceed to Question 9.*

**QUESTION 7:** Was Juan Ramos's negligence a substantial factor in causing his death?

_____ YES _____ ✓ NO

*If you answered "yes" to Question 7, please answer Question 8. If you answered "no" to Question 7, please proceed to Question 9.*

**QUESTION 8:** What percentage of negligence that was a cause of Juan Ramos's death do you assign to the deputy defendant, and what percentage of negligence that was cause of Juan Ramos's death do you assign to Juan Ramos, if any? (Your total should equal 100%). Only apportion a percentage if you find that party's negligence was a substantial factor in causing Juan Ramos's death.

5:19-01023-JGB-SP
SPECIAL JURY VERDICT FORM

Thun Houn         _____ %

Gary Wheeler        _____ %

Juan Ramos         _____ %

*Please proceed to the next question, but answer Question 9 only if you answered "yes" as to either deputy defendant on Question 2.*

**QUESTION 9:** What are Juan Ramos's damages for his pre-death pain and suffering and loss of life?

Pre-death pain and suffering    $ _250,000_

Loss of life            $ _1,750,000_

*Please proceed to the next Question, but only answer Question 10 if you answered "yes" as to either deputy defendant on Question 2.*

**QUESTION 10:** Did either of the deputy defendants interfere with the Plaintiffs' right to a familial relationship with Juan Ramos?

Thun Houn      _____ YES     ✓ NO

Gary Wheeler     ✓ YES     _____ NO

5:19-01023-JGB-SP
SPECIAL JURY VERDICT FORM

*Proceed to Question 11 only if you answered yes to Question 2, 5 or 10 as to either deputy defendant. Only answer Question 11 as to Ramona Terrazas if you answered "yes" as to either deputy defendant on Question 10.*

**QUESTION 11:** What are the Plaintiffs' wrongful death damages for the loss of Juan Ramos?

V.R.'s past wrongful death damages $ _600,000_

V.R.'s future wrongful death damages $ _1,400,000_

Ramona Terrazas's past wrongful death damages $ _150,000_

Ramona Terrazas's future wrongful death damages $ _350,000_

You have now completed this verdict form. Please have the foreperson date and sign below.

Dated: _4/21/2022_ _____

Presiding Juror (Foreperson)

5:19-01023-JGB-SP
SPECIAL JURY VERDICT FORM