RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
IVIE MCNEILL WYATT PURCELL & DIGGS
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 489-0028
Facsimile: (213) 489-0552

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Attorneys for Plaintiff STEFFON BARBER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>  Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>Hon. District Judge Kenly Kiya Kato<br>Hon. Magistrate Judge, David T. Bristow<br><br>**REQUEST FOR ORDER PERMITTING PLAINTIFF'S COUNSEL TO APPEAR REMOTELY FOR THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 13, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. Kenly Kiya Kato<br>Courtroom: 3, 3rd Floor |

1

REQUEST FOR ORDER PERMITTING PLAINTIFF'S COUNSEL TO APPEAR REMOTELY FOR THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

Plaintiff Steffon Barber, by and through his attorneys of record, hereby respectfully requests that the Honorable Court permit Plaintiff's counsel to appear remotely at the Motion for Summary Judgment Hearing, currently scheduled for November 13, 2025 at 9:30 a.m.

Plaintiff also respectfully notifies the Honorable Court that Plaintiff's lead trial counsel, Dale K. Galipo, is unavailable for this hearing on November 13, 2025, as Mr. Galipo is scheduled to be in trial in the Eastern District matter, *Quair v. County of Kings*, Case No. 1:20-cv-01793-KJM-SKO, in Sacramento, California.

Respectfully submitted,

DATED: November 6, 2025       **LAW OFFICES OF DALE K. GALIPO**

  /s/   Renee V. Masongsong
  Dale K. Galipo, Esp.
  Renee V. Masongsong
  *Attorneys for Plaintiff*

DATED: November 6, 2025       **IVIE McNEILL WYATT PURCELL & DIGGS**

By: /s/ Rodney S. Diggs
  Rodney S. Diggs, Esq.
  Attorneys for Plaintiff, STEFFON BARBER