# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>Hon. District Judge Kenly Kiya Kato<br>Hon. Magistrate Judge, David T. Bristow<br><br>**[PROPOSED] ORDER PERMITTING PLAINTIFF'S COUNSEL TO APPEAR REMOTELY AT THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

## [PROPOSED] ORDER

Having considered the Request for Order Permitting Plaintiff's Counsel to Appear Remotely at the Hearing on Defendants' Motion for Summary Judgment, scheduled for November 13, 2025, at 9:30 a.m., the Court hereby GRANTS the request. Counsel for Plaintiff may appear by Zoom using the Court's Public Hearings link on November 13, 2025.

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable Kenly Kiya Kato
United States District Judge

Case No. 5:22-cv-00625-KK-DTB

[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST TO APPEAR REMOTELY AT THE NOVEMBER 13, 2025 SUMMARY JUDGMENT HEARING