Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
 *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| STEFFON BARBER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, a municipal entity, and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 5:22-cv-00625-KK-DTBx <br><br> *[District Judge, Kenly Kiya Kato, Magistrate Judge, David T. Bristow]* <br><br> **[MOTION IN LIMINE NO. 1]** <br><br> **[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* BY DEFENDANTS TO EXCLUDE REFERENCE TO ANY PRIOR OR SUBSEQUENT INCIDENTS INVOLVING DEFENDANT DEPUTY, UNRELATED CLAIMS, AND UNRELATED INCIDENTS INVOLVING OTHER EMPLOYEES** <br><br> Judge: Hon. Kenly Kiva Kato <br> Date: 1/8/2026 <br> Time: 10:30 a.m. <br> Crtrm.: 3, 3rd Floor <br><br> Trial Date: 1/26/26 |

///

///

///

///

**DEFENDANTS' MOTION IN LIMINE NO. 1**

After due consideration of all relevant pleadings, papers and records in this action; and upon such other oral and document evidence or argument as was presented to the Court; and Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that plaintiff, plaintiff's attorneys, and plaintiff's witnesses – including experts – shall not, in the presence of the jury, testify, offer, or in any way refer to non-incident facts about any other prior or subsequent incidents or investigations involving Defendant Deputy Christopher Alfred and/or other San Bernardino County Sheriff's Department deputies or personnel which are unrelated to the subject incident.

IT IS SO ORDERED.

Dated: _____        _____
Hon. Kenly Kiya Kato
UNITED STATES DISTRICT JUDGE