1  Eugene P. Ramirez (State Bar No. 134865)
   *eugene.ramirez@manningkass.com*
2  Kayleigh Andersen (State Bar No. 306442)
   *kayleigh.andersen@manningkass.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendants, COUNTY OF
   SAN BERNARDINO and DEPUTY
   CHRISTOPHER ALFRED
8
                **UNITED STATES DISTRICT COURT**
9
       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
10
11
   STEFFON BARBER, an individual,          Case No. 5:22-cv-00625-KK-DTBx
12
              Plaintiff,                    *[District Judge, Kenly Kiya Kato,*
13                                          *Magistrate Judge, David T. Bristow]*
          v.
14                                          **[MOTION IN LIMINE NO. 2]**
   COUNTY OF SAN BERNARDINO, a
15  municipal entity, and DOES 1 through    **[PROPOSED] ORDER GRANTING**
   10, inclusive,                          **NOTICE OF MOTION AND**
16                                          **MOTION *IN LIMINE* BY**
              Defendant.                    **DEFENDANTS TO EXCLUDE**
17                                          **PLAINTIFF'S EXPERTS SCOTT**
                                            **DEFOE AND ROBERT MORALES**
18                                          **[DAUBERT MOTION]**
19
                                            Judge:   Hon. Kenly Kiva Kato
20                                          Date:    1/8/2026
                                            Time:    10:30 a.m.
21                                          Crtrm.:  3, 3rd Floor
22                                          Trial Date: 1/26/26
23      After due consideration of all relevant pleadings, papers and records in this
24  action; and upon such other oral and document evidence or argument as was
25  presented to the Court; and Good Cause appearing therefor, and in furtherance of the
26  interests of justice,
27      IT IS HEREBY ORDERED that plaintiff, plaintiff's attorneys, and plaintiff's
28  witnesses – including experts – shall not, in the presence of the jury, testify, offer, or

in any way refer to opinions and testimony of plaintiff's police practices expert, Scott DeFoe, and plaintiff's incident reconstruction expert Robert Morales, at trial regarding:

1.     Any testimony or opinions by the expert that are based on speculation and/or lack foundation; and

2.     Any testimony or opinions beyond the expert's scope of expertise.

IT IS SO ORDERED.


Dated: _____          _____
                               Hon. Kenly Kiya Kato
                               UNITED STATES DISTRICT JUDGE

---

2

**DEFENDANTS' MOTION IN LIMINE NO. 2**