Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
 *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEFFON BARBER, an individual, | Case No. 5:22-cv-00625-KK-DTBx |
| Plaintiff, | *[District Judge, Kenly Kiya Kato, Magistrate Judge, David T. Bristow]* |
| v. | |
| COUNTY OF SAN BERNARDINO, a municipal entity, and DOES 1 through 10, inclusive, | **[MOTION IN LIMINE NO. 3]** |
| | **[PROPOSED] ORDER GRANTING NOTICE OF MOTION AND MOTION *IN LIMINE* BY DEFENDANTS TO EXCLUDE PLAINTIFF'S EXPERT DR. AMY MAGNUSSON [DAUBERT MOTION]** |
| Defendant. | |
| | Judge: Hon. Kenly Kiva Kato<br>Date: 1/8/2026<br>Time: 10:30 a.m.<br>Crtrm.: 3, 3rd Floor |
| | Trial Date: 1/26/26 |

After due consideration of all relevant pleadings, papers and records in this action; and upon such other oral and document evidence or argument as was presented to the Court; and Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that plaintiff, plaintiff's attorneys, and plaintiff's witnesses – including experts – shall not, in the presence of the jury, testify, offer, or

---

**DEFENDANTS' MOTION IN LIMINE NO. 3**

in any way refer to opinions and testimony of plaintiff's expert, Dr. Amy Magnusson, at trial regarding:

    1.    Any testimony that is cumulative/duplicative with plaintiff's medical expert Dr. Bennet Omalu;

    2.    Any testimony or opinions by the expert that are based on speculation and/or lack foundation;

    3.    Any testimony or opinions beyond the expert's scope of expertise; and

    4.    Any testimony or opinions by the expert regarding treatment recommendations that are irrelevant or not possible given Plaintiff's incarceration.

IT IS SO ORDERED.

Dated: _____       _____
                                        Hon. Kenly Kiya Kato
                                        UNITED STATES DISTRICT JUDGE