1   Eugene P. Ramirez (State Bar No. 134865)
      *eugene.ramirez@manningkass.com*
2   Kayleigh Andersen (State Bar No. 306442)
      *kayleigh.andersen@manningkass.com*
3   **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**
4   801 S. Figueroa St, 15th Floor
    Los Angeles, California 90017-3012
5   Telephone: (213) 624-6900
    Facsimile: (213) 624-6999
6
    Attorneys for Defendants, COUNTY OF
7   SAN BERNARDINO and DEPUTY
    CHRISTOPHER ALFRED
8
                    **UNITED STATES DISTRICT COURT**
9
        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
10

11  STEFFON BARBER, an individual,          Case No. 5:22-cv-00625-KK-DTBx
12                  Plaintiff,               *[District Judge, Kenly Kiya Kato,*
13                                           *Magistrate Judge, David T. Bristow]*
            v.
14                                           **[MOTION IN LIMINE NO. 2]**
    COUNTY OF SAN BERNARDINO, a
15  municipal entity, and DOES 1 through     **DEFENDANTS' REQUEST FOR**
    10, inclusive,                           **JUDICIAL NOTICE IN SUPPORT**
16                                           **OF MOTION *IN LIMINE* BY**
                    Defendant.               **DEFENDANTS TO EXCLUDE**
17                                           **PLAINTIFF'S EXPERTS SCOTT**
                                             **DEFOE AND ROBERT MORALES**
18                                           **[*DAUBERT* MOTION]**
19
                                             Judge:  Hon. Kenly Kiva Kato
20                                           Date:   1/8/2026
                                             Time:   10:30 a.m.
21                                           Crtrm.: 3, 3rd Floor
22                                           Trial Date: 1/26/26

23  **TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

24          Pursuant to Federal Rules of evidence, Rule 201, Defendants COUNTY OF

25  SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED ("Defendants")

26  hereby respectfully request the Court to judicially notice the following document in

27  support of their Motion *in Limine* No. 2 to Exclude Plaintiff's Experts Scott DeFoe

28  and Robert Morales [*Daubert* Motion]:

---

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE RE MOTION IN LIMINE NO. 2**

1.    Pages of the transcript of the trial in *People of the State of California v. Steffon Todd Barber*, Case No. FVI21001037 (Exhibit D).

DATED:  December 11, 2025          Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:  _____ /s/ Kayleigh Andersen _____
     Eugene R. Ramirez
     Kayleigh A. Andersen
     Attorneys for Defendant, COUNTY OF
     SAN BERNARDINO