Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-00625-KK-DTBx<br><br>*[District Judge, Kenly Kiya Kato, Magistrate Judge, David T. Bristow]*<br><br>**[MOTION IN LIMINE NO. 4]**<br><br>**[PROPOSED] ORDER GRANTING NOTICE OF MOTION AND MOTION *IN LIMINE* BY DEFENDANTS TO EXCLUDE PLAINTIFF'S EXPERT BENET OMALU [*DAUBERT* MOTION]**<br><br>Judge: Hon. Kenly Kiva Kato<br>Date: 1/8/2026<br>Time: 10:30 a.m.<br>Crtrm.: 3, 3rd Floor<br><br>Trial Date: 1/26/26 |

After due consideration of all relevant pleadings, papers and records in this action; and upon such other oral and document evidence or argument as was presented to the Court; and Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that plaintiff, plaintiff's attorneys, and plaintiff's witnesses – including experts – shall not, in the presence of the jury, testify, offer, or

---

**DEFENDANTS' MOTION IN LIMINE NO. 4**

in any way refer to opinions and testimony of plaintiff's expert, Dr. Bennet Omalu, at trial regarding:

    1.    Any testimony or opinions by the expert that are based on cumulative/duplicative, speculative, and/or lack foundation; and

    2.    Any testimony or opinions beyond the expert's scope of expertise, including all opinions and testimony regarding mental/emotional injuries, bullet trajectory, kinetic energy, and forensic incident reconstruction as to the body positioning/movement of Plaintiff on scene.

IT IS SO ORDERED.

Dated: _____         _____
                                     Hon. Kenly Kiya Kato
                                     UNITED STATES DISTRICT JUDGE