Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
 *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| STEFFON BARBER, an individual, | Case No. 5:22-cv-00625-KK-DTBx |
|---|---|
| Plaintiff, | *[District Judge, Kenly Kiya Kato, Magistrate Judge, David T. Bristow]* |
| v. | |
| COUNTY OF SAN BERNARDINO, a municipal entity, and DOES 1 through 10, inclusive, | **[MOTION IN LIMINE NO. 5]** |
| | **[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* TO TRIFURCATE TRIAL INTO THREE PHASES: (1) LIABILITY PHASE, COMPENSATORY DAMAGES CALCULATION, AND PUNITIVE DAMAGES PREDICATE; (2) PUNITIVE DAMAGES CALCULATION, IF NECESSARY; AND (3) *MONELL* LIABILITY, *MONELL* DAMAGES CALCULATION, IF NECESSARY** |
| Defendant. | |
| | Judge: Hon. Kenly Kiva Kato<br>Date: 1/8/2026<br>Time: 10:30 a.m.<br>Crtrm.: 3, 3rd Floor |
| | Trial Date: 1/26/26 |

After due consideration of all relevant pleadings, papers and records in this action; and upon such other oral and document evidence or argument as was presented to the Court; and Good Cause appearing therefor, and in furtherance of the

**DEFENDANTS' MOTION IN LIMINE NO. 5**

interests of justice,

IT IS HEREBY ORDERED that Defendants' motion *in limine* to Trifurcate Trial Into Three Phases is granted. The Court hereby orders the trial shall be trifurcated as follows:

(1) Liability phase, compensatory damages calculation, and punitive damages predicate;

(2) Punitive damages calculation, if necessary; and

(3) *Monell* liability and *Monell* damages calculation, if necessary.

IT IS SO ORDERED.

Dated: _____        _____
                              Hon. Kenly Kiya Kato
                              UNITED STATES DISTRICT JUDGE