**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
**IVIE MCNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Tel:   (213) 489-0028
Fax:   (213) 489-0552

Attorneys for Plaintiff, Steffon Barber

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER,<br><br>              Plaintiff,<br><br>     vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>              Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>District Judge Kenly Kiya Kato<br>Magistrate Judge David T. Bristow<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

**TO THE HONORABLE COURT:**

COME NOW Plaintiff, Steffon Barber, and Defendants, County of San Bernardino and Deputy Christopher Alfred, and hereby notify this Court of the Parties' settlement efforts in the above-referenced matter.

On December 9, 2025, the Parties engaged in a mediation session with Richard Copeland. Unfortunately, despite the Parties' efforts, the Parties were unable to resolve the case. The Parties believe that future settlement discussions may be possible after the Parties receive a ruling on Defendants' pending Motion for Summary Judgment.

Dated: December 11, 2025                MANNING & KASS
                                        ELLROD, RAMIREZ, TRESTER LLP

                                  By:   *s/ Kayleigh A. Andersen*
                                        Eugene P. Ramirez
                                        Kayleigh A. Andersen
                                        Attorneys for Defendants, County of
                                        San Bernardino and

Dated: December 11, 2025                IVIE MCNEILL WYATT
                                        PURCELL & DIGGS

                                  By:   *s/ Rodney S. Diggs*
                                        Rodney S. Diggs
                                        Attorney for Plaintiff, Steffon Barber

Dated: December 11, 2025                LAW OFFICES OF DALE K. GALIPO

                                  By:   *s/ Renee V. Masongsong*
                                        Dale K. Galipo
                                        Renee V. Masongsong
                                        Attorneys for Plaintiff, Steffon Barber