**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,<br><br>　　　　　　Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>Hon. District Judge Kenly Kiya Kato<br>Hon. Magistrate Judge, David T. Bristow<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF OR REFERENCES TO PLAINTIFF BARBER'S CRIMINAL RECORD AND PRIOR BAD ACTS**<br><br>Trial Date: January 26, 2026 |

# [PROPOSED] ORDER

Having reviewed Plaintiff's Motion in Limine No. 1 to Exclude Evidence of or References to Plaintiff Steffon Barber's Criminal Record, and GOOD CAUSE appearing therein, Plaintiff's Motion is hereby GRANTED.

It is hereby ordered that all parties and their counsel, and through them any witnesses or other persons, are hereby precluded from referencing, arguing, mentioning, or introducing evidence regarding Mr. Barber's criminal record at trial, including but not limited to the following:

1. Mr. Barber's contacts with law enforcement, arrests, charges, convictions, and periods of incarceration occurring prior to this incident;
2. Mr. Barber's alleged "moniker(s);"
3. Hearsay statements that Mr. Barber had struck, hit or yelled at his wife prior to the incident;
4. Mr. Barber's probation status at the time of the incident;
5. Criminal charges filed against Mr. Barber arising from this incident; and
6. Mr. Barber's criminal conviction and incarceration resulting from this incident.

**IT IS SO ORDERED**.

Dated: _____          _____
                                        Honorable Kenly Kiya Kato
                                        United States District Judge