# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,<br><br>Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>Hon. District Judge Kenly Kiya Kato<br>Hon. Magistrate Judge, David T. Bristow<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE THE DISTRICT ATTORNEY'S CONCLUSIONS AND THE COUNTY OF SAN BERNARDINO'S FINDINGS**<br><br>Trial Date: January 26, 2026 |

# [PROPOSED] ORDER

Having reviewed Plaintiff's Motion in Limine No. 2 to Exclude the District Attorney's Conclusions and the County of San Bernardino's Findings, and GOOD CAUSE appearing therein, Plaintiff's Motion is hereby GRANTED.

It is hereby ordered that all parties and their counsel, and through them any witnesses or other persons, are hereby precluded from referencing, mentioning, publishing or arguing any of the following items of evidence before the jury:

1. Any evidence, testimony, argument, or reference at trial to the District Attorney's conclusion that Deputy Christopher Alfred's use of deadly force against Mr. Barber was justified, reasonable, and/or not criminal;
2. Any evidence, testimony, argument, or reference at trial to the District Attorney's decision not to press charges against Deputy Alfred, including any reference (whether implicit or explicit) to the fact that the District Attorney reviewed the shooting incident; and
3. Any evidence, testimony, argument, or reference at trial to any findings by the County of San Bernardino that Deputy Alfred's use of deadly force against Mr. Barber was reasonable, justified, within policy, and/or did not require any discipline or retraining.

**IT IS SO ORDERED**.

Dated: _____

Honorable Kenly Kiya Kato
United States District Judge