# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,<br><br>Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>Hon. District Judge Kenly Kiya Kato<br>Hon. Magistrate Judge, David T. Bristow<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE OF OR REFERENCES TO PLAINTIFF BARBER'S DRUG USE**<br><br>Trial Date: January 26, 2026 |

# [PROPOSED] ORDER

Having reviewed Plaintiff's Motion in Limine No. 3 to Exclude Drug Evidence, and GOOD CAUSE appearing therein, Plaintiff's Motion is hereby GRANTED.

It is hereby ordered that at trial, all parties and their counsel, and through them any witnesses or other persons, are hereby precluded from referencing, mentioning, publishing or arguing anything regarding Mr. Barber's drug use, including the following:

1. Any criminal history relating to drug use or drug offenses as explained in Plaintiff's Motion in Limine No. 1, including Mr. Barber's 2006 vehicle code violation for driving under the influence and his 2012 misdemeanor possession of controlled substance;
2. The April 28, 2021 Bio-Tox Laboratories Report (COSB 00129) indicating the presence of methamphetamine and benzodiazepines;
3. Any hearsay statements regarding Mr. Barber's drug use contained in any medical records or police reports;
4. Any testimony by any party, including Defendants' retained experts Gary Vilke, M.D. and Phillip Sanchez, the neighbors (Maria Gallo and Joseph Cocchi), as well as Plaintiff Mr. Barber, regarding Mr. Barber's drug use; and
5. The 911 call, where the reporting party mentions that Mr. Barber appeared to be under the influence.

**IT IS SO ORDERED**.

Dated: _____   _____

Honorable Kenly Kiya Kato
United States District Judge