Eugene P. Ramirez, Esq. (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh A. Andersen (State Bar No. 306442)
  *Kayleigh.Andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,<br><br>Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>*[Assigned to the Honorable District Judge Kenly Kiya Kato, Magistrate Judge, David T. Bristow]*<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE THE DISTRICT ATTORNEY'S CONCLUSIONS AND THE COUNTY OF SAN BERNARDINO'S FINDINGS**<br><br>Judge: Hon. Kenly Kiya Kato<br>Date: January 8, 2026<br>Time: 10:30 a.m. |

Defendants COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED ("Defendants") hereby submit this Notice of Non-Opposition to Plaintiff's Motion *in Limine* No. 2 to Exclude the District Attorney's Conclusions and the County of San Bernardino's Findings.

///

///

///

**DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 2**

1  DATED: December 18, 2025      **MANNING & KASS**
2                                 **ELLROD, RAMIREZ, TRESTER LLP**

            By: ____/s/ Kayleigh A. Andersen_____
                Eugene P. Ramirez, Esq.
                Kayleigh A. Andersen, Esq.
                Attorneys for Defendants, COUNTY OF
                SAN BERNARDINO and
                CHRISTOPHER ALFRED