**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
**IVIE MCNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Tel:   (213) 489-0028
Fax:   (213) 489-0552

Attorneys for Plaintiff, STEFFON BARBER

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,<br><br>                    Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>District Judge Kenly Kiya Kato<br>Magistrate Judge David T. Bristow<br><br>**JOINT EXHIBIT LIST**<br><br>Final PTC:  January 8, 2026<br>Time:          10:30 a.m.<br>Crtrm:        3, 3rd Floor<br>              3470 Twelfth Street<br>              Riverside, CA 92501-3801 |

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 16-5 and this

Court's Civil Trial Scheduling Order (Dkt. 47), Plaintiff Steffon Barber and

Defendants, County of San Bernardino and Christopher Alfred, through their

counsel of record, hereby submit this Joint Exhibit List for the January 26, 2026

trial. The parties reserve their right to object to the introduction and use of the below

evidence at the time of trial, which will be identified in the parties' Joint Exhibit

Stipulation.

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Scene Diagrams, including COSB 000975 | | |
| 2. | a. Interview of Deputy Christopher Alfred (audio) <br> b. Interview of Deputy Christopher Alfred (transcript) | | |
| 3. | Photographs of the Scene | | |
| 4. | Aerial Photographs | | |
| 5. | Photographs of Deputy Alfred | | |
| 6. | Photographs of Deputy Alfred's firearm | | |
| 7. | Photographs of Plaintiff Steffon Barber's vehicle | | |
| 8. | Photographs of Plaintiff Steffon Barber's injuries | | |
| 9. | Power Point presentation/trial demonstrative by Plaintiff's expert Robert Morales | | |
| 10. | a. Deputy Alfred's Belt Recording (audio) <br> b. Deputy Alfred's Belt Recording (transcript) | | |
| 11. | Documents from the case *Archibald v. County of San Bernardino*, case number 5-16-cv-1128 | | |

| | | | | |
|---|---|---|---|---|
| 12. | Documents from the case *Estate of Merlin Factor v. County of San Bernardino, et al.*, case number 5:14-cv-01289-DMG-AGR(x) | | | |
| 13. | Documents from the case *Young v. County of San Bernardino, et al.*, case number 5:15-CV-01102-JGB-SP | | | |
| 14. | Documents from the case *V.R. v. County of San Bernardino*, case number 5:19-cv-01023-JGB-SP | | | |
| 15. | Medical records from Arrowhead Regional Medical Center | | | |
| 16. | Medical records from Correctional Health Department | | | |
| 17. | Medical records from the County of San Bernardino Sheriff's Department | | | |
| 18. | Records from American Medical Response | | | |
| 19. | Bio-Tox Laboratory Report | | | |
| 20. | COSB Use of Force Policy, including the policy regarding shooting at vehicles | | | |
| 21. | Barber Criminal Trial Transcript | | | |
| 22. | Barber Criminal Trial Minute Orders | | | |
| 23. | Barber Medical Records SBCSD Jail | | | |
| 24. | Audio of 911 Call by Neighbor re Incident | | | |
| 25. | Audio of Dispatch re Incident | | | |

Dated: December 18, 2025

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: *s/ Kayleigh A. Andersen*
Eugene P. Ramirez
Kayleigh A. Andersen
Attorneys for Defendants, County of
San Bernardino and

-2-

1

Dated: December 18, 2025                    IVIE MCNEILL WYATT
                                            PURCELL & DIGGS

2

3
                                    By:  _s/ Rodney S. Diggs_
4
                                         Rodney S. Diggs
5                                        Attorney for Plaintiff, Steffon Barber

6
Dated: December 18, 2025                    LAW OFFICES OF DALE K. GALIPO
7

8
                                    By:  _s/ Renee V. Masongsong_
9                                        Dale K. Galipo
                                         Renee V. Masongsong
10                                       Attorneys for Plaintiff, Steffon Barber

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28