EXHIBIT

A

# CURRICULUM VITAE
# Amy L. Magnusson, M.D.

| | |
|---|---|
| Office Address: | Amy Magnusson, MD |
| | 8765 Aero Drive, Suite 310 |
| | San Diego, CA 92123 |
| | p (858) 648-5322 |
| | f (858) 648-5324 |
| | |
| | VA San Diego Healthcare System |
| | Spinal Cord Injury Service |
| | 3350 La Jolla Village Drive |
| | San Diego, CA 92161 |
| | p (858) 642-3190 |
| | |
| Postgraduate Medical Education: | |
| 1997-1998 | Transitional Year Intern, MacNeal Hospital |
| | Berwyn, Illinois |
| | |
| 1998-2001 | Physical Medicine and Rehabilitation Resident |
| | Stanford University School of Medicine |
| | Stanford, California |
| | |
| Education: | |
| December, 1988 | B.S., San Diego State University (Nursing Sciences) |
| | |
| June, 1997 | M.D., Loyola University Chicago, Stritch School of Medicine |
| | |
| Honors/Awards: | |
| 1987 | Sigma Theta Tau- International Honor Society of Nursing |
| 1991 | Alpha Epsilon Delta- Premedical Honor Society |
| | Charter Member |
| 1997 | Alpha Sigma Nu- National Jesuit Honor Society |
| 1998 | Intern of the Year- MacNeal Hospital, Transitional Year |
| 1999 | Academic Chief Resident- Stanford PM&R, PGY-III |
| 2000 | Senior Chief Resident- Stanford PM&R, PGY-IV |
| 2000 | Recipient of AVENTIS PM&R Residents Scholarship |
| 1998-2001 | Rotation Honors in: Inpatient Spinal Cord Injury at Santa Clara Valley Medical Center, Inpatient General Rehabilitation at Palo Alto VA, Inpatient General Rehabilitation at Stanford, Outpatient Musculoskeletal Clinics at Stanford, EMG at Santa Clara Valley Medical Center, Inpatient Traumatic Brain Injury at Santa Clara Valley Medical Center, Outpatient General PM&R Clinics at Palo Alto VA |

| | |
|---|---|
| <u>Professional Volunteer Service:</u> | |
| 1998, 1999, 2000 | Stanford Athletic Department- Pre-Participation Physical Exams |
| | |
| <u>Medical Licensure:</u> | California No. A066528, original 1998, expiration 8/31/26 |
| | |
| <u>Board Certification:</u> | American Board of Physical Medicine and Rehabilitation 2002-2027, certificate number 7043 |
| | American Board of Physical Medicine and Rehabilitation, Spinal Cord Medicine Subspecialty Board Certification 2004-2034, certificate number 453 |
| | American Board of Physical Medicine and Rehabilitation, Brain Injury Medicine Subspecialty Board Certification 2014-2034, certificate number 148 |
| | |
| <u>Professional Associations:</u> | |
| 2000-present | American Academy of Physical Medicine and Rehabilitation |
| 1998-present | California Society of Physical Medicine and Rehabilitation |
| 2008-present | American Spinal Injury Association |
| 2007-present | Academy of Spinal Cord Injury Professionals/ American Paraplegia Society |
| 2011-present | California Medical Association |
| 2011-present | San Diego County Medical Society |
| 2010-present | San Diego Brain Injury Foundation/ Professional Advisory Council |
| 2025-present | American Congress of Rehabilitation |
| | |
| <u>Work Experience:</u> | |
| 7/2001-present | Staff Physician, Physical Medicine and Rehabilitation Outpatient/Inpatient Sharp Memorial Rehabilitation Spinal Cord Injury, Traumatic Brain Injury, Stroke, General Rehab, Musculoskeletal Medicine, Amputee, Burn, Pain Management |
| 7/2001-present | Staff Physician, Spinal Cord Injury Service VA San Diego Healthcare System |
| | |
| <u>Academic Appointment:</u> | |
| 2001-2012 | Clinical Instructor, University of California, San Diego, Department of Orthopedic Surgery |

| | |
|---|---|
| <u>Medical Directorship:</u> | |
| 2011-present | Learning Services<br>Escondido, CA 92027 |
| | |
| 2015-2024 | NeuroRestorative<br>Physical Medicine and Rehabilitation<br>Medical Director<br>La Mesa, CA |
| | |
| <u>Procedure Experience:</u> | Musculoskeletal Injections- shoulder, hip, knee joint injections, trigger point injections |
| | |
| | Botulinum Toxin Injections |
| | |
| | Nerve Injections- Peripheral Nerve Injections, Phenol Blocks, Occipital Nerve Blocks |
| | |
| | Medical Acupuncture |
| | |
| | Electromography/Nerve Conduction Studies |
| | |
| | Management of Intrathecal Baclofen Pumps |
| | |
| <u>Conference Presentation:</u> | CSIMS MedLaw Tricon 2024<br>Fatigue In Traumatic Brain Injury |
| | |
| <u>Research:</u> | Clinical Video Telehealth to the Home, Innovative Advances in the Growing Use of Real-Time Clinical Video Telehealth to Provide Comprehensive 'Live, In-Home' Evaluation of Spinal Cord Injured Veterans |
| | |
| | Poster Presentation at the American Congress of Rehabilitation Medicine<br>    Preventive Health Services in Women with Disabilities |
| | |
| <u>Teaching Experience:</u> | UCSD School of Medicine<br>Clinical Rounds, VA San Diego SCI Service |
| | |
| <u>Administrative Responsibilities:</u> | |
| 2001-present | SCI Leadership Committee, VA San Diego, HCS |
| 2001-2003 | Co-Chief of Rehab Council, VA San Diego HCS |
| 2002 | Outpatient CARF Committee, VA San Diego HCS |
| 2002-2005 | District Director, California Society of PM&R |
| 2004-2005 | Secretary/Treasurer, California Society of PM&R |
| 2005-2006 | SCI PI Committee, Length of Stay, VA San Diego HCS |

| | |
|---|---|
| 2005-2007 | Tele-Homecare Committee, VA San Diego HCS |
| 2005-2007 | SCI Homecare Committee, VA San Diego, HCS |
| 2007-present | SCI Skin Team Medical Supervisor, VA San Diego HCS |
| 2008-2018 | SCI Pain Program Medical Supervisor, VA San Diego HCS |

<u>Community Volunteer Activities:</u>

Miramar National Cemetery Support Foundation, Board of Directors, Secretary

Volunteer Faculty, UCSD School of Medicine, MED 232 Healer's Art

BioMed Mentor, UCHS Seniors, clinical/patient experiences

Science Olympiad Coach

<u>Professional References:</u>

Henry York, M.D.
p (858) 642-3128

Dan Gardner, M.D.
p (858) 560-5609

Jerome Stenehjem, M.D.
p (858) 648-5322

**AMY MAGNUSSON, M.D.**
**DIPLOMATE, AMERICAN BOARD OF**
**PHYSICAL MEDICINE AND REHABILITATION**
**SUBSPECIALTY BOARD CERTIFICATION, SPINAL CORD MEDICINE**
**SUBPECIALTY BOARD CERTIFICATION, BRAIN INJURY MEDICINE**
**8765 Aero Drive, Suite 310**
**San Diego, CA 92123**
**p (858) 648-5322**
**f (858) 648-5324**

**Testimony Listing**

| DATE | CASE | PLAINTIFF/DEFENSE | DEPOSITION | TRIAL |
|---|---|---|---|---|
| 1/12 | Vehling, Derek vs. OshKosh, Corp. | Defense | X | |
| 5/12 6/12 | Fernandez, Arthur | Plaintiff | X | X |
| 1/13 10/14 | Aguilar, Audrey vs. Tricor | Plaintiff | X | X |
| 1/13 | Smith, Donald vs. El Centro Regional Medical Center | Plaintiff | X | |
| 2/13 12/13 | Paulson, Matt vs. Berman | Plaintiff | X | X |
| 8/13 | Driscoll, Robert vs. Triggs, MD | Defense | X | |
| 10/13 3/14 | Chen, David vs. UC Regents | Defense | X | X |
| 11/13 | Soares, Andrea vs. Iron Planet, et. al. | Plaintiff | X | |
| 1/14 | Bigay, Vickie vs. Etemad, MD | Plaintiff | X | |

| Date | Case | Side | | |
|---|---|---|---|---|
| 3/14 | Thompson, Martha vs. LLUMC | Defense | X | |
| 5/14 | Carrillo, Kathy vs. San Antonio Community Hospital, et. al | Plaintiff | X | |
| 5/14 | Murphy, Conrad vs. State of California | Plaintiff | X | |
| 9/14 6/15 | Coon, Patricia vs. Kaiser | Plaintiff | X | X (arb) |
| 9/14 | Vera, Alex vs. Verano at Talega Homeowners Association, et. al | Plaintiff | X | |
| 3/15 11/15 | Clary, Jeffrey vs. Kaiser | Defense | X | X (arb) |
| 8/15 9/15 | Malone, Sharon vs. Ford | Plaintiff | X | X |
| 9/15 | Kormylo, Nicholas vs. Forever Resorts | Plaintiff | X | |
| 11/15 | Jones vs. People of California | | X | X |
| 12/15 | Whalen vs. Riccio | Defense | X | |
| 1/16 | Piva, Bryant vs. Polaris | Plaintiff | X | |
| 2/16 & 10/16 | Hauschildt vs. Clinton River Medical Products | Plaintiff | X | X |
| 4/16 | Teague vs. Stevens Trucking Company | Plaintiff | X | |
| 4/16 | Ibarra vs. Stevens Trucking Company | Plaintiff | X | |
| 5/16 | Johnson vs. City | Plaintiff | X | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | of San Diego |  |  |  |
| 7/16 | Brookstein vs. Kennedy | Plaintiff | X |  |
| 8/16 | Tran vs. 24Hr Fitness | Plaintiff | X |  |
| 9/16 | Taulbee vs. E.J. Distributions, et. al. | Plaintiff | X |  |
| 10/16 & 8/17 | Eisenbise vs. Crown Equipment Corporation | Plaintiff | X | X |
| 11/16 | Cash vs. Northside Hospital | Plaintiff | X |  |
| 1/17 & 3/17 | George vs. First Service Residential California | Plaintiff | X | X |
| 3/17 | Lafarga vs. Sweetwater Union School District | Plaintiff | X |  |
| 3/17 & 5/17 | Cruz vs. City of Santa Monica | Plaintiff | X | X |
| 4/17 | Aavang vs. Hoban | Plaintiff | X |  |
| 4/17 | Nunez vs. Matheson Tri-Gas, Inc. | Plaintiff | X |  |
| 7/17 | Warner vs. Scripps | Plaintiff | X |  |
| 7/17 | Verdugo vs. Somerton School District | Plaintiff | X |  |
| 8/17 | Lee vs. Kaiser | Plaintiff | X |  |
| 10/17 | Soper vs. Cera | Plaintiff | X |  |
| 10/17 | Padilla vs. Waste | Plaintiff | X |  |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Management |  |  |  |
| 11/17 | Persin vs. State of Hawaii, et. al. | Plaintiff | X |  |
| 11/17 | Ford vs. CalTrans, et. al. | Plaintiff | X |  |
| 12/17 | French vs. Wood Bros. | Defense | X |  |
| 1/18 | Soto Rodriguez vs. Meza Auto Sales, et. al. | Plaintiff |  | X |
| 2/18 4/18 | Clanton vs. XP Systems Corporation, Fiserv, Inc., Sleep Technology, Inc. | Plaintiff | X | X |
| 2/18 | Chavarin vs. Collins, et. al. | Plaintiff | X |  |
| 3/18 | Chang vs. Ontario Mills Limited Partnership, et al (Maria Rincon) | Plaintiff | X |  |
| 5/18 | Omoefe vs. Kaiser | Plaintiff | X |  |
| 5/18 | Tyurina vs. Urbana Tahoe TC, LLC | Defense | X |  |
| 6/18 | Smith vs. Koudsi | Plaintiff | X |  |
| 7/18 10/18 | Mitchell vs. Kaiser | Plaintiff | X | X (arb) |
| 10/18 & 3/19 | Flores v. Rochetti | Plaintiff | X | X |
| 11/18 | Malcolm v. Robinson Helicopters | Defense | X |  |

| | | | | |
|---|---|---|---|---|
| 12/18 | Navarro v. Gonzalez and Cota, et. al. | Defense | X | |
| 1/19 | Lichtman vs. Siemens | Plaintiff | X | |
| 3/19 | Du vs. County of San Diego | Plaintiff | X | |
| 3/19 | Sutherland vs. University of Oregon, et. al. | Plaintiff | X | |
| 5/19 | Oram v. Pacific Coast Elevator Corporation | Plaintiff | X | |
| 5/19 & 7/19 | Collins vs. Palomar Medical Center | Plaintiff | X | X |
| 5/19 | Franklin v. Park, MD, PhD, et al. | Plaintiff | X | |
| 6/19 | Bogner v. St. Joseph Hospital of Orange, et al. | Plaintiff | X | |
| 7/19 & 7/19 | Philip Smith v. Kaiser Foundation Hospital | Plaintiff | X | X (arb) |
| 8/19 | Ruano v. LAUSD et al. | Defense | X | |
| 8/19 | Mendez v. County of Sacramento, et. al. | Plaintiff | X | |
| 9/19 | Awad v. County of Sacramento | Plaintiff | X | |
| 9/19 | Moss v. Cemex | Plaintiff | X | |
| 9/19 | Ruknaitis v. City of San Diego | Plaintiff | X | |
| 9/19 | Silver v. Kaiser | Plaintiff | X | X(arb) |

| Date | Case | Side | | | |
|---|---|---|---|---|---|
| 10/21 | | | | | |
| 10/19 12/19 | Felix v. SoCal Underground | Plaintiff | | | X (arb) |
| 10/19 | Akers v. Yeewen Chen Wang, Hewlett Packard | Plaintiff | X | | |
| 10/19 11/19 | Spiller v. Ford Motor | Plaintiff | X | X | |
| 12/19 | Martin v. Kaiser | Plaintiff | X | | |
| 2/20 | Kenworthy v. Saniya Sunil Kishnani | Plaintiff | X | | |
| 2/20 | Donohoe v. County of San Diego | Defense | X | | |
| 3/20 | Calderon v. Caltrans | Plaintiff | X | | |
| 3/20 | Burrhus v. Vault PK | Plaintiff | X | | |
| 3/20 | Tuaau v. Anheuser-Busch | Plaintiff | X | | |
| 5/20 6/20 8/20 2/22 | O'Malley v. Diamond Resorts | Plaintiff | X | X | |
| 6/20 6/21 | Bowles v. City of San Jose | Plaintiff | X | X | |
| 10/20 2/24 | Ziegler v. Trainor | Plaintiff | X | X | |
| 11/20 4/21 | Jones v. Hiller Aircraft Corporation | Plaintiff | X | X | |
| 12/20 | Hamilton, et al v. Novartis Pharmaceuticals Corporation, et al | Plaintiff | X | | |
| 1/21 | Kondrad v. | Plaintiff | X | X | |

| Date | Case | Side | | | |
|---|---|---|---|---|---|
| 9/21 7/23 | Centric, D.O. | | | | |
| 1/21 | Jarell Boyd v. Caltrans, et al. | Plaintiff | X | | |
| 2/21 | Torres v. Big Lots | Plaintiff | X | | |
| 2/21 | Alex Paez v. Caltrans, et al. | Plaintiff | X | | |
| 2/21 | Avila v. General Motors | Plaintiff | X | | |
| 3/21 | Jackson v. Gallade | Plaintiff | X | | |
| 3/21 | Trakimas v. Grandview | Plaintiff | X | | |
| 3/21 | Veach v. Kaiser | Plaintiff | X | | |
| 4/21 | Gilbert Ortiz v. Caltrans, et al. | Plaintiff | X | | |
| 4/21 | Ceja v. Bridgestone | Plaintiff | X | | |
| 5/21 | Abagyan v. City of San Diego | Plaintiff | X | | |
| 6/21 | Scanlon v. CR England | Plaintiff | X | | |
| 7/21 | Tan v. Hydraulics International, Inc, et al. | Plaintiff | X | | |
| 7/21 | Lowenstein v. San Antonio Regional Medical Center | Defense | X | | |
| 8/21 | Kurban v. The Gallery HOA, et al. | Plaintiff | X | | |
| 8/21 | Haddock v. Westrock | Plaintiff | X | | |
| 9/21 7/24 | Carr v. County of Orange | Plaintiff | X | X | |

| Date | Case | Party | | | |
|---|---|---|---|---|---|
| 9/21 3/22 | Vargas v. Kaiser | Plaintiff | | X | X(arb) |
| 10/21 | Hutayana v. YMCA | Plaintiff | | X | |
| 10/21 | French v. City of Los Angeles | Plaintiff | | | X |
| 10/21 | Tadros v. Enterprise | Plaintiff | | X | |
| 11/21 | Willard v. Beverly Memorial Hospital | Plaintiff | | X | |
| 12/21 | Carlson v. City of Redondo Beach | Plaintiff | | X | |
| 12/21 | Sauceda v. Riverside University Health System | Plaintiff | | X | |
| 12/21 3/22 | Adrabi v. Harrison | Plaintiff | | X | X |
| 1/22 2/22 | Viruegas v. Westech Systems Inc, et al. | Plaintiff | | X | X |
| 2/22 | Doyle v. American Eagle Transportation, et al. | Defense | | X | |
| 2/22 3/22 | Meyer v. Doctors' Medical Center | Plaintiff | | X | |
| 3/22 5/22 | Neeley v. State of California, Department of Transportation | Plaintiff | | X | X |
| 3/22 | Garot v. County of San Diego | Plaintiff | | X | |
| 3/22 | Gharibjanyan v. GBG | Plaintiff | | X | X |
| 4/22 | Flucker v. Kaiser | Plaintiff | | X | |
| 4/22 | Cordova v. Silver Lake Medical Center | Plaintiff | | X | |

| Date | Case | Side | | |
|---|---|---|---|---|
| 5/22 | Hernandez v. Dart International | Plaintiff | X | |
| 5/22 | Brandt v. Zwiacher | Plaintiff | X | |
| 5/22 2/23 | Rodriguez v. Prime Healthcare Paradise Valley, LLC | Plaintiff | X | X |
| 6/22 | Conway v. Ballard Rehabilitation Hospital, et al. | Defense | X | |
| 6/22 | Ruvalcaba, et al. v. City of Victorville | Plaintiff | X | |
| 6/22 | Rayos-Lopez v. Kenyon Plastering of Southern CA, et al. | Plaintiff | X | |
| 7/22 | Curtis v. Wahid Tazudeen, MD, Danville Neurology, et al. | Plaintiff | X | |
| 7/22 1/24 | Cesena v. Southern California Edison | Plaintiff | X | X |
| 7/22 | Klein v. Marden, Kai Mateo, et al. | Plaintiff | X | |
| 7/22 | Campbell v. Greyhound Lines | Plaintiff | X | |
| 8/22 | Oropeza v. Jensen USA | Plaintiff | X | |
| 9/22 | Gerth v. Malone | Plaintiff | X | |
| 9/22 2/23 4/23 | Torres v. LAUSD | Plaintiff | X | |
| 9/22 | Henson v. CH Robinson | Plaintiff | X | |
| 10/22 1/23 | Geiler v. Fremont Emergency Services, et al. | Plaintiff | X | X |

| Date | Case | Side | | |
|---|---|---|---|---|
| 2/23 | Camacho v. Transdev, et al. | Plaintiff | X | |
| 3/23 | Porteous v. Scripps Clinic Radiology Medical Group | Plaintiff | X | |
| 3/23 | Gardea v. Little King Transportation, et al. | Plaintiff | X | |
| 3/23 5/23 | Kaneko v. City of Los Angeles | Plaintiff | X | X |
| 4/23 | Mikelic v. MGM Grand Hotel, LLC | Plaintiff | X | |
| 4/23 | Clark v. County of Los Angeles | Plaintiff | X | |
| 4/23 | Gaskins v. OHL-USA, Inc.; Borrell Contracting; and Does | Plaintiff | X | |
| 5/23 | Huerta v. County of Tulare | Plaintiff | X | |
| 5/23 | Bandlow v. Net Health Shops, et al. | Plaintiff | X | |
| 6/23 | Leggett v. City of Compton | Plaintiff | X | |
| 6/23 | Gray v. Marin General Hospital, et al. | Plaintiff | X | |
| 6/23 | Castro v. Ford Motor Co | Plaintiff | X | |
| 7/23 5/24 | Rodriguez v. Mowbray's Tree Service | Plaintiff | X | X |
| 7/23 | Thomas v. Petty | Plaintiff | X | |
| 8/23 | Glaser v. State of Arizona | Plaintiff | X | |
| 8/23 3/24 | Loeser v. NorCal Beverage | Plaintiff | X | X |
| 9/23 | Cagle v. Rye, et al. | Plaintiff | X | |

| | | | | |
|---|---|---|---|---|
| 10/23 7/24 | Vallin v. City of Long Beach | Plaintiff | X | X |
| 11/23 | Betts v. Toyota | Plaintiff | X | |
| 12/23 | Lebowitz v. LHD Partners | Plaintiff | X | |
| 12/23 | Rodriguez-Baron v. Southern California Edison | Plaintiff | X | |
| 12/23 | Lopez v. City of Riverside | Plaintiff | X | |
| 2/24 | Quarker v. Ibrahim, City Of Culver City, County of Los Angeles | Plaintiff | X | |
| 3/24 | Mondino v. Lim | Plaintiff | X | |
| 3/24 | Samuel v. Ballinger | Plaintiff | X | |
| 5/24 | Salan v. Gills Onions | Plaintiff | X | |
| 6/24 | Gutierrez v. Ebeling | Plaintiff | X | |
| 6/24 | Davidson v. Huitron, et al. | Plaintiff | X | |
| 8/24 | Leone v. Pedigo | Plaintiff | X | |
| 8/24 | Thao v. Firebaugh-Las Deltas Unified School District | Plaintiff | X | |
| 8/24 | Flores v. Resorts World | Plaintiff | X | |
| 9/24 | Nijst v. Anaheim Global Medical Center | Plaintiff | X | |
| 10/24 | Symonds v. Shamus Sean Sheridan, DC, et al. | Plaintiff | X | |
| 11/24 | Voage v. Shpaner | Plaintiff | X | |
| 11/24 | Torres v. Valley Power Systems, Inc. | Plaintiff | X | |
| 1/25 | Skrabalak v. MBUSA | Plaintiff | X | |

| Date | Case | Side | Col1 | Col2 |
|---|---|---|---|---|
| 1/25 | Craig v. Human Touch | Plaintiff | X | |
| 1/25 6/25 | Davis v. Franciscan Alliance | Plaintiff | X | X |
| 2/25 3/25 | Miller v. City of San Diego | Defense | X | X |
| 2/25 | Freede v. VCI Construction | Plaintiff | X | |
| 3/25 | Yzaguirre v. CUSD | Plaintiff | X | |
| 4/25 | Pucillo v. Honor Health | Plaintiff | X | |
| 4/25 | Karpinski v. Uber | Plaintiff | X | |
| 5/25 | Hurtado v. AM Transport Services, et al. | Plaintiff | X | |
| 6/25 | Putziger v. Brian Lai, MD | Defense | X | |
| 9/25 | Lonon v. East Georgia Regional Medical Center | Plaintiff | X | |
| 9/25 | Erickson v. Western Power Sports | Plaintiff | X | |
| 9/25 | Ho v. Kureshi | Plaintiff | X | |
| 9/25 | Luna v. Jasso | Plaintiff | X | |
| 10/25 | Alatorre v. Horne | Plaintiff | X | |
| 10/25 | Rutkovitz v. Uber | Plaintiff | X | |

**AMY MAGNUSSON, M.D.**
**DIPLOMATE, AMERICAN BOARD OF**
**PHYSICAL MEDICINE AND REHABILITATION**
**SUBSPECIALTY BOARD CERTIFICATION, SPINAL CORD MEDICINE**
**SUBSPECIALTY BOARD CERTIFICATION, BRAIN INJURY MEDICINE**
**8765 Aero Drive, Suite 310**
**San Diego, CA 92123**
**p- 858-648-5322**
**f- 858-648-5324**

**MEDICAL-LEGAL FEE SCHEDULE**

I am providing my medical-legal fee schedule. All medical-legal consultations will be billed at $600.00/hr. This includes patient evaluation, record review, all travel and associated expenses, report preparation, and meetings. Depositions will be billed at $700.00/hr. A non-refundable retainer fee of $2500.00 is billed at the initiation of services. Courtroom testimony is billed at the rate of $2500.00 per half-day. Courtroom and deposition testimony cancelled with less than 24 hours' notice will require billing two hours of time.