# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER<br><br>Plaintiff(s)<br>v.<br><br>COUNTY OF SAN BERNARDINO, et al<br><br>Defendant(s). | CASE NUMBER<br><br>5:22-cv-00625-KK-DTB<br><br>**ORDER ON<br>APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM   **X** AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum **X** Ad Testificandum be issued to secure the appearance of:

Name of Detainee:   STEFFON BARBER

Alias: _____

on   DECEMBER 22, 2025   at   8:30 a.m.   before Judge/Magistrate Judge   Kenly Kiya Kato
 *(Date of Appearance)*         (Time)

Dated: _____

U.S. District Judge/U.S. Magistrate Judge

G-09 ORDER (10/06)   ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM