**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:  (818) 347-4118

RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
**IVIE MCNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Tel:   (213) 489-0028
Fax:  (213) 489-0552

Attorneys for Plaintiff, STEFFON BARBER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,<br><br>    Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>District Judge Kenly Kiya Kato<br>Magistrate Judge David T. Bristow<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>Final PTC:  January 8, 2026<br>Time:         10:30 a.m.<br>Crtrm:        3, 3rd Floor<br>                  3470 Twelfth Street<br>                  Riverside, CA 92501-3801 |

**PLEASE TAKE NOTICE** that the Parties hereby lodge the following [Proposed] Final Pretrial Conference Order.

Respectfully submitted,

Dated: December 23, 2025          IVIE MCNEILL WYATT
                                  PURCELL & DIGGS

                            By:   *s/ Rodney S. Diggs*
                                  Rodney S. Diggs
                                  Attorney for Plaintiff, Steffon Barber

Dated: December 23, 2025          LAW OFFICES OF DALE K. GALIPO

                            By:   *s/ Renee V. Masongsong*
                                  Dale K. Galipo
                                  Renee V. Masongsong
                                  Attorneys for Plaintiff, Steffon Barber

DATED: December 23, 2025          MANNING & KASS
                                  ELLROD. RAMIREZ. TRESTER LLP

                            By:        /s/ Kayleigh Andersen
                                  Eugene R. Ramirez
                                  Kayleigh A. Andersen
                                  Attorneys for Defendants, COUNTY OF
                                  SAN BERNARDINO and DEPUTY
                                  CHRISTOPHER ALFRED