RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
IVIE MCNEILL WYATT PURCELL & DIGGS
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Tel:   (213) 489-0028
Fax:   (213) 489-0552

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Attorneys for Plaintiff STEFFON BARBER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,<br><br>  Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>District Judge Kenly Kiya Kato<br>Magistrate Judge David T. Bristow<br><br>**PLAINTIFF'S STATEMENT OF THE CASE**<br><br>Final Pretrial Conference<br>Date: 01/08/2026<br>Time: 10:30 A.M.<br>Place: Courtroom 3, 3rd Floor<br><br>Trial<br>Date: 01/26/2026<br>Time: 8:30 A.M.<br>Place: Courtroom 3, 3rd Floor |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

By and through their counsel of record in this action, Plaintiff STEFFON BARBER hereby submits the following Statement of the Case.

DATED: December 23, 2025      LAW OFFICES OF DALE K. GALIPO

By _____*/s/ Dale K. Galipo*_____
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiffs

Dated: December 23, 2025      IVIE MCNEILL WYATT PURCELL & DIGGS

By:  *s/ Rodney S. Diggs*
Rodney S. Diggs
Attorney for Plaintiff, Steffon Barber

# STATEMENT OF THE CASE

This case arises from the shooting of Steffon Barber by County of San Bernardino Sheriff's Department Deputy Christopher Alfred on April 27, 2021. The Plaintiff in this case is Steffon Barber. The Defendants are the County of San Bernardino and Deputy Alfred. Plaintiff contends that Deputy Alfred used excessive and unreasonable deadly force, was negligent in his conduct with Mr. Barber, and acted with reckless disregard for Mr. Barber's constitutional right to be free from excessive force. Plaintiff seeks damages to the extent permitted by law.

The defendants deny these claims and contend that Deputy Alfred's use of force was reasonable under the circumstances.