**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
**IVIE MCNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Tel:   (213) 489-0028
Fax:   (213) 489-0552

Attorneys for Plaintiff, STEFFON BARBER

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>                  Plaintiff,<br><br>     vs.<br><br>COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,<br><br>                  Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>District Judge Kenly Kiya Kato<br>Magistrate Judge David T. Bristow<br><br>**JOINT EXHIBIT STIPULATION**<br><br>Final PTC:   January 8, 2026<br>Time:        10:30 a.m.<br>Crtrm:       3, 3rd Floor<br>             3470 Twelfth Street<br>             Riverside, CA 92501-3801 |

**TO THE HONORABLE COURT:**

Pursuant to this Court's Civil Trial Scheduling Order (Dkt. 47), Plaintiff Steffon Barber and Defendants, County of San Bernardino and Christopher Alfred, through their counsel of record, hereby submit this Joint Exhibit Stipulation for the January 26, 2026 trial.

| Ex. No. | Description | Objection/Response | Stipulation to Authenticity and Foundation |
|---|---|---|---|
| 1. | Scene Diagrams, including COSB 000975 | Δ Objection: FRE 403 (cumulative). | |
| 2. | a. Interview of Deputy Christopher Alfred (audio) <br> b. Interview of Deputy Christopher Alfred (transcript) | Δ Objection: FRE 401- 403, 801, 802, 901. | |
| 3. | Photographs of the Scene | Δ Objection: FRE 403 (cumulative). | |
| 4. | Aerial Photographs | Δ Objection: FRE 403 (cumulative). | |
| 5. | Photographs of Deputy Alfred | Δ Objection: FRE 403 (cumulative). | |
| 6. | Photographs of Deputy Alfred's firearm | Δ Objection: FRE 403 (cumulative). | |
| 7. | Photographs of Plaintiff Steffon Barber's vehicle | | |
| 8. | Photographs of Plaintiff Steffon Barber's injuries | Δ Objection: FRE 403 (cumulative). | |

| # | Description | Objection | |
|---|---|---|---|
| 9. | Power Point presentation/trial demonstrative by Plaintiff's expert Robert Morales | Δ Objection: FRE 401- 403, 801, 802, 901. | |
| 10. | a. Deputy Alfred's Belt Recording (audio) b. Deputy Alfred's Belt Recording (transcript) | | |
| 11. | Documents from the case *Archibald v. County of San Bernardino*, case number 5-16-cv-1128 | Δ Objection: FRE 401- 403, 801, 802, 901. | |
| 12. | Documents from the case *Estate of Merlin Factor v. County of San Bernardino, et al.*, case number 5:14-cv-01289-DMG-AGR(x) | Δ Objection: FRE 401- 403, 801, 802, 901. | |
| 13. | Documents from the case *Young v. County of San Bernardino, et al.*, case number 5:15-CV-01102-JGB-SP | Δ Objection: FRE 401- 403, 801, 802, 901. | |
| 14. | Documents from the case *V.R. v. County of San Bernardino*, case number 5:19-cv-01023-JGB-SP | Δ Objection: FRE 401- 403, 801, 802, 901. | |
| 15. | Medical records from Arrowhead Regional Medical Center | Δ Objection: FRE 801, 802, 901. | |
| 16. | Medical records from Correctional Health Department | Δ Objection: FRE 801, 802, 901. | |
| 17. | Medical records from the County of San Bernardino Sheriff's Department | Δ Objection: FRE 801, 802, 901. | |
| 18. | Records from American Medical Response | Δ Objection: FRE 801, 802, 901. | |
| 19. | Bio-Tox Laboratory Report | Π Objection: FRE 401- 403, 801, 802; subject of Π MIL. | |

| # | Exhibit | Objection | |
|---|---|---|---|
| 20. | COSB Use of Force Policy, including the policy regarding shooting at vehicles | | |
| 21. | Barber Criminal Trial Transcript | Π Objection: FRE 401- 403, 801, 802; subject of Π MIL. | |
| 22. | Barber Criminal Trial Minute Orders | Π Objection: FRE 401- 403, 801, 802; subject of Π MIL. | |
| 23. | Barber Medical Records SBCSD Jail | Π Objection: FRE 401- 403, 801, 802 to the extent it violates Π's MIL. | |
| 24. | Audio of 911 Call by Neighbor re Incident | Π Objection: FRE 401- 403; subject of Π MIL. | |
| 25. | Audio of Dispatch re Incident | Π Objection: FRE 401- 403, to the extent portions were unheard by Deputy Alfred. | |

Dated: December 23, 2025

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: *s/ Kayleigh A. Andersen*
Eugene P. Ramirez
Kayleigh A. Andersen
Attorneys for Defendants, County of San Bernardino and

/ / /

/ / /

| | | |
|---|---|---|
| Dated: December 23, 2025 | | IVIE MCNEILL WYATT PURCELL & DIGGS |
| | By: | *s/ Rodney S. Diggs* |
| | | Rodney S. Diggs |
| | | Attorney for Plaintiff, Steffon Barber |
| Dated: December 23, 2025 | | LAW OFFICES OF DALE K. GALIPO |
| | By: | *s/ Renee V. Masongsong* |
| | | Dale K. Galipo |
| | | Renee V. Masongsong |
| | | Attorneys for Plaintiff, Steffon Barber |