# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER<br><br>Plaintiff(s)<br>v.<br><br>COUNTY OF SAN BERNARDINO et al.<br><br>Defendant(s). | CASE NUMBER<br><br>5:22-cv-00625-KK-DTB<br><br>**ORDER ON<br>APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum ☒ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: STEFFON BARBER

Alias:

on  JANUARY 26, 2026  at  8:30 a.m.  before Judge  Kenly Kiya Kato
    *(Date of Appearance)*       (Time)

Dated: December 23, 2025

*/s/ Kenly Kato*
**U.S. District Judge**