Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 5:22-cv-00625-KK-DTBx<br><br>*[District Judge, Kenly Kiya Kato, Magistrate Judge, David T. Bristow]*<br><br>**NOTICE OF ERRATA TO NOTICE OF APPEAL, DOCKET NO. 146**<br><br>Judge:　Hon. Hon. Kenly Kiya Kato<br>Crtrm.:　3; 3rd Floor |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Defendants COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED ("Defendants") inadvertently indicated that the Defendants' Notice of Appeal, Docket No. 146, was filed, incorrectly, in the Federal Circuit Court. The Defendants intend to file their Notice of Appeal in the Ninth Circuit Court of Appeals and will do so simultaneously with the filing of this Notice of Errata.

DATED: December 31, 2025

Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:     /s/ Kayleigh Andersen
Kayleigh Andersen
Attorneys for Defendant, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 695 Town Center Dr., Ste. 400, Costa Mesa, CA 92626.

On December 31, 2025, I served true copies of the following document(s) described as **DEFENDANTS COUNTY OF SAN BERNARDINO AND DEPUTY CHRISTOPHER ALFRED'S NOTICE OF ERRATA TO NOTICE OF APPEAL, DOCKET NO. 146** on the interested parties in this action as follows:

**Electronic Mail Notice List**
The following are those who are currently on the list to receive e-mail notices for this case.

**Dale K Galipo**
dalekgalipo@yahoo.com, amonguia@galipolaw.com, blevine@galipolaw.com, CMayne@galipolaw.com, coopermayne@recap.email, dgilbert@galipolaw.com, evalenzuela@galipolaw.com, hlee@galipolaw.com, ldeleon@galipolaw.com, msincich@galipolaw.com, rvalentine@galipolaw.com, sanderson@galipolaw.com, slaurel@galipolaw.com

**Darryl Avery Meigs , Sr**
darryl@karnsandkarns.com

**Eugene P Ramirez**
Eugene.Ramirez@manningkass.com, delia.flores@manningkass.com

**James A Bryant , II**
james.bryant@thecalawgroup.com

**Katherine Hwang**
katherine.hwang@manningkass.com, Norma.Limon@manningkass.com

**Kayleigh Ann Andersen**
kayleigh.andersen@manningkass.com, delia.flores@manningkass.com, Katherine.Hwang@manningkass.com

**Renee V Masongsong**
rvalentine@galipolaw.com, amonguia@galipolaw.com, kslyapich@galipolaw.com

**Richard T Copeland**
rtc@conflict-solution.com

**Rodney S. Diggs**
rdiggs@imwlaw.com, afeather@imwlaw.com, awilliams@imwlaw.com, lmetoyer@imwlaw.com, taman@imwlaw.com, tmarieglover@imwlaw.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on December 31, 2025, at Los Angeles, California.

/s/ Sandra Alarcon
Sandra Alarcon