# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 5:22-cv-00625-KK-DTBx<br><br>*[District Judge, Kenly Kiya Kato, Magistrate Judge, David T. Bristow]*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS COUNTY OF SAN BERNARDINO AND DEPUTY CHRISTOPHER ALFRED'S *EX PARTE* APPLICATION FOR AN ORDER TO STAY PROCEEDINGS PENDING DEFENDANTS' INTERLOCUTORY APPEAL**<br><br>Judge:  Hon. Kenya Kiya Kato<br>Crtrm.: 3; 3rd Floor |

DEFENDANTS COUNTY OF SAN BERNARDINO AND DEPUTY CHRISTOPHER ALFRED'S *Ex Parte* Application for an Order to Stay Proceedings Pending the DEFENDANTS' Interlocutory Appeal was submitted on the papers, and pursuant to this Court's rules, no hearing was required.

After full consideration of the matter, this Court finds that it is proper to use its discretionary power to stay proceedings on Plaintiff's claims and the Court **GRANTS** Defendants' *Ex Parte* Application for an Order to Stay Proceedings

1

Pending the DEFENDANTS' Interlocutory Appeal.

IT IS THEREFORE ORDERED that counsel shall file a Quarterly Joint Status Report within **120 days** from the date of this order, and every quarter thereafter, until the stay is lifted or by order of this Court. All dates in this action are hereby **VACATED.**

Dated: _____   _____
　　　　　　　　　　　　　　　　　Hon. Kenya Kiya Kato
　　　　　　　　　　　　　　　　　Judge, United States District Court

2

**[PROPOSED] ORDER GRANTING DEFENDANTS COUNTY OF SAN BERNARDINO AND DEPUTY CHRISTOPHER ALFRED'S *EX PARTE* APPLICATION FOR AN ORDER TO STAY PROCEEDINGS PENDING DEFENDANTS' INTERLOCUTORY APPEAL**