# EXHIBIT D

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 25 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEXANDER HERD, individually; A. G., by and through her guardian ad litem Amanda Addington, individually and as successor in interest to James Gleason, deceased,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>CITY OF FONTANA; JASON PERNICIARO,<br><br>        Defendants-Appellants,<br><br> and<br><br>COUNTY OF SAN BERNARDINO; et al.,<br><br>        Defendants. | No.   19-56494<br><br>D.C. No. 5:17-cv-02545-AB-SP<br>Central District of California, Riverside<br><br>ORDER |
| ALEXANDER HERD, individually; A. G., by and through her guardian ad litem Amanda Addington, individually and as successor in interest to James Gleason, deceased,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>BRIAN LEYVA,<br><br>        Defendant-Appellant, | No.   19-56517<br><br>D.C. No. 5:17-cv-02545-AB-SP<br>Central District of California, Riverside |

sz/MOATT

and

STATE OF CALIFORNIA; et al.,

Defendants.

Before: GRABER, WARDLAW, and R. NELSON, Circuit Judges.

Appellees' motion to dismiss these consolidated appeals for lack of jurisdiction (Docket Entry No. 13) is granted. See 28 U.S.C. § 1291; *Alston v. Read*, 663 F.3d 1094, 1098 (9th Cir. 2011) (pretrial order denying immunity is reviewable only to the extent it raises an issue of law); *Maropulos v. Cty. of Los Angeles*, 560 F.3d 974, 975 (9th Cir. 2009) (per curiam) (*citing Johnson v. Jones*, 515 U.S. 304, 307 (1995)) (an order denying qualified immunity on the ground that a genuine issue of material fact exists is not a final, immediately appealable order).

**DISMISSED**.