# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO et al.,<br><br>Defendants. | CASE NO.: 5:22-cv-00625-KK-SHK<br><br>Assigned to:<br>Hon. District Judge Kenly Kiya Kato<br>Hon. Magistrate Judge, David T. Bristow<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER CERTIFYING DEFENDANTS' APPEAL AS FRIVOLOUS AND RETAINING JURISDICTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; DECLARATION OF RENEE V. MASONGSONG IN SUPPORT** |

1. Having reviewed the Parties' Ex Parte Application and GOOD CAUSE
2. having been shown, it is hereby ordered that Plaintiff's Ex Parte Application
3. Certifying Defendants' Appeal as Frivolous and Retaining Jurisdiction is
4. GRANTED.
5.
6. IT IS SO ORDERED.
7.
8. DATED: _____
9. Hon. Kenly Kiya Ka