UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 22-00625-KK-DTBx** | Date: | January 8, 2026 |
| Title: | *Steffon Barber v. County of San Bernardino et al.* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo<br>Brandon Tanter | Eugene P. Ramirez<br>Kayleigh Ann Anderson |

**Proceedings:**   **Final Pretrial Conference**

The case is called for a Final Pretrial Conference as previously scheduled. Counsel state their appearances. After conferring with counsel, the Court orders as follows:

1. The parties shall contact the Courtroom Deputy at KK_Chambers@cacd.uscourts.gov no later than January 19, 2026, if they would like to schedule a time and date to test the courtroom technology equipment. If a party fails to test the courtroom equipment and experiences technological or connectivity issues during trial, the party will be deemed to have waived the use of devices.

2. Prior to trial, counsel are ordered to exchange any demonstratives intended to be used during Opening Statements. Any objections to demonstratives will be addressed the morning of trial.

3. Pursuant to the parties' joint request, witnesses shall be excluded from the courtroom during testimony, with the exception of the parties and expert witnesses.

4. No later than January 15, 2026, the parties shall file an amended joint exhibit stipulation, including responses to evidentiary objections and indicating whether the parties stipulate to authenticity and foundation.

5. No later than January 19, 2026, the parties shall provide the Court with three copies of their exhibit binders for the trial.

6. **Trial will begin at 9:00 a.m. on January 26, 2026**, and the parties shall be in the courtroom by 9:00 a.m. Each day thereafter, the parties shall be in the courtroom no later than 8:00 a.m.

7. The Court will set a strict time limit of 10 hours per side to include opening statements, direct examination, cross examination, and closing arguments. The Court reserves granting additional time during trial if appropriate.

8. The parties shall immediately notify the Court by e-mail at KK_chambers@cacd.uscourts.gov if a settlement is reached. The parties may be sanctioned for the cost of bringing in jurors if the Court is not able to cancel its request on time. To avoid sanctions, the parties must notify the Court by Friday, January 23, 2026 at 9:00 a.m.

9. In anticipation of the need to continue the currently scheduled trial date, the parties shall meet and confer as to an agreeable alternative date, if a continuance is necessary. The parties shall provide two mutually agreeable alternative trial dates and communicate such dates via email at KK_chambers@cacd.uscourts.gov no later than January 16, 2026.

**IT IS SO ORDERED.**