1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo (SBN 144074)
2  dalekgalipo@yahoo.com
   Renee V. Masongsong (SBN 281819)
3  rvalentine@galipolaw.com
   21800 Burbank Blvd., Ste. 310
4  Woodland Hills, CA 91367
   Tel:   (818) 347-3333
5  Fax:   (818) 347-4118

6  RODNEY S. DIGGS, Esq. (SBN 274459)
   Email: RDiggs@imwlaw.com
7  **IVIE MCNEILL WYATT PURCELL & DIGGS**
   444 South Flower Street, Suite 3200
8  Los Angeles, California 90071
   Tel:   (213) 489-0028
9  Fax:   (213) 489-0552

10 Attorneys for Plaintiff, STEFFON BARBER

11 Eugene P. Ramirez (State Bar No. 134865)
     *eugene.ramirez@manningkass.com*
12 Kayleigh Andersen (State Bar No. 306442)
     *kayleigh.andersen@manningkass.com*
13 **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
14 801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
15 Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
16
17 Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

18             **UNITED STATES DISTRICT COURT**
19             **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  STEFFON BARBER, an individual, | Case No. 5:22-cv-00625-KK-DTB |
| 21              Plaintiff, | Assigned to: |
| 22 | District Judge Kenly Kiya Kato |
|          vs. | Magistrate Judge David T. Bristow |
| 23 | |
| 24  COUNTY OF SAN BERNARDINO and | **AMENDED JOINT EXHIBIT LIST** |
|    CHRISTOPHER ALFRED, | |
| 25 | |
| 26              Defendants. | |

27
28

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 16-5 and this Court's Order at Dkt. 159, Plaintiff Steffon Barber and Defendants, County of San Bernardino and Christopher Alfred, through their counsel of record, hereby submit this Joint Exhibit List for the January 26, 2026 trial. The parties reserve their right to object to the introduction and use of the below evidence at the time of trial, which will be identified in the parties' Joint Exhibit Stipulation.

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Scene Diagrams<br>   a. COSB 000975<br>   b. COSB 001077 | | |
| 2. | a. Interview of Deputy Christopher Alfred (audio)<br>b. Interview of Deputy Christopher Alfred (transcript) | | |
| 3. | Photographs of the Scene | | |
| 4. | Aerial Photograph | | |
| 5. | Photographs of Deputy Alfred | | |
| 6. | Photographs of Deputy Alfred's firearm | | |
| 7. | Photographs of Plaintiff Steffon Barber's vehicle | | |
| 8. | Photographs of Plaintiff Steffon Barber's injuries | | |
| 9. | Power Point presentation/trial demonstrative by Plaintiff's expert Robert Morales | | |
| 10. | a. Deputy Alfred's Belt Recording (audio)<br>b. Deputy Alfred's Belt Recording (transcript) | | |
| 11. | Documents from the case *Archibald v. County of San Bernardino*, case number 5-16-cv-1128 | | |
| 12. | Documents from the case *Estate of* | | |

-1-

AMENDED JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | *Merlin Factor v. County of San Bernardino, et al.*, case number 5:14-cv-01289-DMG-AGR(x) | | |
| | 13. | Documents from the case *Young v. County of San Bernardino, et al.*, case number 5:15-CV-01102-JGB-SP | | |
| | 14. | Documents from the case *V.R. v. County of San Bernardino*, case number 5:19-cv-01023-JGB-SP | | |
| | 15. | Records from Arrowhead Regional Medical Center<br>    a. Medical Records<br>    b. Billing Records | | |
| | 16. | Medical records from Correctional Health Department | | |
| | 17. | Medical records from the County of San Bernardino Sheriff's Department | | |
| | 18. | Records from American Medical Response | | |
| | 19. | Withdrawn | | |
| | 20. | COSB Use of Force Policy, including the policy regarding shooting at vehicles | | |
| | 21. | Withdrawn | | |
| | 22. | Withdrawn | | |
| | 23. | Withdrawn | | |
| | 24. | 911 Call by Neighbor re Incident<br>    a. Audio<br>    b. Transcript | | |
| | 25. | Audio of Dispatch re Incident<br>    a. Audio<br>    b. Transcript | | |

//

//

-2-

AMENDED JOINT EXHIBIT LIST

Dated: January 15, 2026

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By:   *s/ Kayleigh A. Andersen*
Eugene P. Ramirez
Kayleigh A. Andersen
Attorneys for Defendants, County of
San Bernardino and

Dated: January 15, 2026

IVIE MCNEILL WYATT
PURCELL & DIGGS

By:   *s/ Rodney S. Diggs*
Rodney S. Diggs
Attorney for Plaintiff, Steffon Barber

Dated: January 15, 2026

LAW OFFICES OF DALE K. GALIPO

By:   *s/ Dale K. Galipo*
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff, Steffon Barber

AMENDED JOINT EXHIBIT LIST