UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 15 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity and CHRISTOPHER ALFRED, Deputy, an individual,<br><br>        Defendants - Appellants,<br><br>and<br><br>DOES, 1 through 10, inclusive,<br><br>        Defendant. | No. 26-56<br><br>D.C. No.<br>5:22-cv-00625-KK-DTB<br>Central District of California, Riverside<br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 5) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator