**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
**IVIE MCNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Tel:   (213) 489-0028
Fax:   (213) 489-0552

Attorneys for Plaintiff, STEFFON BARBER

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,<br><br>Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>District Judge Kenly Kiya Kato<br>Magistrate Judge David T. Bristow<br><br>**AMENDED JOINT EXHIBIT STIPULATION**<br><br>Trial:     January 30, 2026<br>Crtrm:   3, 3rd Floor<br>            3470 Twelfth Street<br>            Riverside, CA 92501-3801 |

**TO THE HONORABLE COURT:**

Pursuant to this Court's Civil Trial Scheduling Order (Dkt. 47), Plaintiff Steffon Barber and Defendants, County of San Bernardino and Christopher Alfred, through their counsel of record, hereby submit this Joint Exhibit Stipulation for the January 26, 2026 trial.

| Ex. No. | Description | Objection/ Response | Stipulation to Authenticity and Foundation |
|---|---|---|---|
| 1. | Scene Diagrams<br>  a. COSB 000975<br>  b. COSB 001077 | | |
| 2. | a. Interview of Deputy Christopher Alfred (audio)<br>b. Interview of Deputy Christopher Alfred (transcript) | Δ Objection:<br>FRE 401- 403, 801, 802, 901. | |
| 3. | Photographs of the Scene | Π Objection: FRE 403 as to any photographs violating any MIL rulings.<br><br>Δ Response: Will not use any photos that violate MIL rulings | |
| 4. | Aerial Photograph | | |
| 5. | Photographs of Deputy Alfred | | |
| 6. | Photographs of Deputy Alfred's firearm | | |
| 7. | Photographs of Plaintiff Steffon Barber's vehicle | | |
| 8. | Photographs of Plaintiff Steffon Barber's injuries | Δ Objection:<br>FRE 403 (cumulative). | |

| # | Exhibit | Objection |
|---|---------|-----------|
| 9. | Power Point presentation/trial demonstrative by Plaintiff's expert Robert Morales | Δ Objection: FRE 401- 403, 801, 802, 901. |
| 10. | a. Deputy Alfred's Belt Recording (audio)<br>b. Deputy Alfred's Belt Recording (transcript) | |
| 11. | Documents from the case *Archibald v. County of San Bernardino*, case number 5-16-cv-1128 | Δ Objection: FRE 401- 403, 801, 802, 901, documents not received during discovery. |
| 12. | Withdrawn | |
| 13. | Withdrawn | |
| 14. | Documents from the case *V.R. v. County of San Bernardino*, case number 5:19-cv-01023-JGB-SP | Δ Objection: FRE 401- 403, 801, 802, 901, documents not received during discovery. |
| 15. | Medical records from Arrowhead Regional Medical Center<br>a. Medical Records<br>b. Billing Records | Δ Objection: FRE 801, 802, 901, and *Howell*. |
| 16. | Medical records from Correctional Health Department | Π Objection: FRE 403, violation of order re MIL to exclude criminal history.<br><br>Δ Response: Can show without mentioning custody, goes to failure to mitigation affirmative defense, and |

| | | | |
|---|---|---|---|
| | | plaintiff's overall damages. | |
| 17. | Medical records from the County of San Bernardino Sheriff's Department | Π Objection: FRE 403, violation of order re MIL to exclude criminal history.<br><br>Δ Response: Can show without mentioning custody, goes to failure to mitigation affirmative defense, and plaintiff's overall damages. | |
| 18. | Records from American Medical Response | Δ Objection:<br><br>FRE 801, 802, 901. | |
| 19. | Withdrawn | | |
| 20. | COSB Use of Force Policy, including the policy regarding shooting at vehicles | | |
| 21. | Withdrawn | | |
| 22. | Withdrawn | | |
| 23. | Withdrawn | | |
| 24. | Audio of 911 Call by Neighbor re Incident | Π Objection: FRE 401- 403; subject of Π MIL.<br><br>Δ Response: Will only use to the extent it was information | |

| | | | |
|---|---|---|---|
| 25. | Audio of Dispatch re Incident<br>   a. Audio<br>   b. Transcript | known to Deputy Alfred<br><br>Π Objection: FRE 401- 403, to the extent portions were unheard by Deputy Alfred.<br><br>Δ Response: Will only play portions heard by Deputy Alfred regarding call for service at issue in this incident | |

Dated: January 20, 2026　　　　　　MANNING & KASS
　　　　　　　　　　　　　　　　　ELLROD, RAMIREZ, TRESTER LLP

　　　　　　　　　　　　　　　By:　*s/ Kayleigh A. Andersen*
　　　　　　　　　　　　　　　　　Eugene P. Ramirez
　　　　　　　　　　　　　　　　　Kayleigh A. Andersen
　　　　　　　　　　　　　　　　　Attorneys for Defendants, County of
　　　　　　　　　　　　　　　　　San Bernardino and

Dated: January 20, 2026　　　　　　IVIE MCNEILL WYATT
　　　　　　　　　　　　　　　　　PURCELL & DIGGS

　　　　　　　　　　　　　　　By:　*s/ Rodney S. Diggs*
　　　　　　　　　　　　　　　　　Rodney S. Diggs
　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Steffon Barber

| | | |
|---|---|---|
| 1 | Dated: January 20, 2026 | LAW OFFICES OF DALE K. GALIPO |
| 2 | | |
| 3 | | By: *s/ Dale K. Galipo* |
| 4 | | Dale K. Galipo |
| 5 | | Renee V. Masongsong |
| | | Attorneys for Plaintiff, Steffon Barber |

-5-
AMENDED JOINT EXHIBIT STIPULATION