Rodney S. Diggs, Esq. (SBN 274459)
IVIE McNEILL WYATT PURCELL & DIGGS
444 S. FLOWER ST., SUITE 3200
Los Angeles, CA 90071
Tel: (213) 489-0028
Fax: (213) 489-0552
Email: rdiggs@imwlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER | CASE NUMBER |
| | 5:22-cv-00625-KK-DTB |
| Plaintiff(s) | |
| v. | |
| COUNTY OF SAN BERNARDINO, et al. | **APPLICATION FOR WRIT OF HABEAS CORPUS AMENDED** |
| | ☐ AD PROSEQUENDUM ☑ AD TESTIFICANDUM |
| Defendant(s). | |

The undersigned ☐ Assistant United States Attorney ☑ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee: STEFFON BARBER
Alias: 
BOP/Booking No: CB5634
Detained by: ☑ Warden Kelly Santoro
            ☐ Other
Detained at: Salinas Valley State Prison, 31625 US-101, Soledad, CA 93960
*(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on January 30, 2026 at 8:30 a.m. before the Honorable Judge Kenly Kiya Kato Judge/Magistrate Judge.

Location: ☑ U.S. District Court 3470 Twelfth Street, Courtroom 3, 3rd Floor, Riverside, CA 92501-3801
*(Court Address)*
☐ Other 
*(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: January 21, 2026          /s/ Rodney S. Diggs
                                 *Signature of attorney*

*An **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)** MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.*

G-09 (10/06)    APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM