## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STEFFON BARBER

v.

Plaintiff(s)

COUNTY OF SAN BERNARDINO, et al

Defendant(s).

CASE NUMBER

5:22-cv-00625-KK-DTB

**ORDER ON** AMENDED
**APPLICATION FOR WRIT OF HABEAS CORPUS**

☐ AD PROSEQUENDUM   X AD TESTIFICANDUM

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus   ☐ Ad Prosequendum **X** Ad Testificandum be issued to secure the appearance of:

Name of Detainee:   STEFFON BARBER

Alias:

on      January 30, 2026  at      8:30 a.m.   before Judge/Magistrate Judge   Kenly Kiya Kato
       *(Date of Appearance)*        (Time)

Dated:_____

_____
**U.S. District Judge/U.S. Magistrate Judge**