# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEFFON BARBER

Plaintiff(s)

v.

COUNTY OF SAN BERNARDINO, et al

Defendant(s).

CASE NUMBER

5:22-cv-00625-KK-DTB

**ORDER ON** AMENDED **APPLICATION FOR WRIT OF HABEAS CORPUS**

☐ AD PROSEQUENDUM   X AD TESTIFICANDUM

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum **X** Ad Testificandum be issued to secure the appearance of:

Name of Detainee:  STEFFON BARBER

Alias:

on  January 30, 2026  at  8:30 a.m.  before Judge/Magistrate Judge  Kenly Kiya Kato
     *(Date of Appearance)*        (Time)

Dated: January 21, 2026

**U.S. District Judge/U.S. Magistrate Judge**

G-09 ORDER (10/06)   ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM