1   RODNEY S. DIGGS, Esq. (SBN 274459)
    Email: RDiggs@imwlaw.com
2   IVIE MCNEILL WYATT PURCELL & DIGGS
    444 South Flower Street, Suite 3200
3   Los Angeles, California 90071
    Tel:   (213) 489-0028
4   Fax:   (213) 489-0552

5   LAW OFFICES OF DALE K. GALIPO
    Dale K. Galipo, Esq. (SBN 144074)
6   dalekgalipo@yahoo.com
    Renee V. Masongsong, Esq. (SBN 281819)
7   rvalentine@galipolaw.com
    21800 Burbank Boulevard, Suite 310
8   Woodland Hills, CA 91367
    Tel:   (818) 347-3333
9   Fax:   (818) 347-4118

10  Attorneys for Plaintiff STEFFON BARBER

11

12              **UNITED STATES DISTRICT COURT**

13             **CENTRAL DISTRICT OF CALIFORNIA**

14

15  STEFFON BARBER, an individual,        Case No. 5:22-cv-00625-KK-DTB

16                  Plaintiff,            Assigned to:
                                          District Judge Kenly Kiya Kato
17           vs.                          Magistrate Judge David T. Bristow

18  COUNTY OF SAN BERNARDINO,             **PLAINTIFF'S REQUEST FOR AN**
    et al.,                               **ORDER DIRECTING THE**
19                                        **CORRECTIONAL OFFICERS**
                                          **ACCOMPANYING PLAINTIFF**
20                  Defendants.           **STEFFON BARBER TO TRIAL TO**
                                          **DRESS IN PLAINCLOTHES AND**
21                                        **DIRECTING THAT MR. BARBER**
                                          **NOT BE HANDCUFFED,**
22                                        **SHACKLED OR DRESSED IN**
                                          **PRISON ATTIRE DURING HIS**
23                                        **APPEARANCE AT TRIAL**

24

25                                        Trial Date:   January 30, 2026

26

27

28
                                                         5:22-cv-00625-KK-DTB

**TO THIS HONORABLE COURT,**

   **PLEASE TAKE NOTICE THAT** that Plaintiff hereby makes the following request of this Court:

1. WHEREAS, on January 7, 2026, this Court granted Plaintiff's Motion in Limine No. 1 to exclude any evidence of or reference to Plaintiff Steffon Barber's criminal history (Dkt. No. 158).

2. WHEREAS, Plaintiff Mr. Barber is currently incarcerated and will be transported to and from Court by correctional officers to appear at his criminal trial.

3. WHEREAS, during the pretrial conference in this matter on January 8, 2026, this Court indicated that the correctional officers/marshals/deputies accompanying Mr. Barber in the courtroom should be dressed in plainclothes.

4. THEREFORE, Plaintiff requests that this Court issue an order directing the following:

   a. Mr. Barber is permitted to dress in plainclothes during his appearance at the civil trial in the above-referenced case, beginning on January 30, 2026.  During his appearance at trial, Mr. Barber shall not be dressed in any prison attire or any garb indicating that he is currently incarcerated.

   b. The correctional officers/marshals/deputies accompanying Mr. Barber at the trial shall be dressed in plainclothes. Any correctional officer/marshal/deputy transporting or accompanying Mr. Barber in and out of the courtroom or courthouse shall be prohibited from dressing in uniform and prohibited from wearing any badge, duty belt, or other article of clothing that would indicate that they are law enforcement officers.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   c.  Mr. Barber shall not be handcuffed, shackled, or otherwise restrained in any way that would indicate that he is currently incarcerated and/or being transported to and from any detention facility for this trial.

Dated: January 29, 2026              IVIE MCNEILL WYATT
                                  PURCELL & DIGGS

                         By:  _____ */s/ Rodney S. Diggs*
                             Rodney S. Diggs
                             *Attorneys for Plaintiff, Steffon Barber*

Dated: January 29, 2026       LAW OFFICES OF DALE K. GALIPO

                       By  _____ */s/ Dale K. Galipo*
                             Dale K. Galipo
                             Renee V. Masongsong
                             *Attorneys for Plaintiff, Steffon Barber*