Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Angela Brunson (State Bar No. 189223)
*Angela.Brunson@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00625-KK-DTBx<br><br>*[District Judge, Kenly Kiya Kato, Magistrate Judge, David T. Bristow]*<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Judge:  Hon. Kenly Kiya Kato<br>Crtrm.:  3; 3rd Floor |

Before the Court is a motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a) by Defendants COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED (collectively, "the Defendants"). After full consideration of the matter, the Court finds that Plaintiff has been fully heard and that based on the evidence presented, the jury does not have a legally sufficient evidentiary basis to find for Plaintiff on his cause of action against Deputy Christopher Alfred for excessive use of force, and that alternatively, the evidence establishes that Deputy Christopher Alfred is entitled to qualified

**[PROPOSED] ORDER GRANTING MOTION FOR JUDGMENT AS A MATTER OF LAW**

immunity on this claim. *See* Fed. R. Civ. P. 50(a)(1). The Court further finds the evidence presented is not sufficient to find for Plaintiff on his *Monell* cause of action against the County of San Bernardino. Finally, the Court further finds that the evidence presented is not sufficient to find for Plaintiff for his state law causes of action for battery, negligence, violation of the Bane Act, and intentional infliction of emotional distress and that both Deputy Christopher Alfred and the County of San Bernardino are entitled to judgment as a matter of law on these causes of action.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for judgment as a matter of law is GRANTED.

2. The Clerk shall enter judgment in favor of the Deputy Christopher Alfred and the County of San Bernardino Plaintiff's causes of action for excessive force, *Monell* liability, battery, negligence, violation of the Bane Act, and intentional infliction of emotional distress.

**IT IS SO ORDERED.**

Dated:

Hon. Kenly Kiya Kato
Judge, United States District Court