# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | EDCV22-00625-KK-(SHKx) |
| Title: | Steffon Barber v. County of San Bernardino et al |
| Date | February 2, 2026 |

Present: The Honorable **Kenly Kiya Kato, UNITED STATES DISTRICT JUDGE**

| Dominique Carr | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo, Rodney S. Diggs, Brandon Tanter, James A. Bryant, II | Eugene P. Ramirez, Angela D. Brunson, Kayleigh Ann Andersen |

\_\_\_ Day Court Trial    2nd Day Jury Trial

\_\_\_ One day trial:    \_\_\_ Begun (1st day);    **X** Held & Continued;    \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

✓ Opening statements made by   Plaintiff and Defendant

✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.

\_\_\_ Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.

\_\_\_ Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court instructs jury.

\_\_\_ Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.

\_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.

\_\_\_ Jury polled.   \_\_\_ Polling waived.

\_\_\_ Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.

\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).

\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).

\_\_\_ Case submitted.   Briefs to be filed by \_\_\_

\_\_\_ Motion to dismiss by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_ Motion for mistrial by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_ Settlement reached and placed on the record.

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

\_\_\_ Case continued to   Tuesday, February 3, 2026 at 8:30 a.m.   for further trial/further jury deliberation.

\_\_\_ Other:

5 : 36

Initials of Deputy Clerk   DC

cc: