# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER <br><br> Plaintiff(s) <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, et al <br><br> Defendant(s). | **CASE NUMBER** <br><br> 5:22-cv-00625-KK-DTB <br><br> **AMENDED ORDER ON AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS** <br><br> ☐ AD PROSEQUENDUM   X AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum **X** Ad Testificandum be issued to secure the appearance of:

Name of Detainee:   STEFFON BARBER

Alias:

on  1/30/2026 - 2/6/2026  at   8:30 a.m.   before District Judge   Kenly Kiya Kato
      *(Date of Appearance)*         (Time)

Dated: February 3, 2026

*/s/ Kenly Kato*
**U.S. District Judge**

G-09 ORDER (10/06)   ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM