# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**AMENDED**
**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | EDCV22-00625-KK-(SHKx) |
| Date | February 4, 2026 |
| Title: | Steffon Barber v. County of San Bernardino et al |

**Present: The Honorable** Kenly Kiya Kato, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo, Rodney S. Diggs, Brandon Tanter, James A. Bryant, II | Eugene P. Ramirez, Angela D. Brunson, Kayleigh Ann Andersen |

___ Day Court Trial     4th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   **X** Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
**✓** Witnesses called, sworn and testified.    **✓** Exhibits Identified    **✓** Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    ___ Briefs to be filed by
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
**✓** Motion for Judgment/Directed Verdict by Defendant is ___ granted. **✓** denied. ___ submitted.
___ Settlement reached and placed on the record.
**✓** Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to  Thursday February 5, 2026 at 9:00 a.m.  for further trial/further jury deliberation.
___ Other:

4 : 46

Initials of Deputy Clerk  DC

cc: