# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER<br><br>Plaintiff(s)<br>v.<br><br>COUNTY OF SAN BERNARDINO, et al<br><br>Defendant(s). | CASE NUMBER<br><br>5:22-cv-00625-KK-DTB<br><br>**2nd AMENDED ORDER ON AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM   X AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum **X** Ad Testificandum be issued to secure the appearance of:

Name of Detainee:   STEFFON BARBER

Alias: 

on  1/30/2026 - 2/9/2026  at   8:30 a.m.   before District Judge   Kenly Kiya Kato
   *(Date of Appearance)*        (Time)

Dated: February 6, 2026

_____
**U.S. District Judge**

G-09 ORDER (10/06)   ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM