# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | EDCV22-00625-KK-(SHKx) |
| Title: | Steffon Barber v. County of San Bernardino et al |
| Date | February 6, 2026 |

Present: The Honorable **Kenly Kiya Kato, UNITED STATES DISTRICT JUDGE**

| Dominique Carr | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo, Rodney S. Diggs, Brandon Tanter, James A. Bryant, II | Eugene P. Ramirez, Angela D. Brunson, Kayleigh Ann Andersen |

\_\_\_\_ Day Court Trial     6th Day Jury Trial

\_\_\_\_ One day trial:     \_\_\_\_ Begun (1st day);     **X** Held & Continued;     \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by _____
\_\_\_\_ Witnesses called, sworn and testified.     \_\_\_\_ Exhibits Identified     \_\_\_\_ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.     \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by     \_\_\_\_ plaintiff(s)     \_\_\_\_ defendant(s).     \_\_\_\_ Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.     \_\_\_\_ Jury retires to deliberate.     ✓ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of     \_\_\_\_ plaintiff(s)     \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.     \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists     \_\_\_\_ Filed jury notes.     \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for     \_\_\_\_ plaintiff(s)     \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by     \_\_\_\_ plaintiff(s)     \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.     \_\_\_\_ Briefs to be filed by _____
\_\_\_\_ Motion to dismiss by _____ is     \_\_\_\_ granted.     \_\_\_\_ denied.     \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by _____ is     \_\_\_\_ granted.     \_\_\_\_ denied.     \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is     \_\_\_\_ granted.     \_\_\_\_ denied.     \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_\_ Case continued to **Monday, February 9, 2026 at 9:00 a.m.** for further trial/further jury deliberation.
\_\_\_\_ Other:

                                                                      00  :  23
Initials of Deputy Clerk     DC

cc: