# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | EDCV22-00625-KK-(SHKx) |
| Title: | Steffon Barber v. County of San Bernardino et al |
| Date | February 9, 2026 |

Present: The Honorable **Kenly Kiya Kato, UNITED STATES DISTRICT JUDGE**

| Dominique Carr | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Dale Galipo, Renee Masongsong, Rodney Diggs, Brandon Tanter, Kaelin Davis, James Bryant, II

**Attorneys Present for Defendants:**
Eugene P. Ramirez, Angela D. Brunson, Kayleigh Ann Andersen

___ Day Court Trial    7th Day Jury Trial

___ One day trial:  ___ Begun (1st day);  ___ Held & Continued;  **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.    ___ Exhibits Identified    ___ Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    **✓** Jury resumes deliberations.
**✓** Jury Verdict in favor of    **✓** plaintiff(s)    ___ defendant(s) is read and filed.
**✓** Jury polled.    ___ Polling waived.
**✓** Filed Witness & Exhibit Lists    **✓** Filed jury notes.    **✓** Filed jury instructions.
___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    **✓** Briefs to be filed by    TBD
___ Motion to dismiss by _____ is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for mistrial by _____ is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is    ___ granted.    ___ denied.    ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
**✓** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
**✓** Other: Plaintiff's counsel shall file proposed judgment no later than February 16, 2026 with a stipulated briefing schedule.

00 : 17

Initials of Deputy Clerk    DC

cc: