## LIST OF EXHIBITS AND WITNESSES

| Case Number | 5:22-cv-00625-KK-DTB | Title | Steffon Barber v. County of San Bernardino et al |
|---|---|---|---|
| Judge | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE | | |
| Dates of Trial or Hearing | 1/30/26, 2/2/26, 2/3/26, 2/4/26, 2/5/26, 2/6/26, 2/9/26 | | |
| Court Reporters or Tape No. | Myra Ponce | | |
| Deputy Clerks | Dominique Carr | | |

**FILED**
CLERK, U.S. DISTRICT COURT
2/9/26
CENTRAL DISTRICT OF CALIFORNIA
BY: DC DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Dale K. Galipo | Eugene P. Ramirez |
| Rodney S. Diggs | Angela D. Brunson |
| Brandon Tanter | Kayleigh Ann Andersen |
| James Bryant, II | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | Christopher Alfred | Plaintiff |
| | | | | | | Scott Defoe | Plaintiff |
| | | | | | | Dr. Bennet Omalu | Plaintiff |
| | | | | | | Deputy Joseph Mora | Defendant |
| | | | | | | Detective Gerania Navarro | Defendant |
| | | | | | | Detective Edward Hernandez | Defendant |
| | | | | | | Phillip Lee Sanchez | Defendant |
| | | | | | | Dr. Gary M. Vilke | |
| | | | | | | | |
| | | | | | | SEE ATTACHED FOR EXHIBITS | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Scene Diagrams<br>  a. COSB 000975<br>  b. COSB 001077 | a. - 2/2/26 Pg. 1- 2/2/26 Pg. 2 – 2/4/26<br>b. 2/2/26 | a. - 2/2/26 pg. 1 - 2/2/26 |
| 2. | a. Interview of Deputy Christopher Alfred (audio)<br>b. Interview of Deputy Christopher Alfred (transcript) | | |
| 3. | Photographs of the Scene | pg. 1, 3, 4, 5, 6, 10, 15, 16, 26, 29, 37, 38, 42, 46, 47, 77, 93, 98 – 2/2/26<br>pg. 18, 19, 68, 70, 90 – 2/3/26<br>pg. 107, 146, 89, 71 – 2/4/26 | pg. 1, 3, 4, 5, 6, 10, 15, 16, 26, 29, 37, 38, 42, 46, 47, 77, 93, 98 – 2/2/26<br>pg. 18, 19, 68, 70, 90 – 2/3/26<br>pg. 107, 146, 89, 71 – 2/4/26 |
| 4. | Aerial Photograph | | |
| 5. | Photographs of Deputy Alfred | pg. 1, 2, 3, 4, 11 – 2/2/26<br>pg. 6, 10 – 2/4/26 | pg. 1, 2, 3, 4, 11 – 2/2/26<br>pg. 6, 10 -2/4/26 |
| 6. | Photographs of Deputy Alfred's firearm | pg. 1 – 2/2/26 | pg. 1 – 2/2/26 |
| 7. | Photographs of Plaintiff Steffon Barber's vehicle | pg. 21 – 2/2/26<br>pg. 10, 25 – 2/3/26<br>pg. 56 – 2/4/26 | pg. 21 – 2/2/26<br>pg. 10, 25 – 2/3/26<br>pg. 56 – 2/4/26 |
| 8. | Photographs of Plaintiff Steffon Barber's injuries | pg. 1, 2, 3, 5, 6, 9 – 2/3/26 | pg. 1, 2, 3, 5, 6, 9 – 2/3/26 |
| 9. | Power Point presentation/trial demonstrative by Plaintiff's expert Robert Morales | | |
| 10. | a. Deputy Alfred's Belt Recording (audio)<br>b. Deputy Alfred's Belt Recording (transcript) | a. 2/2/26 | a. 2/2/26 |
| 11. | Documents from the case *Archibald v. County of San Bernardino*, case number 5-16-cv-1128 | | |
| 12. | Documents from the case *Estate of* | | |

| | | | | |
|---|---|---|---|---|
| | | *Merlin Factor v. County of San Bernardino, et al.*, case number 5:14-cv-01289-DMG-AGR(x) | | |
| | 13. | Documents from the case *Young v. County of San Bernardino, et al.*, case number 5:15-CV-01102-JGB-SP | | |
| | 14. | Documents from the case *V.R. v. County of San Bernardino*, case number 5:19-cv-01023-JGB-SP | | |
| | 15. | Records from Arrowhead Regional Medical Center<br>    a. Medical Records<br>    b. Billing Records | | |
| | 16. | Medical records from Correctional Health Department | | |
| | 17. | Medical records from the County of San Bernardino Sheriff's Department | | |
| | 18. | Records from American Medical Response | | |
| | 19. | Withdrawn | | |
| | 20. | COSB Use of Force Policy, including the policy regarding shooting at vehicles | | |
| | 21. | Withdrawn | | |
| | 22. | Withdrawn | | |
| | 23. | Withdrawn | | |
| | 24. | 911 Call by Neighbor re Incident<br>    a. Audio<br>    b. Transcript | | |
| | 25. | Audio of Dispatch re Incident<br>    a. Audio<br>    b. Transcript | | |

//