NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT
2/9/26
CENTRAL DISTRICT OF CALIFORNIA
BY: DC DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steffon Barber,<br><br>PLAINTIFF(S)<br><br>v.<br><br>County of San Bernardino, et al.,<br><br>DEFENDANT(S) | CASE NUMBER:<br>5:22-cv-00625-KK-DTB<br><br>**RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the __joint__ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

1/30/26
Date

Dale K. Galipo
Counsel for: ✓ Plaintiff    Defendant

Signature    (626) 807-9317
Telephone Number

1/30/26
Date

Kayleigh Andersen
Counsel for:   Plaintiff   ✓ Defendant

Signature    858-204-3626
Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Clerk, U.S. District Court

1/30/26
Date

By _____
Deputy Clerk

G-38 (06/25)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING