**FILED**
CLERK, U.S. DISTRICT COURT
2/9/26
CENTRAL DISTRICT OF CALIFORNIA
BY: DC DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

JURY NOTE · NUMBER  1

Case No. 5:22-cv-00625-KK-DTB

Title: Steffon Barber v. County of San Bernardino et al

=================================================================

☐ The Jury has reached a unanimous verdict.

☒ Other:
- Foreman will be ▓▓▓▓▓▓▓▓▓▓
- We will end today at 1100.
- We will start tomorrow at 0900.

Dated this ~~2-5-20~~ 20th day of February 2026.

Time: 1454 am/pm

▓▓▓▓▓▓▓▓▓▓ Foreperson of the Jury

Court's Response: