FILED
CLERK, U.S. DISTRICT COURT
2/9/26
CENTRAL DISTRICT OF CALIFORNIA
BY: DC  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

JURY NOTE · NUMBER  2

Case No. 5:22-cv-00625-KK-DTB

Title: Steffon Barber v. County of San Bernardino et al

☐ The Jury has reached a unanimous verdict.
☒ Other:

> Are we able to use our background / profession to make decisions / opinions about what was said in court?

Dated this 5th day of February 2026.

Time: 1545 am/**pm**

Foreperson of the Jury

Court's Response: