```
FILED
CLERK, U.S. DISTRICT COURT
2/9/26
CENTRAL DISTRICT OF CALIFORNIA
BY:      DC      DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

JURY NOTE · NUMBER __3__

Case No. 5:22-cv-00625-KK-DTB

Title: Steffon Barber v. County of San Bernardino et al

===============================================================

☐ The Jury has reached a unanimous verdict.

☒ Other: I am a juror #2. For any reason that we can't come up with deliberation done today. I'm requesting to be excused myself. Financial reason - My company only pays me 3 days for jury duty. I have bills to pay. I'm a single mom + taking care of my elderly/with medical issues. I'm the only breadwinner of the family. I would be requesting to be excused today- End of day.

Dated this __6th__ day of February 2026.

Time: __1:15__ am/pm

[signature redacted]
Foreperson of the Jury

Court's Response: