FILED
CLERK, U.S. DISTRICT COURT
2/9/26
CENTRAL DISTRICT OF CALIFORNIA
BY: DC DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

JURY NOTE · NUMBER #6

Case No. 5:22-cv-00625-KK-DTB

Title: Steffon Barber v. County of San Bernardino et al

☐ The Jury has reached a unanimous verdict.

☐ Other: Good Afternoon Your honor, My mom's chemo appointment ends @1PM in Duarte (City of Hope) It's about 50 minutes away. She also has another appointment tommorow morning at the same time / my apologies for the late notice

Dated this 9th day of February 2026.

Time: 12:32 am/**pm**

Foreperson of the Jury

Court's Response: