F I L E D
CLERK, U.S. DISTRICT COURT

2/9/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DC _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

JURY NOTE

## JURY NOTE · NUMBER ___1___

Case No. 5:22-cv-00625-KK-DTB

Title:  Steffon Barber v. County of San Bernardino et al
=================================================================

☑  The Jury has reached a unanimous verdict.

☐  Other:

_____

_____

_____

_____

_____

_____

_____

Dated this ___9ᵗʰ___ day of February 2026.

Time: __12:45__ am/pm

██████████████████████████

Foreperson of the Jury

Court's Response: