F I L E D
CLERK, U.S. DISTRICT COURT
2/9/26
CENTRAL DISTRICT OF CALIFORNIA
BY: DC  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

## JURY NOTE · NUMBER  3

Case No. 5:22-cv-00625-KK-DTB

Title:  Steffon Barber v. County of San Bernardino et al

☐ The Jury has reached a unanimous verdict.
☒ Other:

I am a juror #2. For any reason that we can't come up with deliberation done today. I'm requesting to be excused myself. Financial reason - My company only pays me 3 days for jury duty. I have bills to pay. I'm a single mom + taking care of my elderly / with medical issues. I'm the only breadwinner of the family. I would be requesting to be excused today - End of day.

Dated this  6th  day of February 2026.

Time:  1:15  am/pm

Foreperson of the Jury

Court's Response:

If necessary, we will address this at the end of the day. Thank you.