```
                    FILED
              CLERK, U.S. DISTRICT COURT
                    2/9/26
          CENTRAL DISTRICT OF CALIFORNIA
          BY:        DC         DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER,<br><br>                          Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO ET AL.,<br><br>                          Defendants. | Case No. 5:22-cv-625-KK-DTBx<br><br>**VERDICT FORM** |

# VERDICT FORM

We, the jury, find as follows:

## CLAIM ONE: SECTION 1983 – EXCESSIVE FORCE

**QUESTION 1:**

Did Defendant CHRISTOPHER ALFRED use excessive force against Plaintiff STEFFON BARBER?

\_\_\_✓\_\_\_YES    _____NO

**If you answered "Yes" to this question,** proceed to Question No. 2.

**If you answered "No" to this question,** skip Question Nos. 2-6 and proceed to Question No. 7 (Page 6).

**QUESTION 2:**

Was the use of excessive force a cause of injury, damage, loss, or harm to Plaintiff STEFFON BARBER?

\_\_\_✓\_\_\_YES    _____NO

**If you answered "Yes" to this question,** proceed to Question No. 3.

**If you answered "No" to this question,** skip Question Nos. 3-6 and proceed to Question No. 7 (Page 6).

## CLAIM TWO: SECTION 1983 – FAILURE TO TRAIN

**QUESTION 3:**

Did Defendant COUNTY OF SAN BERNARDINO fail to provide adequate training to its police officers?

_____ YES    \_\_✓\_\_\_\_ NO

**If you answered "Yes" to this question,** proceed to Question No. 4.

**If you answered "No" to this question,** skip Question Nos. 4 & 5 and proceed to Question No. 6 (Page 5).

**QUESTION 4:**

Was Defendant COUNTY OF SAN BERNARDINO deliberately indifferent to the known or obvious consequences of its failure to train its police officers adequately?

_____ YES    _____ NO

**If you answered "Yes" to this question,** proceed to Question No. 5.

**If you answered "No" to this question,** skip Question No. 5 and proceed to Question No. 6 (Page 5).

**QUESTION 5:**

Did Defendant COUNTY OF SAN BERNARDINO's failure to train play a substantial part in bringing about or actually causing the injury, damage, or harm to Plaintiff STEFFON BARBER?

_____YES   _____NO

Proceed to Question 6.

## CLAIM THREE: BANE ACT

**QUESTION 6:**

Did Defendant CHRISTOPHER ALFRED intentionally interfere with, or attempt to interfere with, Plaintiff STEFFON BARBER's civil rights by threats, intimidation, or coercion in violation of the Bane Act?

     ✓  YES  _____ NO

Proceed to Question 7.

## CLAIM FOUR: BATTERY

**QUESTION 7:**

Did Defendant CHRISTOPHER ALFRED commit a battery in using deadly force on Plaintiff STEFFON BARBER?



____✓____YES    _____NO

Proceed to Question 8.

## CLAIM FIVE: NEGLIGENCE

**QUESTION 8:**

Was Defendant CHRISTOPHER ALFRED negligent in his use of deadly force on Plaintiff STEFFON BARBER?

___✓___ YES  _____ NO

**If you answered "Yes" to this question,** proceed to Question No. 9.

**If you answered "No" to this question,** skip Question Nos. 9 & 10 and proceed to Question No. 11 (page 9).

**QUESTION 9:**

Was Plaintiff STEFFON BARBER negligent in his interactions with Defendant CHRISTOPHER ALFRED?

___✓___ YES  _____ NO

**If you answered "Yes" to this question,** proceed to Question No. 10.

**If you answered "No" to this question,** skip Question Nos. 10 and proceed to Question No. 11 (page 9).

**QUESTION 10:**

What percentage of responsibility for Plaintiff STEFFON BARBER's injury, damage, loss, or harm do you assign to the negligent conduct, if any, of the following individuals?

Christopher Alfred:     64%
Steffon Barber:     36%

The total must equal 100%.

Proceed to Question 11.

## CLAIM SIX: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

**QUESTION 11:**

Did Defendant CHRISTOPHER ALFRED cause Plaintiff STEFFON BARBER to suffer severe emotional distress?

      ✓ YES        NO

Proceed to Question 12.

9

## DAMAGES

**QUESTION 12:**

Only answer this question if you answered "Yes" to any of Question Nos. 2, 5, 6, 7, 8, or 11. **If you did not answer Question Nos. 2, 5, 6, 7, 8, or 11, or you answered "No" to Question Nos. 2, 5, 6, 7, 8, or 11,** please sign and return this form.

What are Plaintiff STEFFON BARBER's damages?

Past Pain and Suffering and Emotional Distress $ 7,250,000

Future Pain and Suffering and Emotional Distress $ 18,250,000

Future Economic Loss $ 1,850,000

Date: 2/9/2026

Jury Foreperson