**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333; Fax:    (818) 347-4118

RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
**IVIE MCNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Tel:   (213) 489-0028
Fax:   (213) 489-0552

Attorneys for Plaintiff, STEFFON BARBER

Eugene P. Ramirez, Esq. (State Bar No. 134865)
   *epr@manningllp.com*
Kayleigh A. Andersen, Esq. (State Bar No. 306442)
   kaa@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 5:22-cv-00625-KK (SHKx)<br><br>*District Judge, Kenly Kiya Kato, Magistrate Judge, Shashi H. Kewalramani]*<br><br>**JOINT STIPULATION EXTENDING TIME FOR PARTIES TO FILE POST-TRIAL MOTION FOR ATTORNEYS' FEES AND APPLICATION TO TAX COSTS AND MOTION FOR JUDGMENT AS A MATTER OF LAW; AND MOTION FOR NEW TRIAL** |

1

**TO THIS HONORABLE COURT:**

COME NOW Plaintiff STEFFON BARBER ("Plaintiff") and Defendants COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED ("Defendants"), and hereby submit the following stipulation for an extended briefing schedule with respect to Plaintiff's anticipated motion for attorneys' fees and application to tax costs and Defendants' renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a):

## Statement of Good Cause

1. On February 9, 2026, the jury returned the verdict in this case. The jury found that Defendant Deputy Christopher Alfred used excessive force against Plaintiff, violated the California Bane Act, committed battery in the use of deadly force against Plaintiff, and was negligent in his use of deadly force on Plaintiff.

2. Under 42 U.S.C. Section 1988 and California Civil Code Section 52.1, Plaintiff, as the prevailing party, is entitled to the recovery of attorney's fees. Pursuant to Federal Rule of Civil Procedure, Rule 54, Plaintiff, as the prevailing party, is also entitled to costs. Pursuant to Central District Local Rules 54-1, 54-2, and 54-2.1, the prevailing party has fourteen (14) days from the date of entry of the judgment to file a motion for an award of statutory attorneys' fees and an application to the clerk to tax costs, including a bill of costs.

3. The Parties have agreed to an extended briefing schedule on Plaintiff's motion for attorneys' fees and application to tax costs, and the Parties agree and request that Defendants' post-trial motions be heard on the same date. Subject to the Court's date of the entry of judgment, the Parties agree that there is good cause to modify the briefing schedule on Plaintiff's motion for attorneys' fees and application to the clerk to tax costs, including a bill of costs. Defendants hereby

2

JOINT STIPULATION AND REQUEST FOR EXTENDED BRIEFING SCHEDULE RE: PLAINTIFF'S ATTORNEY FEE MOTION AND APPLICATION TO TAX COSTS AND DEFENDANTS' POST-TRIAL MOTIONS

expressly waive any objections to the timeliness of Plaintiff's motion for attorney fees and bill of costs.

    4.    Notwithstanding the provisions of Rule 6(b)(2), Plaintiff hereby expressly waives any objection to the timeliness of the filing of Defendants' motions pursuant to Rule 50(b) and 59(a), and agrees that briefing on all Parties' post-trial motions shall proceed according to the same schedule.

    5.    Accordingly, the Parties stipulate to the following schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| • Last day for Plaintiff to file Attorneys' Fees Motion and Application to Tax Costs | Two weeks after this Court's entry of Judgment | Four weeks after this Court's entry of Judgment |
| • Last day for Defendants to file renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a) | 28 days after this Court's entry of Judgment. FRCP 50(b); FRCP 59(b) | Four weeks after this Court's entry of Judgment |
| • Last day for Defendants to file Opposition to Plaintiff's Attorneys' Fee Motion and Application to Tax Costs;<br>• Last day for Plaintiff to file oppositions to Defendants' renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a) | 21 days before the hearing | 14 days after opening briefs are filed |
| • Last day for Plaintiff to file reply in support of Plaintiff's Attorneys' Fees Motion and | 14 days before the hearing | 14 days after oppositions are filed |

3

JOINT STIPULATION AND REQUEST FOR EXTENDED BRIEFING SCHEDULE RE: PLAINTIFF'S ATTORNEY FEE MOTION AND APPLICATION TO TAX COSTS AND DEFENDANTS' POST-TRIAL MOTIONS

| | | |
|---|---|---|
| Application to Tax Costs; Last day for Defendants to file reply in support of Defendants' renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a). | | |
| • Hearing date on Plaintiff's Attorneys' Fee Motion and Application to Tax Costs; Defendants' renewed motion for judgment as a matter of law pursuant to Rule 509b) and motion for a new trial pursuant to Rule 59(a). | 28 days after moving papers are filed | 9:30 a.m. on the first Thursday 14 days after the replies are filed |

IT IS SO STIPULATED.

DATED: February 20, 2026                Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:       /s/ Kayleigh Andersen
Eugene R. Ramirez
Kayleigh A. Andersen
Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

4

JOINT STIPULATION AND REQUEST FOR EXTENDED BRIEFING SCHEDULE RE: PLAINTIFF'S ATTORNEY FEE MOTION AND APPLICATION TO TAX COSTS AND DEFENDANTS' POST-TRIAL MOTIONS

| | | |
|---|---|---|
| DATED: February 20, 2026 | | LAW OFFICES OF DALE K. GALIPO |

By: _____/s/ Dale K. Galipo_____
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff, Steffon Barber

DATED: February 20, 2026          IVIE MCNEILL WYATT
                                  PURCELL & DIGGS

By:  *s/ Rodney S. Diggs*
Rodney S. Diggs
Attorney for Plaintiff, Steffon Barber

5

JOINT STIPULATION AND REQUEST FOR EXTENDED BRIEFING SCHEDULE RE: PLAINTIFF'S ATTORNEY FEE MOTION AND APPLICATION TO TAX COSTS AND DEFENDANTS' POST-TRIAL MOTIONS