# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 5:22-cv-00625-KK (SHKx)<br><br>*District Judge, Kenly Kiya Kato, Magistrate Judge, Shashi H. Kewalramani]*<br><br>**PROPOSED ORDER** |

# [PROPOSED] ORDER

Having considered the Joint Stipulation Extending Time for Parties to File Post-Trial Motion for Attorneys' Fees and Application to Tax Costs and Motion for Judgment as a Matter of Law, and Motion for New Trial, the Court hereby GRANTS the Joint Stipulation to the following schedule:

| Event | Current Date | New Date |
|---|---|---|
| • Last day for Plaintiff to file Attorneys' Fees Motion and Application to Tax Costs | Two weeks after this Court's entry of Judgment | Four weeks after this Court's entry of Judgment |
| • Last day for Defendants to file renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a) | 28 days after this Court's entry of Judgment. FRCP 50(b); FRCP 59(b) | Four weeks after this Court's entry of Judgment |
| • Last day for Defendants to file Opposition to Plaintiff's Attorneys' Fee Motion and Application to Tax Costs;<br>• Last day for Plaintiff to file oppositions to Defendants' renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a) | 21 days before the hearing | 14 days after opening briefs are filed |
| • Last day for Plaintiff to file reply in support of Plaintiff's Attorneys' Fees Motion and Application to Tax Costs; Last day for Defendants to file reply in support of | 14 days before the hearing | 14 days after oppositions are filed |

| | | |
|---|---|---|
| Defendants' renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a). | | |
| • Hearing date on Plaintiff's Attorneys' Fee Motion and Application to Tax Costs; Defendants' renewed motion for judgment as a matter of law pursuant to Rule 509b) and motion for a new trial pursuant to Rule 59(a). | 28 days after moving papers are filed | 9:30 a.m. on the first Thursday 14 days after the replies are filed |

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable Kenly Kiya Kato
United States District Judge