**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel:  (818) 347-3333; Fax:  (818) 347-4118

RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
**IVIE MCNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Tel:  (213) 489-0028
Fax:  (213) 489-0552

Attorneys for Plaintiff, STEFFON BARBER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 5:22-cv-00625-KK (DTB)<br><br>*District Judge, Kenly Kiya Kato*<br><br>**NOTICE OF LODGING PLAINTIFF'S [PROPOSED] JUDGMENT** |

## NOTICE OF LODGING

Plaintiff hereby lodges his Proposed Judgment, attached hereto as Exhibit A.

DATED: February 20, 2026                LAW OFFICES OF DALE K. GALIPO

                                        By_____/s/ Dale K. Galipo_____
                                        Dale K. Galipo
                                        Renee V. Masongsong
                                        Attorneys for Plaintiff, Steffon Barber