# Exhibit 1

**FELONY ABSTRACT OF JUDGMENT—DETERMINATE**
*(NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED)*

CR-290

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: SAN BERNARDINO | FILED SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO SAN BERNARDINO DISTRICT |
|---|---|

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT:
Steffon Todd Barber
AKA: Stefon Yodd Barber
CII NO.: A22456882
BOOKING NO.: 2104342442   ☐ NOT PRESENT

DOB: 02-12-1986

| FVI21001312 | -A |
| FVI21001037 | -B |
| | -C |
| | -D |

JUN 27 2025

BY ____ ALEX GUTIERREZ, DEPUTY

FELONY ABSTRACT OF JUDGMENT
☑ PRISON COMMITMENT   ☐ COUNTY JAIL COMMITMENT   ☐ AMENDED ABSTRACT

| DATE OF HEARING 06-20-2025 | DEPT. NO. S15 | JUDGE David Cohn |
|---|---|---|
| CLERK Cara Huston | REPORTER Alicia Vasquez CSR#12225 | PROBATION NO. OR PROBATION OFFICER #1152201--Cynthia Diaz   ☐ IMMEDIATE SENTENCING |
| COUNSEL FOR PEOPLE DDA-Kathleen Fultz | | COUNSEL FOR DEFENDANT Ryan Duckett   ☐ APPOINTED |

1. Defendant was convicted of the commission of the following felonies:

☐ Additional counts are listed on attachment
_____ (number of pages attached)

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YR.) | JURY | COURT | PLEA | TERM (L, M, U) | CONCURRENT | 1/3 CONSECUTIVE | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE (REFER TO Item 5) | 654 STAY | SERIOUS FELONY | VIOLENT FELONY | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a002 | PC | 245(a)(1) | Asslt Dead Wpn Not Frarm | 2021 | 12/16/24 | X | | | U | | | | | | X | | 08 | 00 |
| b001 | PC | 245(c) | ADW not Firearm Pol/Fireft | 2021 | 04/21/21 | | | X | M | | X | | | | X | | 01 | 04 |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| COUNT | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

3. ENHANCEMENTS charged and found to be true for PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL | |
|---|---|---|---|---|---|---|---|
| PC667(a)(1) | 05 yrs | | | | | 05 | 00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

4. Defendant sentenced ☐ to county jail per 1170(h)(1) or (2)
☐ to prison per 1170(a), 1170.1(a) or 1170(h)(3) due to ☐ current or prior serious or violent felony ☐ PC 290 or ☐ PC 186.11 enhancement
☑ per PC 667(b)-(i) or PC 1170.12 (strike prior)
☐ per PC 1170(a)(3). Preconfinement credits equal or exceed time imposed. ☐ Defendant ordered to report to local parole or probation office.

5. INCOMPLETE SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |
| | |

6. ☐ TOTAL TIME ON ATTACHED PAGES: | | |

7. ☐ Additional indeterminate term (see CR-292).

8. TOTAL TIME: | 14 | 04 |

Attachments may be used but must be referred to in this document.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CR-290 [Rev. July 1, 2012]

**FELONY ABSTRACT OF JUDGMENT—DETERMINATE**

Penal Code, § 1213, 1213.5



CR-290

| PEOPLE OF THE STATE OF CALIFORNIA vs. DEFENDANT: Steffon Todd Barber | | | |
|---|---|---|---|
| FVI21001312 -A | FVI21001037 -B | -C | -D |

**9. FINANCIAL OBLIGATIONS (plus any applicable penalty assessments):**

**a. Restitution Fines:**

Case A: $ 1,200.00 per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $ 1,200.00 per PC 1202.45 suspended unless parole is revoked.
  $_____ per PC 1202.44 is now due, probation having been revoked.

Case B: $ 300.00 per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $ 300.00 per PC 1202.45 suspended unless parole is revoked.
  $ 300.00 per PC 1202.44 is now due, probation having been revoked.

Case C: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked.
  $_____ per PC 1202.44 is now due, probation having been revoked.

Case D: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked.
  $ _____ per PC 1202.44 is now due, probation having been revoked.

**b. Restitution per PC 1202.4(f):**

Case A: $_____   ☐ Amount to be determined   to   ☐ victim(s)*   ☐ Restitution Fund
Case B: $_____   ☐ Amount to be determined   to   ☐ victim(s)*   ☐ Restitution Fund
Case C: $_____   ☐ Amount to be determined   to   ☐ victim(s)*   ☐ Restitution Fund
Case D: $_____   ☐ Amount to be determined   to   ☐ victim(s)*   ☐ Restitution Fund

  ☐ *Victim name(s), if known, and amount breakdown in item 13, below.   ☐ *Victim name(s) in probation officer's report.

**c. Fines:**

Case A: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
  ☐ includes:   ☐ $____ Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case B: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
  ☐ includes:   ☐ $____ Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case C: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
  ☐ includes:   ☐ $____ Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case D: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
  ☐ includes:   ☐ $____ Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

**d. Court Operations Assessment:** $ 40.00 per PC 1465.8. **e. Conviction Assessment:** $ 30.00 per GC 70373. **f. Other:** $____ per (specify): GC76000.10(c)

**10. TESTING:** ☐ Compliance with PC 296 verified  ☐ AIDS per PC 1202.1 ☐ other (specify): ____

**11. REGISTRATION REQUIREMENT:** ☐ per (specify code section): _____

**12.** ☐ MANDATORY SUPERVISION: Execution of a portion of the defendant's sentence is suspended and deemed a period of mandatory supervision under Penal Code section 1170(h)(5)(B) as follows (specify total sentence, portion suspended, and amount to be served forthwith):

Total: ____  Suspended: ____  Served forthwith: ____

**13. Other orders (specify):** Case: FVI21001037 Consecutive with Case: FVI21001312

**14. IMMEDIATE SENTENCING:** ☐ Probation to prepare and submit a post-sentence report to CDCR per 1203c.
Defendant's race/national origin: BLA

**15. EXECUTION OF SENTENCING IMPOSED**
a. ☑ at initial sentencing hearing A
b. ☐ at resentencing per decision on appeal
c. ☑ after revocation of probation B
d. ☐ at resentencing per recall of commitment (PC 1170(d).)
e. ☐ other (specify):

**16. CREDIT FOR TIME SERVED**

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | 3032 | 1516 | 1516 | [ ] 2933  [ ] 2933.1  [✓] 4019 |
| B | 3064 | 1532 | 1532 | [ ] 2933  [ ] 2933.1  [✓] 4019 |
| C | | | | [ ] 2933  [ ] 2933.1  [ ] 4019 |
| D | | | | [ ] 2933  [ ] 2933.1  [ ] 4019 |

| Date Sentence Pronounced | Time Served in State Institution |
|---|---|
| 06  20  2025 | DMH [ ]  CDC [✓]  CRC [ ] |

**17.** The defendant is remanded to the custody of the sheriff ☑ forthwith ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to ☐ the reception center designated by the director of the California Department of Corrections and Rehabilitation
☐ county jail  ☑ other (specify): CIM

**CLERK OF THE COURT**
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE ____

DATE 06-27-2025

CR-290 [Rev. July 1, 2012]   **FELONY ABSTRACT OF JUDGMENT—DETERMINATE**   Page 2 of 2



THE DOCUMENT TO WHICH THIS CERTIFICATION IS ATTACHED IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE

ATTEST __ANABEL Z ROMERO__

Clerk of the Superior Court of the State of California, in and for the County of San Bernardino

Date_____3/16/26_____

By_____ Deputy
Daniel Hurtado