# Exhibit 5

ARRESTING AGENCY VICTOR VALLEY SHERIFF STATION

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

VICTORVILLE    DICT

MAY 19 2021

THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                           )
                            Plaintiff,     )    BY _____
                                           )    DECLARATION IN SUPPORT OF
                    vs.                    )    MOTION TO Increase BAIL
                                           )    (Penal Code §1269c)
Steffon Todd Barber                        )
                                           )
                            Defendant.     )    DA CASE NO 2021-00-0019978
                                           )

Kathleen Fultz declares:

( )    He or she is a peace officer of the State of California.

( )    He or she is the defendant, a friend, a member of the family or attorney for defendant.

( )    1.  The above-named defendant has been arrested without a warrant for the bailable felony offense(s) of PC664/PC187(a), PC245(c) .

( )    2.  The bail of $No Bail set forth in the schedule of bail is ( ) insufficient ( ) excessive to assure defendant's appearance.

( )    3.  The facts and circumstances in support of this motion are:  Defendant, days after pleading to a 245C, attempts to run over a Deputy Sheriff with his car.

1

DECLARATION IN SUPPORT OF MOTION TO  BAIL (Penal Code §1269c) DA CASE NO: 2021-00-0019978

4.  The undersigned requests that bail be set in the amount $No Bail.

The undersigned declares under penalty of perjury that the foregoing is true and correct.

Executed at Victorville , California, on May 11, 2021.

Respectfully submitted,

JASON ANDERSON
District Attorney


By:   Kathleen Fultz
      Kathleen Fultz
      Deputy District Attorney

2

DECLARATION IN SUPPORT OF MOTION TO BAIL (Penal Code §1269c) DA CASE NO: 2021-00-0019978

## ORDER

( )    IT IS HEREBY ORDERED THAT bail is fixed in the sum $No bail plus $ penalty assessment.

( )    IT IS HEREBY ORDERED that defendant be released upon his own recognizance.

(✓)    MOTION to increase bail above schedule is denied.    WITHOUT PREJUDICE

( )    MOTION for reduction of bail is denied.

Date ___5/19/21___    _____

JUDGE CHRISTOPHER S. PALLONE

3

DECLARATION IN SUPPORT OF MOTION TO BAIL (Penal Code §1269c) DA CASE NO: 2021-00-0019978



THE DOCUMENT TO WHICH THIS CERTIFICATION IS
ATTACHED IS A FULL, TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE

ATTEST __ANABEL Z. ROMERO__

Clerk of the Superior Court of the State of
California, in and for the County of
San Bernardino

Date __3/16/26__

By _____ Deputy
Daniel Hurtado