# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00625-KK-DTBx<br><br>*[District Judge, Kenly Kiya Kato, Magistrate Judge, David T. Bristow]*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS COUNTY OF SAN BERNARDINO AND DEPUTY CHRISTOPHER ALFRED'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FRCP 50(b)**<br><br>Judge:  Hon. Kenly Kiya Kato<br>Date:   May 7, 2026<br>Time:   9:30 a.m.<br>Crtrm.: 3; 3rd Floor |

Defendants County of San Bernardino and Deputy Christopher Alfreds' Renewed Motion as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b) came on for hearing before this Court on May 7, 2026, at 9:30 a.m.  After full consideration of the matter, this Court finds as follows:

The Defendants' Motion is Granted.

IT IS THEREFORE ORDERED that the judgment in favor of the Defendants

**[PROPOSED] ORDER GRANTING DEFENDANTS COUNTY OF SAN BERNARDINO AND DEPUTY CHRISTOPHER ALFRED'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FRCP 50(b)**

be entered as to all claims and the judgment entered on February 25, 2026 will be amended accordingly.

Dated: _____

_____
Hon. Kenly Kiya Kato
Judge, United States District Court

**[PROPOSED] ORDER GRANTING DEFENDANTS COUNTY OF SAN BERNARDINO AND DEPUTY CHRISTOPHER ALFRED'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FRCP 50(b)**