# EXHIBIT A

# INVOICE

1 of 1



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16086 | 9/8/2025 | 19050 |
| Job Date | Case No. | |
| 8/26/2025 | 5:22-CV-00625-JWH-SHK | |
| Case Name | | |
| Steffon Barber v. County of San Bernardino | | |
| Payment Terms | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Christopher Alfred | 121.00 | Pages | @ | 6.350 | 768.35 |
| Appearance Fee | 1.00 | | @ | 295.000 | 295.00 |
| Exhibits (Color) | 9.00 | Pages | @ | 0.750 | 6.75 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| Video | 3.35 | Hours | @ | 140.000 | 469.00 |
| Video Surcharge | 121.00 | Pages | @ | 0.600 | 72.60 |
| Video Technology Package & Uploading Fee | 1.00 | | @ | 45.000 | 45.00 |

**TOTAL DUE  >>>                          $1,861.70**

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "**make payment**" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**Please make payments within 30 days to avoid a 5% late fee per month.

---

2952

**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

DATE SEPTEMBER 8, 2025

$ 930.85

PAY TO THE
ORDER OF FOCUS LITIGATION SOLUTIONS

NINE HUNDRED THIRTY AND EIGHTY-FIVE CENTS                                  DOLLARS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

MEMO  BARBER V. COUNTY OF SAN BERNARDINO.  RE: C. ALFRED

⑈002952⑈ ⑆122016066⑈ 224207123⑈

Sacramento, CA 95814

Case No.        : 5:22-CV-00625-JWH-SHK
Case Name      : Steffon Barber v. County of San Bernardino