# EXHIBIT C



# LAW OFFICES OF
# DALE K. GALIPO

21800 BURBANK BOULEVARD, SUITE 310 | WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 347-3333 | FACSIMILE (818) 347-4118 | INFO@GALIPOLAW.COM

August 7, 2025

VIA U.S. MAIL:

Arrowhead Regional Medical Center
Attn: Release of Information
400 N. Pepper Avenue
Colton, CA 92324

Re:    Steffon Todd Barber
       DOB: 02/12/1986
       MRN: M0022436511
       Date Range: 04/01/2021 - Present

Dear Sir/Madam:

This office has been retained to represent Steffon Todd Barber in his civil claims against the County of San Bernardino arising from an officer-involved that occurred on April 28, 2021. We ~~~



2874

Dale K. Galipo, Inc.
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

DATE                                    AUGUST 7, 2025

$ 15.00

PAY TO THE
ORDER OF    ARROWHEAD REGIONAL MEDICAL CENTER                           DOLLARS

FIFTEEN AND NO CENTS

CITY NATIONAL BANK
An RBC Company
(800) 773-7100
MEMO    BARBER V. COSB. MEDICAL RECORDS

⑈002874⑈ ⑆122016066⑈ 224207123⑈

Best Regards,

Alejandro Monguia
Paralegal



L A W   O F F I C E S   O F

# D A L E   K .   G A L I P O

21800 BURBANK BOULEVARD, SUITE 310 | WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 347-3333 | FACSIMILE (818) 347-4118 | INFO@GALIPOLAW.COM

August 7, 2025

VIA U.S. MAIL:

Arrowhead Regional Medical Center
Attn: Patient Accounts
400 N. Pepper Avenue
Colton, CA 92324

Re:    Steffon Todd Barber
DOB: 02/12/1986
MRN: M0022436511
Date Range: 04/01/2021 - Present

Dear Sir/Madam:

This office has been retained to represent Steffon Todd Barber in his civil claims against the County of San Bernardino arising from an officer-involved shooting incident that occurred on April 28, 2021. We respectfully a copy of Mr. B̶a̶r̶ medical file, including radiology and b̶i̶l̶l̶i̶n̶g present date.



Dale K. Galipo, Inc.
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

2873

AUGUST 7, 2025

DATE _____    $ | 15.00

PAY TO THE ORDER OF __ ARROWHEAD REGIONAL MEDICAL CENTER _____

FIFTEEN AND NO CENTS _____ DOLLARS

CITY NATIONAL BANK
An RBC Company
(800) 773-7100

MEMO __ BARBER V. COSB. MEDICAL RECORDS

⑈002873⑈ ⑆122016066⑆ 224207123⑈

Best Regards,

Alejandro Monguia
Paralegal