Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
Angela Brunson (State Bar No. 189223)
  *Angela.Brunson@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 5:22-cv-00625-KK-DTBx<br><br>*[District Judge, Kenly Kiya Kato, Magistrate Judge, David T. Bristow]*<br><br>**DEFENDANTS COUNTY OF SAN BERNARDINO AND DEPUTY CHRISTOPHER ALFRED'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR A NEW TRIAL PURSUANT TO FRCP 59**<br><br>*Filed concurrently with*<br>*1. Notice of Motion and Motion for New Trial; Memorandum of Points and Authorities; Declaration of Kayleigh A. Andersen and Exhibits;*<br>*2. [Proposed] Order*<br><br>Judge:　Hon. Kenly Kiya Kato<br>Date:　May 7, 2026<br>Time:　9:30 a.m.<br>Crtrm.:　3; 3rd Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1

Pursuant to Federal Rules of Evidence, Rule 201 and *Lemoon v. California Forensic Med. Grp., Inc.*, 575 F. Supp. 3d 1212, 1228 (N.D. Cal. 2021), Defendants COUNTY OF SAN BERNARDINO AND DEPUTY CHRISTOPHER ALFRED ("Defendants") hereby respectfully requests the Court to judicially notice the following court documents in support of their Motion for a New Trial:

1.    District Court of Alaska's "Order re: motions in limine to exclude defense expert witnesses" in *United States v. Wells,* 13-cr-00008 (July 17, 2019) (Exhibit 1).

2.    The following verdict and settlement summaries (Exhibit 2):

a.    *Bowles v. Police Officer Yo, et al.*, JVR No. 2108300020, 2021 WL 3887805 (N.D.Cal.) (Verdict and Settlement Summary)

b.    *Arias v. Deputy Sheriff Fitch,* JVR No. 1706190024, 2017 WL 2634918 (C.D.Cal.) (Verdict and Settlement Summary)

c.    *Lam v. City of San Jose, et al.,* JVR No. 1603250043, 2015 WL 10553208 (N.D.Cal.) (Verdict and Settlement Summary)

d.    *Allens v. City of Los Angeles*, 50 Trials Digest 15th 4, 2012 WL 6708591 (C.D.Cal.) (Verdict and Settlement Summary)

e.    *Contreras v. City of Los Angeles*, 6 Trials Digest 16th 3, 2012 WL 7159584 (C.D.Cal.) (Verdict and Settlement Summary); and

f.    *Gilbert v. City of Los Angeles*, 22 Trials Digest 14th 2, 2011 WL 1873268 (C.D.Cal.) (Verdict and Settlement Summary).

**DEFENDANTS COUNTY OF SAN BERNARDINO AND DEPUTY CHRISTOPHER ALFRED'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR A NEW TRIAL PURSUANT TO FRCP 59**

DATED:  March 25, 2026

Respectfully submitted,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**


By: _____/s/ Kayleigh Andersen_____
Eugene P. Ramirez
Kayleigh Andersen
Angela Brunson
Attorneys for Defendant, COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

**DEFENDANTS COUNTY OF SAN BERNARDINO AND DEPUTY CHRISTOPHER ALFRED'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR A NEW TRIAL PURSUANT TO FRCP 59**