**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEFFON BARBER, an individual, | Case No. 5:22-cv-00625-KK-DTBx |
| Plaintiff, | *[District Judge, Kenly Kiya Kato, Magistrate Judge, David T. Bristow]* |
| v. | |
| COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive, | **[PROPOSED] ORDER GRANTING DEFENDANTS COUNTY OF SAN BERNARDINO AND DEPUTY CHRISTOPHER ALFRED'S MOTION FOR NEW TRIAL PURSUANT TO FRCP 59** |
| Defendants. | Judge: Hon. Kenly Kiya Kato<br>Date: May 7, 2026<br>Time: 9:30 a.m.<br>Crtrm.: 3; 3rd Floor |

Defendants County of San Bernardino and Deputy Christopher Alfreds' Motion for New Trial Pursuant to Fed. R. Civ. P. 59 came on for hearing before this Court on May 7, 2026, at 9:30 a.m.  After full consideration of the matter, this Court finds as follows:

The Defendants' Motion is Granted.

IT IS THEREFORE ORDERED that the jury's verdict is set aside, the judgment entered on February 25, 2026 is vacated, and a new trial is granted.

**1**

**[PROPOSED] ORDER GRANTING DEFENDANTS COUNTY OF SAN BERNARDINO AND DEPUTY CHRISTOPHER ALFRED'S MOTION FOR NEW TRIAL PURSUANT TO FRCP 59**

Dated: _____          _____
                                            Hon. Kenly Kiya Kato
                                            Judge, United States District Court

**[PROPOSED] ORDER GRANTING DEFENDANTS COUNTY OF SAN BERNARDINO AND DEPUTY CHRISTOPHER ALFRED'S MOTION FOR NEW TRIAL PURSUANT TO FRCP 59**