# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,<br><br>Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988** |

The Court having considered Plaintiff Steffon Barber's Motion for Attorneys' Fees along with declarations and exhibits in support thereof, IT IS HEREBY ORDERED that Plaintiff's Motion for Attorneys' Fees is granted.  The Court awards attorneys' fees as follows:

| Attorney/Biller | Yrs. Practice | Rate | Hours | Total |
|---|---|---|---|---|
| Dale K. Galipo | 36 | $1,500 | 405.9 | $608,850 |
| Rodney S. Diggs | 17 | $1,250 | 1,249 | $1,561,250 |
| James Bryant | 19 | $1,250 | 591.6 | $739,500 |
| Renee V. Masongsong | 15 | $900 | 250.1 | $225,090 |
| Ryan Duckett | 14 | $900 | 214.80 | $193,320 |
| Brandon R. Tanter | 3 | $650 | 297 | $193,050 |
| Alice D. Williams | Paralegal | $450 | 260.10 | $117,045 |
| Darci Gilbert | Legal Assist. | $250 | 43.7 | $10,925 |
| Le Chaune Metoyer | Legal Assist. | $150 | 119.50 | $17,925 |
| Alexandria Feather | Legal Assist. | $150 | 80.50 | $12,075 |
| **Subtotal**: | | | | $3,679,030 |
| **Total with 2.0 Multiplier:** | | | | $7,358,060 |

**IT IS SO ORDERED**.

DATED:

_____
Honorable Kenly Kiya Kato
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES