# EXHIBIT C



LAW OFFICES OF

# DALE K. GALIPO

21800 BURBANK BOULEVARD, SUITE 310 | WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 347-3333 | FACSIMILE (818) 347-4118 | INFO@GALIPOLAW.COM

August 7, 2025

VIA U.S. MAIL:

Arrowhead Regional Medical Center
Attn: Release of Information
400 N. Pepper Avenue
Colton, CA 92324

Re:     Steffon Todd Barber
        DOB: 02/12/1986
        MRN: M0022436511
        Date Range: 04/01/2021 - Present

Dear Sir/Madam:

This office has been retained to represent Steffon Todd Barber in his civil claims against the County of San Bernardino arising from an officer-involved that occurred on April 28, 2021. We



Dale K. Galipo, Inc.
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

2874

AUGUST 7, 2025

DATE _____

$ 15.00

PAY TO THE ORDER OF _ARROWHEAD REGIONAL MEDICAL CENTER_

_FIFTEEN AND NO CENTS_ DOLLARS

CITY NATIONAL BANK
An RBC Company
(800) 773-7100

MEMO _BARBER V. COSB. MEDICAL RECORDS_

⑆00 28 74⑆ ⑈ 1220 16066⑈ 22 420 7123⑆

Best Regards,

Alejandro Monguia
Paralegal



L A W   O F F I C E S   O F

# D A L E   K .   G A L I P O

21800 BURBANK BOULEVARD, SUITE 310 | WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 347-3333 | FACSIMILE (818) 347-4118 | INFO@GALIPOLAW.COM

August 7, 2025

VIA U.S. MAIL:

Arrowhead Regional Medical Center
Attn: Patient Accounts
400 N. Pepper Avenue
Colton, CA 92324

Re:   Steffon Todd Barber
      DOB: 02/12/1986
      MRN: M0022436511
      Date Range: 04/01/2021 - Present

Dear Sir/Madam:

This office has been retained to represent Steffon Todd Barber in his civil claims against the County of San Bernardino arising from an officer-involved shooting incident that occurred on April 28, 2021. We respectfully a copy of Mr. Bar~ medical file, including radiology and billing ~ present date.



Dale K. Galipo, Inc.
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

2873

AUGUST 7, 2025

DATE

$ 15.00

PAY TO THE ORDER OF ARROWHEAD REGIONAL MEDICAL CENTER

DOLLARS

FIFTEEN AND NO CENTS

CITY NATIONAL BANK
An RBC Company
(800) 773-7100

MEMO BARBER V. COSB. MEDICAL RECORDS

⑈002873⑈ ⑈122016066⑈ 224207123⑈

Best Regards,

Alejandro Monguia
Paralegal