# EXHIBIT 1



THE SULLIVAN GROUP
OF COURT REPORTERS
AN ESQUIRE DEPOSITION SOLUTIONS COMPANY

*Invoice*   **INV3365612**

1500 Centre Pkwy
Suite 100
East Point GA 30344
562-888-6488
www.thesullivangroupofcourtreporters.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 1/12/2026 |
| **Terms** | Net 30 |
| **Due Date** | 2/11/2026 |

| | |
|---|---|
| **Client Number** | C04356 |
| **Office** | Long Beach (Sullivan) |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Ivie McNeill Wyatt Purcell & Diggs - Los Angeles
444 So. Flower Street, Suite 3200
Los Angeles, CA 90071

**Services Provided For**
Ivie McNeill Wyatt Purcell & Diggs - Los Angeles
Diggs, Rodney S
444 So. Flower Street, Suite 3200
Los Angeles CA 90071

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/29/2025 | J14008390 | Los Angeles, CALIFORNIA | STEFFON BARBER AN INDIVIDUAL V. COUNTY OF SAN BERNARD |

| Description | Qty | Amount |
|---|---|---|
| Deponent: Bennet Omalu | | |
| ONE CERTIFIED COPY TRANSCRIPT | | $761.00 |
| EXHIBITS SCANNED | | $42.75 |
| PRODUCTION AND PROCESSING | | $85.00 |

| | |
|---|---|
| **Subtotal** | 888.75 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $888.75 |
| **Amount Due** | 888.75 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at https://thesullivangroupofcourtreporters.com/terms-conditions/ . These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment, pay online or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Ivie McNeill Wyatt Purcell & Diggs - Los Angeles |
| **Client #** | C04356 |
| **Invoice #** | INV3365612 |
| **Invoice Date** | 1/12/2026 |
| **Due Date** | 2/11/2026 |
| **Amount Due** | **$888.75** |



**THE SULLIVAN GROUP OF COURT REPORTERS**
AN ESQUIRE DEPOSITION SOLUTIONS COMPANY

*Invoice*  **INV3369231**

1500 Centre Pkwy
Suite 100
East Point GA 30344
562-888-6488
www.thesullivangroupofcourtreporters.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 1/16/2026 |
| **Terms** | Net 30 |
| **Due Date** | 2/15/2026 |

| | |
|---|---|
| **Client Number** | C25686 |
| **Office** | Long Beach (Sullivan) |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Law Office Of Dale Galipo - Woodland Hills
21800 Burbank Boulevard
Suite 310
Woodland Hills, CA 91367

**Services Provided For**
Law Office Of Dale Galipo - Woodland Hills
Gilbert, Darci
21800 Burbank Boulevard
Suite 310
Woodland Hills CA 91367

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/5/2025 | J13812490 | Los Angeles, CALIFORNIA | STEFFON BARBER AN INDIVIDUAL V. COUNTY OF SAN BERNARD |

| Description | Qty | Amount |
|---|---|---|
| Deponent: Amy Magnusson, M.D. | | |
| ONE CERTIFIED COPY TRANSCRIPT | | $450.00 |
| EXHIBITS SCANNED | | $17.50 |
| PRODUCTION AND PROCESSING | | $85.00 |

| | |
|---|---|
| **Subtotal** | 552.50 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $552.50 |
| **Amount Due** | 552.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at https://thesullivangroupofcourtreporters.com/terms-conditions/ . These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment, pay online or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Law Office Of Dale Galipo - Woodland Hills |
| **Client #** | C25686 |
| **Invoice #** | INV3369231 |
| **Invoice Date** | 1/16/2026 |
| **Due Date** | 2/15/2026 |
| **Amount Due** | **$552.50** |



**THE SULLIVAN GROUP OF COURT REPORTERS**
AN ESQUIRE DEPOSITION SOLUTIONS COMPANY

*Invoice*  **INV3340427**

1500 Centre Pkwy
Suite 100
East Point GA 30344
562-888-6488
www.thesullivangroupofcourtreporters.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 12/11/2025 | **Client Number** | C04356 |
| **Terms** | Net 30 | **Office** | Long Beach (Sullivan) |
| **Due Date** | 1/10/2026 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Ivie McNeill Wyatt Purcell & Diggs - Los Angeles
444 So. Flower Street, Suite 3200
Los Angeles, CA 90071

**Services Provided For**
Ivie McNeill Wyatt Purcell & Diggs - Los Angeles
Diggs, Rodney S
444 So. Flower Street, Suite 3200
Los Angeles CA 90071

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/1/2025 | J13749808 | Los Angeles, CALIFORNIA | STEFFON BARBER AN INDIVIDUAL V. COUNTY OF SAN BERNARD |

| Description | Qty | Amount |
|---|---|---|
| Deponent: Scott DeFoe | | |
| ONE CERTIFIED COPY TRANSCRIPT | | $575.00 |
| EXHIBITS SCANNED | | $59.00 |
| PRODUCTION AND PROCESSING | | $85.00 |

| | |
|---|---|
| **Subtotal** | 719.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $719.00 |
| **Amount Due** | 719.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at https://thesullivangroupofcourtreporters.com/terms-conditions/ . These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment, pay online or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Ivie McNeill Wyatt Purcell & Diggs - Los Angeles |
| **Client #** | C04356 |
| **Invoice #** | INV3340427 |
| **Invoice Date** | 12/11/2025 |
| **Due Date** | 1/10/2026 |
| **Amount Due** | **$719.00** |



**THE SULLIVAN GROUP
OF COURT REPORTERS**
AN ESQUIRE DEPOSITION SOLUTIONS COMPANY

*Invoice   INV3369230*

1500 Centre Pkwy
Suite 100
East Point GA 30344
562-888-6488
www.thesullivangroupofcourtreporters.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 1/16/2026 | **Client Number** | C25686 |
| **Terms** | Net 30 | **Office** | Long Beach (Sullivan) |
| **Due Date** | 2/15/2026 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Law Office Of Dale Galipo - Woodland Hills
21800 Burbank Boulevard
Suite 310
Woodland Hills, CA 91367

**Services Provided For**
Law Office Of Dale Galipo - Woodland Hills
Gilbert, Darci
21800 Burbank Boulevard
Suite 310
Woodland Hills CA 91367

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/12/2025 | J13812360 | Los Angeles, CALIFORNIA | STEFFON BARBER AN INDIVIDUAL V. COUNTY OF SAN BERNARD |

| Description | Qty | Amount |
|---|---|---|
| Deponent: ROBERT MORALES | | |
| ONE CERTIFIED COPY TRANSCRIPT | | $455.00 |
| EXHIBITS SCANNED | | $40.50 |
| PRODUCTION AND PROCESSING | | $85.00 |

| | |
|---|---|
| **Subtotal** | 580.50 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $580.50 |
| **Amount Due** | 580.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at https://thesullivangroupofcourtreporters.com/terms-conditions/ . These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment, pay online or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Law Office Of Dale Galipo - Woodland Hills |
| **Client #** | C25686 |
| **Invoice #** | INV3369230 |
| **Invoice Date** | 1/16/2026 |
| **Due Date** | 2/15/2026 |
| **Amount Due** | **$580.50** |



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 2278548

## Deposition - PHILLIP SANCHEZ (Dec 1, 2025)

## Bill to

ATTN: Alexandria Feather

IVIE, McNEILL, WYATT, PURCELL, & DIGGS

444 South Flower Street

Suite 1800

Los Angeles, CA 90071

## Bill from

Steno Agency, Inc.

PO BOX 22637

Pasadena, CA 91185-2637

(888) 707-8366

| | | | |
|---|---|---|---|
| **Case name:** | STEFFON BARBER v COUNTY OF SAN BERNARDINO, et al. | **Invoice date:** 12/22/2025 | |
| **Case number:** | 5:22-cv-00625-JWH-SHK | **Terms:** Net 30 | |
| **Job Id:** | 2200470 | **Due date:** 1/21/2026 | |
| **Ordered by:** | Rodney Diggs - IVIE, McNEILL, WYATT, PURCELL, & DIGGS | **Status:** OPEN | |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Page Rate (Original + 1 Certified Copy) | | $5.85 | 129 | $754.65 |
| Exhibit Page Rate | | $0.65 | 34 | $22.10 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Half Day Per Diem | | $145.00 | 1 | $145.00 |
| | | | **Total** | $1,350.75 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$1,350.75** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/uhnhto7t

Please make checks payable to Steno.



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

# INVOICE
1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16086 | 9/8/2025 | 19050 |
| **Job Date** | **Case No.** | |
| 8/26/2025 | 5:22-CV-00625-JWH-SHK | |

| **Case Name** |
|---|
| Steffon Barber v. County of San Bernardino |

| **Payment Terms** |
|---|
| Due upon receipt |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Christopher Alfred | 121.00 | Pages | @ | 6.350 | 768.35 |
| Appearance Fee | 1.00 | | @ | 295.000 | 295.00 |
| Exhibits (Color) | 9.00 | Pages | @ | 0.750 | 6.75 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| Video | 3.35 | Hours | @ | 140.000 | 469.00 |
| Video Surcharge | 121.00 | Pages | @ | 0.600 | 72.60 |
| Video Technology Package & Uploading Fee | 1.00 | | @ | 45.000 | 45.00 |
| **TOTAL DUE  >>>** | | | | | **$1,861.70** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**Please make payments within 30 days to avoid a 5% late fee per month.

**Tax ID:** 86-2522755

*Please detach bottom portion and return with payment.*

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

| | |
|---|---|
| Invoice No. | : 16086 |
| Invoice Date | : 9/8/2025 |
| **Total Due** | : **$930.85** |

Remit To:  **Focus Litigation Solutions**
            **400 Capitol Mall Suite 1450**
            **Sacramento, CA 95814**

| | |
|---|---|
| Job No. | : 19050 |
| BU ID | : 3-MAIN |
| Case No. | : 5:22-CV-00625-JWH-SHK |
| Case Name | : Steffon Barber v. County of San Bernardino |



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

# INVOICE
 2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16086 | 9/8/2025 | 19050 |
| **Job Date** | **Case No.** | |
| 8/26/2025 | 5:22-CV-00625-JWH-SHK | |
| **Case Name** | | |
| Steffon Barber v. County of San Bernardino | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

| | |
|---|---|
| (-) Payments/Credits: | 930.85 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$930.85** |

**Tax ID:** 86-2522755

*Please detach bottom portion and return with payment.*

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

| | |
|---|---|
| Invoice No. | : 16086 |
| Invoice Date | : 9/8/2025 |
| **Total Due** | : **$930.85** |

Remit To: **Focus Litigation Solutions**
**400 Capitol Mall Suite 1450**
**Sacramento, CA 95814**

| | |
|---|---|
| Job No. | : 19050 |
| BU ID | : 3-MAIN |
| Case No. | : 5:22-CV-00625-JWH-SHK |
| Case Name | : Steffon Barber v. County of San Bernardino |



**THE SULLIVAN GROUP OF COURT REPORTERS**
AN ESQUIRE DEPOSITION SOLUTIONS COMPANY

*Invoice* **INV3254357**

1500 Centre Pkwy
Suite 100
East Point GA 30344
562-888-6488
www.thesullivangroupofcourtreporters.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 9/23/2025 |
| **Terms** | Net 30 |
| **Due Date** | 10/23/2025 |

| | |
|---|---|
| **Client Number** | C04356 |
| **Office** | Long Beach (Sullivan) |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Ivie McNeill Wyatt Purcell & Diggs - Los Angeles
444 So. Flower Street, Suite 3200
Los Angeles CA 90071

**Services Provided For**
Ivie McNeill Wyatt Purcell & Diggs - Los Angeles
Diggs, Rodney S
444 So. Flower Street, Suite 3200
Los Angeles CA 90071

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/9/2025 | J13309719 | Wasco, CALIFORNIA | STEFFON BARBER AN INDIVIDUAL V. COUNTY OF SAN BERNARD |

| Description | Qty | Amount |
|---|---|---|
| Deponent: Steffon Barber | | |
| ONE CERTIFIED COPY TRANSCRIPT | | $565.00 |
| PRODUCTION AND PROCESSING | | $85.00 |

| | |
|---|---|
| **Subtotal** | 650.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $650.00 |
| **Amount Due** | 650.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at https://thesullivangroupofcourtreporters.com/terms-conditions/ . These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment, pay online or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Ivie McNeill Wyatt Purcell & Diggs - Los Angeles |
| **Client #** | C04356 |
| **Invoice #** | INV3254357 |
| **Invoice Date** | 9/23/2025 |
| **Due Date** | 10/23/2025 |
| **Amount Due** | **$650.00** |