LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Attorneys for Plaintiff STEFFON BARBER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,<br><br>Defendants. | Case No. 5:22-cv-00625-KK-DTBx<br><br>*[District Judge, Kenly Kiya Kato, Magistrate Judge, David T. Bristow]*<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND OPPOSITION TO DEFENDANTS' MOTION FOR NEW TRIAL**<br><br>Date: June 7, 2026<br>Time: 9:30 a.m. |

-1-

## DECLARATION OF RENEE V. MASONGSONG

I, Renee V. Masongsong, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California.  I am one of the attorneys of record for Plaintiff Steffon Barber.  I make this declaration in support of Plaintiff's Opposition to Defendants' Renewed Motion for Judgment as a Matter of Law and Motion for New Trial.  I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the relevant portions of the transcript from the trial in *Steffon Barber v. County of San Bernardino, et al,* No. 5:22-cv-00625 (Day 2), (referenced in oppositions as "TT-II") dated February 2, 2026.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the relevant pages of the transcript from the trial in *Steffon Barber v. County of San Bernardino, et al,* No. 5:22-cv-00625 (Day 3), (referenced in oppositions as "TT-III") dated February 3, 2026.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the relevant portions of the transcript from the trial in *Steffon Barber v. County of San Bernardino, et al,* No. 5:22-cv-00625 (Day 4), (referenced in oppositions as "TT-IV") dated February 4, 2026.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the relevant portions of the transcript from the trial in *Steffon Barber v. County of San Bernardino, et al,* No. 5:22-cv-00625 (Day 5), (referenced in oppositions as "TT-V") dated February 5, 2026.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the relevant portions of the transcript from the criminal trial in *People of the State of California v. Steffon Todd Barber*, No. FVI21001312 (San Bernardino County).

DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND OPPOSITION TO DEFENDANTS' MOTION FOR NEW TRIAL

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the relevant portions of this Court's Order Denying Defendants' Motion for Summary Judgment Order (Dkt. 132), dated December 12, 2025.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of the relevant portions of this Court's Order on the Motions in Limine (Dkt. 158), dated January 7, 2026.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of the jury's verdict in the case *Zelaya v. City of Los Angeles*, 20-cv-08382-ODW. I worked on that case, and the evidence showed that the decedent survived for about five days after the incident.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the jury's verdict in the case *Murillo v. City of Los Angeles*, 2:21-cv-08738-FMO. I worked on that case, and the evidence showed that the decedent survived for about 40 minutes after the incident.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of the Special Verdict, Phase II, in the case *Valenzuela v. City of Anaheim*, Case No. SACV 17-00278-CJC, consolidated with SACV 17-02094-CJC.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of the jury's verdict in the case *Najera v. Ponder*, Case No. CV 18-762-DMG.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of the jury's verdict in the case *Archibald v. County of San Bernardino,* Case No. 5:16-cv-01128-AB-SP.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of the jury's verdict in the 2025 case *Lewis v. County of Kern*, 1:21-cv-00378-KES, where the jury awarded $1 million in pre-death pain and suffering where the decedent died a very short time after the police shooting, on the same day.

-3-

I declare under penalty of perjury under that the foregoing that the foregoing is true and correct. Executed on this 8th day of April 2026.


/s/ Renee V. Masongsong
Renee V. Masongsong

-4-