# EXHIBIT 12

DUPLICATE ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>Defendants. | Case No. CV 16-01128-AB (SPx)<br><br>**SPECIAL VERDICT FORM - DAMAGES** |

1.

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

**QUESTION 1:** What are Nathanael Pickett, II's damages for his loss of enjoyment of life, and for his pre-death pain and suffering?

$ ___7 MILLION___

*Please proceed to the next question.*

**QUESTION 2:** What are Plaintiff Dominic Archibald's damages for past and future loss of Nathanael Pickett, II's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Past:    $ ___2.5 MILLION___

Future:  $ ___4 MILLION___

Total:   $ ___6.5 MILLION___

*Please proceed to the next question.*

**QUESTION 3:** What are Plaintiff Nathanael Pickett, I's damages for past and future loss of Nathanael Pickett, II's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Past:    $ ___1 MILLION___

Future:  $ ___1 MILLION___

Total:   $ ___2 MILLION___

2.

**QUESTION 4:** What amount of punitive damages, if any, do you award?

Dominic Archibald:   $ _14 MILLION_

Nathanael Pickett, I:   $ _4 MILLION_

*Please sign and date this verdict form and return it to the Court.*

Dated: _03/14/2018_   Signed: /s/
redacted signature

3.