# EXHIBIT 13

Case 5:22-cv-00625-KK-DTB    Document 220-13    Filed 04/08/26    Page 2 of 5    Page
Case 1:21-cv-00378-KES-CDB    Document 153    Filed 03/19/25    Page 1 of 4
ID #:4418

**FILED**

MAR 1 9 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; Deputy JASON AYALA,<br><br>Defendants. | No. 1:21-cv-00378-KES-CDB<br><br>VERDICT FORM |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; and A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; Deputy JASON AYALA,<br><br>Defendants. | |

1

Case 5:22-cv-00625-KK-DTB Document 220-13 Filed 04/08/26 Page 3 of 5 Page
Case 1:21-cv-00378-KES-CDB Document 153 Filed 03/19/25 Page 2 of 4
ID #:4419

We, the jury in the above-entitled action, find the following verdict on the questions submitted to us:

**Question 1**:

Did defendant Jason Ayala use excessive force against Mickel Lewis, Sr. on October 2, 2020?

Yes ✓ No _____

*If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, proceed to Question 4.*

**Question 2**:

Was defendant Jason Ayala's use of excessive force an actual cause of harm or death to Mickel Lewis, Sr.?

Yes ✓ No _____

*Proceed to Question 3.*

**Question 3**:

Did defendant Jason Ayala violate the Bane Act when he used deadly force against Mickel Lewis, Sr.?

Yes ✓ No _____

*Proceed to Question 4.*

**Question 4**:

Did defendant Jason Ayala commit a battery on Mickel Lewis, Sr. on October 2, 2020?

Yes ✓ No _____

*Proceed to Question 5.*

Case 5:22-cv-00625-KK-DTB    Document 220-13    Filed 04/08/26    Page 4 of 5    Page
Case 1:21-cv-00378-KES-CDB    Document 153    Filed 03/19/25    Page 3 of 4
ID #:4420

**Question 5**:

Was defendant Jason Ayala negligent in using deadly force on Mickel Lewis, Sr. on October 2, 2020?

Yes ✓‾‾‾‾ No ‾‾‾‾‾

*If you answered "Yes" to Question 5, proceed to Question 6.*

*If you answered "No" to Question 5, and you also answered "No" to Questions 2, 3, **and** 4, then stop here and answer no further questions and have the Jury Foreperson sign and date this form.*

*If you answered "No" to Question 5, and you answered "Yes" to Question 2, 3, **or** 4, proceed to Question 8.*

**Question 6**:

Was Mickel Lewis, Sr. negligent in his interactions with defendant Jason Ayala on October 2, 2020?

Yes ✓‾‾‾ No ‾‾‾‾‾

*If you answered "Yes" to Question 6, proceed to Question 7. If you answered "No" to Question 6, proceed to Question 8.*

**Question 7**:

What percentage of responsibility for negligence do you assign to the following individuals? (Your total should equal 100%)

Jason Ayala       78 %

Mickel Lewis, Sr.       22 %

*Proceed to Question 8.*

3

Case 5:22-cv-00625-KK-DTB   Document 220-13   Filed 04/08/26   Page 5 of 5   Page
Case 1:21-cv-00378-KES-CDB   Document 153   Filed 03/19/25   Page 4 of 4
ID #:4421

**Question 8**:

What amount do you award plaintiffs for Mickel Lewis, Sr.'s damages?

Pre-death pain and suffering $ ___1 million___

Loss of life $ ___5 million___

*If you answered "Yes" to Question 4 or 5 proceed to Question 9.*

*If you answered "No" to Question 4 and 5, then stop here and answer no further questions and have the Jury Foreperson sign and date this form.*

**Question 9**:

What amount do you award plaintiffs for their wrongful death damages for the loss of Mickel Lewis, Sr.?

R. L.            $ ___3.5 million___

H. L.            $ ___3.5 million___

M. L.            $ ___3.5 million___

A. W.            $ ___3.5 million___

Mickel Lewis, Jr   $ ___3.5 million___

Oriona Lewis       $ ___3.5 million___

Briona Lewis       $ ___3.5 million___

*The Jury Foreperson shall sign and date this verdict form and return it to the Court.*

Dated: ___03/19/2025___

4