# EXHIBIT "B"

# EXHIBIT "B"

**SKETCH:**



* Not to Scale

White Avenue

12015 White Ave.

12013 White Ave.

DEFENDANT'S TRIAL EXHIBIT

1

CASE # 5:22-cv-00625-KK-DTB

Ex. 01-01