**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

STEFFON BARBER,

Plaintiff(s)

v.

COUNTY OF SAN BERNARDINO, et al.

Defendant(s)

CASE NUMBER

5:22-cv-00625-KK-DTB

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☒ The Court hereby orders that the request of:

COUNTY OF SAN BERNARDINO   ☐ Plaintiff  ☒ Defendant  ☐ Other  CHRISTOPHER ALFRED
_____
*Name of Party*

☒ to substitute  Nathan A. Oyster                                        who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

444 South Flower Street, 40th Floor
_____

Los Angeles, CA 90071          *Street Address*      NOyster@bwslaw.com
_____                              _____
*City, State, Zip*                                   *E-Mail Address*

(213) 236-0600                                        225307
_____   _____   _____
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of  Eugene Ramirez, Kayleigh Andersen, Angela Brunson and
                                   _____
                                   List **all** attorneys from same firm or agency who are withdrawing.

Katherine Hwang
_____

_____

**is hereby** ☐ **GRANTED**  ☐ **DENIED**

☒ The Court hereby orders that the request of  Eugene Ramirez, Kayleigh Andersen, Angela Brunson and Katherine Hwang
                                                List **all** attorneys from same firm or agency who are withdrawing.

_____

to withdraw as attorney of record for  COUNTY OF SAN BERNARDINO and Deputy Christopher Alfred
**is hereby** ☐ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated  _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)    **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**