# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER,<br><br>              v.                   Plaintiff(s) | CASE NUMBER<br><br>5:22-cv-00625-KK-DTB |
| COUNTY OF SAN BERNARDINO, et al.<br><br>                        Defendant(s). | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

    COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED    ☐Plaintiff ☒Defendant ☐Other _____
    Name of Party

    ☒ to substitute   Nathan A. Oyster            who is

    ☒ Retained Counsel ☐Counsel appointed by the Court (Criminal cases only) ☐Pro Se

    Burke, Williams & Sorensen, LLP, 444 South Flower Street, 40th Floor,
                            Street Address

| | | |
|---|---|---|
| Los Angeles, CA 90071 | | noyster@bwslaw.com |
| City, State, Zip | | E-Mail Address |
| (213) 236-0600 | | 225307 |
| Telephone Number | Fax Number | State Bar Number |

As attorney of record instead of    Eugene P. Ramirez, Kayleigh Andersen, Angela Brunson,
                            List *all* attorneys from same firm or agency who are withdrawing.

    and Katherine Hwang

**Is hereby ☒ GRANTED ☐ DENIED**

☒ The Court hereby orders that the request of:    Eugene P. Ramirez, Kayleigh Andersen, Angela Brunson,
                                  List *all* attorneys from same firm or agency who are withdrawing.
    and Katherine Hwang

    to withdraw as attorney of record for    COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED

**Is hereby ☒ GRANTED ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: _____                              _____
                                    U.S. District Judge/U.S. Magistrate Judge