**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEFFON BARBER, | CASE NUMBER |
| Plaintiff(s) | 5:22-cv-00625-KK-DTB |
| v. | |
| COUNTY OF SAN BERNARDINO, et al. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

[x] The Court hereby orders that the request of:

COUNTY OF SAN BERNARDINO    ☐ Plaintiff  [x] Defendant  ☐Other    CHRISTOPHER ALFRED
_Name of Party_

[x] to substitute  Nathan A. Oyster    who is

[x] Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

444 South Flower Street, 40th Floor

Los Angeles, CA 90071    _Street Address_    NOyster@bwslaw.com
_City, State, Zip_    _E-Mail Address_

(213) 236-0600    225307
_Telephone Number_    _Fax Number_    _State Bar Number_

as attorney of record instead of  Eugene Ramirez, Kayleigh Andersen, Angela Brunson and
_List **all** attorneys from same firm or agency who are withdrawing._

Katherine Hwang

**is hereby** ⊠ **GRANTED**  ☐ **DENIED**

[x] The Court hereby orders that the request of  Eugene Ramirez, Kayleigh Andersen, Angela Brunson and Katherine Hwang
_List **all** attorneys from same firm or agency who are withdrawing._

to withdraw as attorney of record for  COUNTY OF SAN BERNARDINO and Deputy Christopher Alfred
**is hereby** ⊠ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated  May 5, 2026

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)    **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**