LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Rodney S. Diggs, Esq. (SBN 274459)
rdiggs@imwlaw.com
IVIE MCNEILL WYATT PURCELL & DIGGS,
A Professional Law Corporation
444 S. Flower Street, Suite 3200
Los Angeles, CA 90071
Tel:   (213) 489-0028
Fax;   (213) 489-0552

Attorneys for Plaintiff, Steffon Barber

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>Hon. District Judge Kenly Kiya Kato<br>Hon. Magistrate Judge, David T. Bristow<br><br>**REQUEST FOR CLARIFICATION ON THIS COURT'S ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW, CONDITIONALLY DENYING DEFENDANTS' MOTION FOR A NEW TRIAL, AND DENYING AS MOOT PLAINTIFF'S MOTION FOR ATTORNEY'S FEES (DKT. 232)** |

-1-

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:** Plaintiff Steffon Barber hereby requests clarification on this Court's June 1, 2026, this Court issued an order Denying Defendants' Motion for Judgment as a Matter of Law (Dkt. 208), Conditionally Denying Defendants' Motion for a New Trial (Dkt. 210), and Denying as Moot Plaintiff's Motion for Attorney's Fees (Dkt. 211) ("Order"). (Dkt. 232).

On June 1, 2026, this Court held that "the evidence presented does not support the jury's award of $1,850,000 for future economic loss" and "Plaintiff's future economic damages award warrants remittitur." (Dkt. 232 at p. 18). This Court further held that "alternative to a new trial, the appropriate remittitur is $0," and "Plaintiff's economic damages award . . . shall be remitted to $0 or a new trial limited to proving economic damages. (*Id*. at pp. 19, 21). This Court ruled:

> Defendants' Rule 59(a) Motion is CONDITIONALLY DENIED based on Plaintiff accepting a remittitur to $0 in economic damages. The judgment otherwise remains intact. Plaintiff shall file a notice with the Court within 14 days stating whether he accepts or rejects the remittitur (and a proposed amended judgment if he accepts it). The Court will then enter an order granting a new trial on economic damages or enter a final, appealable order denying Defendants' Rule 59(a) Motion and an amended judgment.

(*Id*. at p. 21). This Court further ruled: "Plaintiff's Fees Motion is denied as moot." (*Id*.).

Plaintiff now seeks clarification as to the timing and procedure of this Court's ruling on Plaintiff's pending Fees Motion, and on the filing of Plaintiff's anticipated supplemental Fees Motion for work performed on the case after the initial Fees Motion was filed, as follows: After an amended judgment is entered, either by way of acceptance of the remittitur or by way of a retrial on economic damages, does this Court request (1) that Plaintiff re-file his entire Fees Motion, including any request for attorneys' fees incurred after the initial Fees Motion was filed, OR (2)

-2-

REQUEST FOR CLARIFICATION ON THIS COURT'S ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW, CONDITIONALLY DENYING DEFENDANTS' MOTION FOR A NEW TRIAL, AND DENYING AS MOOT PLAINTIFF'S MOTION FOR ATTORNEY'S FEES (DKT. 232)

that Plaintiff file only his anticipated Supplemental Fees Motion requesting attorneys' fees incurred after the initial Fees Motion was filed?

DATED: June 9, 2026                    LAW OFFICES OF DALE K. GALIPO

By: _____

                                      Dale K. Galipo
                                      Renee V. Masongsong
                                      Attorneys for Plaintiff, Steffon Barber


Dated: June 5, 2026                    IVIE MCNEILL WYATT
                                       PURCELL & DIGGS

By:   *s/ Rodney S. Diggs*
                                       Rodney S. Diggs
                                       Attorney for Plaintiff

-3-
REQUEST FOR CLARIFICATION ON THIS COURT'S ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW, CONDITIONALLY DENYING DEFENDANTS' MOTION FOR A NEW TRIAL, AND DENYING AS MOOT PLAINTIFF'S MOTION FOR ATTORNEY'S FEES (DKT. 232)