Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
Delaney K. Sirmay (SBN 345397)
E-mail: dsirmay@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
COUNTY OF SAN BERNARDINO and
DEPUTY CHRISTOPHER ALFRED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-00625-KK-DTBx<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR CLARIFICATION OF THE COURT'S JUNE 1, 2026 ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED (collectively "Defendants") hereby submit this Response to Plaintiff STEFFON BARBER's ("Plaintiff") Request for Clarification of this Court's June 1, 2026 Order Denying Defendants' Motion for Judgment as a Matter of Law, Conditionally Denying Defendants' Motion for New Trial, and Denying as Moot Plaintiff's Motion for Attorney's Fees (Dkt. 232).

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4935-2364-4084 v1

1

Case No. 5:22-cv-00625-KK-DTBx
DEFENDANTS' RESPONSE TO PLAINTIFF'S
REQUEST FOR CLARIFICATION

Plaintiff seeks clarification as to "the timing and procedure of this Court's ruling on Plaintiff's anticipated supplemental Fees Motion for work performed on the case after the initial Fees Motion was filed."  (See, Request, Dkt. 241, 2:21-24).  More specifically, Plaintiff asks the Court whether, after an amended judgment is entered, he should (1) re-file a new motion for attorneys' fees, including any additional request for attorneys' fees incurred after his initial motion was filed, or (2) file supplemental briefing regarding any new/additional fees.  (See, Request, Dkt. 241, 2:24-3:2).

Defendants oppose any request by Plaintiff to re-file a second motion for attorneys' fees that relates to the time period that was the subject of the first motion for attorneys' fees.  Allowing Plaintiff to file a second motion for attorneys' fees would be unduly prejudicial to Defendants, as it would allow Plaintiff a second chance to provide evidence to support his request for an award of fees.  As discussed in Defendants' Opposition to Plaintiff's Motion for Attorneys' Fees, in his first motion, Plaintiff provided no evidence in the form of timekeeping records to substantiate his counsel's time worked.  (See, Opposition, Dkt. 217, 9:24-26).  This failure alone is reason to reduce the award requested by Plaintiff.  (Id.).  Allowing Plaintiff a second bite at the apple could allow Plaintiff to remedy this failure, among others identified in Defendants' Opposition.  This would result in undue prejudice to Defendants.

In contrast, allowing Plaintiff to file a supplemental motion for attorney's fees relating to fees incurred *after* the first motion was filed would not cause the same prejudicial result, as Plaintiff would only be able to provide additional evidence for fees that he alleges to have incurred *after* his initial motion was filed.  Therefore, it is Defendants' position that the Court's ruling on Plaintiff's Motion for Attorneys' Fees (Dkt. 211) should be interpreted to allow Plaintiff to file supplemental briefing regarding any new or additional fees.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4935-2364-4084 v1

2

Case No. 5:22-cv-00625-KK-DTBx
DEFENDANTS' RESPONSE TO PLAINTIFF'S
REQUEST FOR CLARIFICATION

Dated:  June 10, 2026                    BURKE, WILLIAMS & SORENSEN, LLP


By:      _*/s/ Nathan A. Oyster*_
         Nathan A. Oyster
         Caylin W. Jones
         Delaney K. Sirmay
         Attorneys for Defendants
         COUNTY OF SAN BERNARDINO
         and DEPUTY CHRISTOPHER
         ALFRED

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4935-2364-4084 v1

3

Case No. 5:22-cv-00625-KK-DTBx
DEFENDANTS' RESPONSE TO PLAINTIFF'S
REQUEST FOR CLARIFICATION