# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>Hon. District Judge Kenly Kiya Kato<br>Hon. Magistrate Judge, David T. Bristow<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR CLARIFICATION ON THIS COURT'S ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW, CONDITIONALLY DENYING DEFENDANTS' MOTION FOR A NEW TRIAL, AND DENYING AS MOOT PLAINTIFF'S MOTION FOR ATTORNEY'S FEES (DKT. 232)** |

ORDER RE: PLAINTIFF'S REQUEST FOR CLARIFICATION ON THIS COURT'S ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW, CONDITIONALLY DENYING DEFENDANTS' MOTION FOR A NEW TRIAL, AND DENYING AS MOOT PLAINTIFF'S MOTION FOR ATTORNEY'S FEES (DKT. 232)

**HAVING REVIEWED PLAINTIFF'S REQUEST FOR CLARIFICATION, IT IS HEREBY ORDERED AS FOLLOWS:**

[ X ] Following the entry of an amended judgment, Plaintiff shall re-file his entire Fees Motion, including any request for attorneys' fees incurred after the initial Fees Motion was filed. Plaintiff shall re-file within 14 days of the entry of the amended judgment.

OR

[  ] Plaintiff need not re-file his initial Fees Motion. Following the entry of an amended judgment, Plaintiff shall file any supplemental request for attorneys' fees incurred after the initial Fees Motion was filed. Plaintiff's Supplemental Fees Motion shall be filed within 14 days of the entry of the amended judgment.

IT IS SO ORDERED.

DATED: June 10, 2026          UNITED STATES DISTRICT COURT

_____

HON. KENLY KIYA KATO

ORDER RE: PLAINTIFF'S REQUEST FOR CLARIFICATION ON THIS COURT'S ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW, CONDITIONALLY DENYING DEFENDANTS' MOTION FOR A NEW TRIAL, AND DENYING AS MOOT PLAINTIFF'S MOTION FOR ATTORNEY'S FEES (DKT. 232)