Nathan A. Oyster (SBN 225307)
E-mail:  noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail:  cjones@bwslaw.com
Delaney K. Sirmay (SBN 345397)
E-mail:  dsirmay@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel:  213.236.0600    Fax:  213.236.2700

Attorneys for Defendants
COUNTY OF SAN BERNARDINO and
DEPUTY CHRISTOPHER ALFRED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 5:22-cv-00625-KK-DTBx<br><br>**JOINT STIPULATION TO CONTINUE PLAINTIFF'S DEADLINE TO ACCEPT OR REJECT THE COURT'S REMITTITUR** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED (collectively "Defendants") and Plaintiff STEFFON BARBER ("Plaintiff"), by and through their respective counsel of record, hereby submit this Joint Stipulation to Continue Plaintiff's Deadline to Accept or Reject the Court's Remittitur.  This Joint Stipulation is based on the following good cause:

1. On January 30, 2026, this matter proceeded to trial (Dkts. 171, 173, 175, 178, 179, 181, 182).

2. On February 3, 2026, following Plaintiff's case-in-chief, Defendants filed a Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure, Rule 50(a) (Dkt. 172). On February 4, 2026, the Court denied Defendants' motion (Dkt. 179).

3. On February 9, 2026, the jury returned a verdict in favor of Plaintiff on all counts but Plaintiff's *Monell* claim (Dkt. 182).

4. On March 25, 2026, Defendants filed a Renewed Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure, Rule 50(b) (Dkt. 208) and a Motion for New Trial pursuant to Federal Rule of Civil Procedure, Rule 59(a) (Dkt. 210). Also on March 25, 2026, Plaintiff filed a Motion for Attorney's Fees (Dkt. 211).

5. On April 29, 2026, the Court found Defendants' Renewed Motion for Judgment as a Matter of Law (Dkt. 208), Defendants' Motion for New Trial (Dkt. 210), and Plaintiff's Motion for Attorney's Fees (Dkt. 211) appropriate for resolution without oral argument and vacated the hearing date (Dkt. 227).

6. On June 1, 2026, the Court issued an In Chambers Order (Dkt. 232) denying Defendants' Renewed Motion for Judgment as a Matter of Law (Dkt. 208), conditionally denying Defendants' Motion for New Trial (Dkt. 210), and denying as moot Plaintiff's Motion for Attorney's Fees (Dkt. 211).

7. In the Court's order conditionally denying Defendants' Motion for New Trial, the Court found that the evidence presented at trial supported the jury's damages award except with respect to the jury's award of $1,850,000 for future economic loss (Dkt. 232, ps. 18-19). Accordingly, the Court held that Plaintiff's future economic damages award was to be remitted to $0 or a new trial was to be had, limited to proving Plaintiff's economic damages (Id.).

8. In its June 1, 2026 Order, the Court ordered Plaintiff to file a notice

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4930-0042-3348 v5

2

Case No. 5:22-cv-00625-KK-DTBx
JOINT STIPULATION TO CONTINUE
PLAINTIFF'S DEADLINE

with the Court within 14 days stating whether Plaintiff accepts or rejects the remittitur of $0 (Dkt. 232, p. 21). The Court noted that after Plaintiff's notice is filed, it "will then enter an order either granting a new trial on economic damages or enter a final, appealable order denying Defendants' Rule 59(a) Motion and an amended judgment." (Id.).

9. On June 10, 2026, this Court ordered that following the entry of an amended judgment, Plaintiff shall re-file his entire Fees Motion, including any request for attorneys' fees incurred after the initial Fees Motion was filed, and that Plaintiff shall re-file within 14 days of the entry of any amended judgment. (Dkt. 243).

10. Plaintiff's deadline to accept or reject the Court's remittitur is Monday, June 15, 2026.

11. Since the Court's June 1, 2026 Order, the parties have engaged in informal settlement discussions regarding Plaintiff's economic damages and are discussing whether an agreement can be reached on an amount of Plaintiff's economic damages to be entered into the judgment, while preserving Defendants' right to appeal the judgment as a whole. Additionally, the parties have engaged in discussions regarding a potential settlement of the entire case, including a settlement on Plaintiff's statutory attorneys' fees. The terms of any settlement would require approval by the County of San Bernardino's Board of Supervisors and the County's excess insurers, which cannot be completed any earlier than August 4, 2026, due to the meeting schedules of the Board of Supervisors.

12. Accordingly, the parties request, with Court approval, that Plaintiff's deadline to accept or reject the Court's remittitur be continued by 60 days to Friday, August 14, 2026. A 60-day continuance will allow the parties sufficient time to attempt to resolve the economic damages issue and potentially reach a settlement of the entire case.

13. With this Joint Stipulation, the parties further request that the Court not

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4930-0042-3348 v5

3

Case No. 5:22-cv-00625-KK-DTBx
JOINT STIPULATION TO CONTINUE
PLAINTIFF'S DEADLINE

"enter an order granting a new trial on economic damages or enter a final, appealable order denying Defendants' Rule 59(a) Motion and an amended judgment" until after Plaintiff's continued deadline of August 14, 2026. (Dkt. 232).

14.    The parties agree that, under Rule 4 of the Federal Rules of Appellate Procedure, Defendants' time to appeal does not begin to run until this Court "enter[s] an order granting a new trial on economic damages or enter[s] a final, appealable order denying Defendants' Rule 59(a) Motion and an amended judgment." (Dkt. 232).

15.    Finally, the parties request that Plaintiff's time to file a new Motion for Attorneys' fees (pursuant to Dkt. 243) be stayed until after the Court "enter[s] an order granting a new trial on economic damages or enter[s] a final, appealable order denying Defendants' Rule 59(a) Motion and an amended judgment." (Dkt. 232). Consistent with this Court's Order at Dkt. 243, Plaintiff shall re-file his entire Fees Motion no later than 14 days after this Court enters any amended judgment.

**IT IS SO STIPULATED.**

Dated:  June 15, 2026                    BURKE, WILLIAMS & SORENSEN, LLP

By:      /s/ Nathan A. Oyster [1]
         Nathan A. Oyster
         Caylin W. Jones
         Delaney K. Sirmay
         Attorneys for Defendants
         COUNTY OF SAN BERNARDINO
         and DEPUTY CHRISTOPHER
         ALFRED

---

[1] In compliance with Local Rule 5-4.3.4(a)(2)(i), I, Nathan A. Oyster, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

Dated:  June 15, 2026                    LAW OFFICES OF DALE K. GALIPO


By:        */s/ Renee V. Masongsong*
           Dale K. Galipo
           Renee V. Masongsong
           Attorneys for Plaintiff
           STEFFON BARBER

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4930-0042-3348 v5                        5                    Case No. 5:22-cv-00625-KK-DTBx
                                                              JOINT STIPULATION TO CONTINUE
                                                              PLAINTIFF'S DEADLINE