LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED,<br><br>                    Defendants. | Case No. 5:22-cv-00625-KK-DTBx<br><br>*[District Judge, Kenly Kiya Kato, Magistrate Judge, David T. Bristow]*<br><br>**PLAINTIFF'S NOTICE OF REJECTION OF THE REMITTITUR AND RESPONSE TO THIS COURT'S ORDER AT DKT. 232** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:** Plaintiff STEFFON BARBER, by and through his counsel of record, hereby submits his notice of rejection of the remittitur and further response to this Court's Order at Dkt. 232.

In the Court's June 1, 2026 order denying Defendants' Renewed Motion for Judgment as a Matter of Law (Dkt. 208) and conditionally denying Defendants' Motion for New Trial (Dkt. 210), this Court ordered Plaintiff to file a notice with the Court within 14 days stating whether Plaintiff accepts or rejects the remittitur of $0 with respect to Plaintiff's economic damages of $1,850,000. (Dkt. 232, p. 21).

Plaintiff hereby REJECTS this Court's remittitur of $0 with respect to Plaintiff's economic damages of $1,850,000 and requests that this Court order a new trial on economic damages only.

However, the Parties have filed a Joint Stipulation requesting that this Court continue the deadline for Plaintiff to accept or reject the remittitur by 60 days. (Dkt. 244). As set forth in the Parties' Joint Stipulation, a 60-day continuance will allow the Parties time to attempt to settle the amount of economic damages for an agreed-upon number and potentially reach a settlement of the entire case, which would avoid the need for a new trial on economic damages. (*Id*.). The Parties would then agree to an amended judgment based on the agreed-upon amount of economic damages to be added to the award of non-economic damages. The Parties are also discussing a potential resolution of the entire case, including the amount of the statutory attorneys' fees.

Respectfully submitted,

-1-

DATED:  June 15, 2026                    LAW OFFICES OF DALE K. GALIPO


By _____ */s/ Renee V. Masongsong* _____
        Dale K. Galipo
        Renee V. Masongsong
        Attorneys for Plaintiff

-2-

PLAINTIFF'S RESPONSE TO THIS COURT'S ORDER AT DKT. 232