UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No. 5:22-cv-00625-KK-DTBx<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE PLAINTIFF'S DEADLINE TO ACCEPT OR REJECT THE COURT'S REMITTITUR** |

# [PROPOSED] ORDER

Having considered the parties' Joint Stipulation to Continue Plaintiff's Deadline to Accept or Reject the Court's Remittitur and good cause appearing therefor, the Court hereby **GRANTS** the Joint Stipulation and **ORDERS** as follows:

1.      Plaintiff's deadline to accept or reject the Court's remittitur is continued 60 days to Friday, August 14, 2026;

2.      The Court will not enter an amended judgment until after Plaintiff's continued deadline of August 14, 2026;

3.      Defendants' deadlines to appeal any order on Defendants' Motion for New Trial or any amended judgment will not begin to run until after an amended judgment has been entered; and

4.      Consistent with this Court's Order at <u>Dkt. 243</u>, Plaintiff shall re-file his entire Fees Motion no later than 14 days after this Court enters an amended judgment..

DATED:  June 16, 2026

_____
HON. KENLY KIYA KATO
United States District Judge

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Los Angeles

4906-7651-7812 v3

2

Case No. 5:22-cv-00625-KK-DTBx
[PROPOSED] ORDER