UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEFFON BARBER,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity and CHRISTOPHER ALFRED, Deputy, an individual,<br><br>   Defendants - Appellants,<br><br>DOES, 1 through 10, inclusive,<br><br>   Defendant. | No. 26-4259<br><br>D.C. No.<br>5:22-cv-00625-KK-DTB<br>Central District of California, Riverside<br><br>ORDER |

Proceedings in this court other than mediation are stayed until the district court rules on the timely tolling motion filed on March 25, 2026. *See* Fed. R. App. P. 4(a)(4); *Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

The clerk will send a copy of this order to the district court and the district judge.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT