Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
Delaney K. Sirmay (SBN 345397)
E-mail: dsirmay@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO and
DEPUTY CHRISTOPHER ALFRED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-00625-KK-DTBx<br><br>**JOINT STIPULATION TO CONTINUE PLAINTIFF'S DEADLINE TO ACCEPT OR REJECT THE COURT'S REMITTITUR** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED (collectively "Defendants") and Plaintiff STEFFON BARBER ("Plaintiff"), by and through their respective counsel of record, hereby submit this Joint Stipulation to Continue Plaintiff's Deadline to Accept or Reject the Court's Remittitur. This Joint Stipulation is based on the following good cause:

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4918-2824-8002 v1

1

Case No. 5:22-cv-00625-KK-DTBx
JOINT STIPULATION TO CONTINUE
PLAINTIFF'S DEADLINE

1.      On January 30, 2026, this matter proceeded to trial (Dkts. 171, 173, 175, 178, 179, 181, 182).

2.      On February 3, 2026, following Plaintiff's case-in-chief, Defendants filed a Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure, Rule 50(a) (Dkt. 172).  On February 4, 2026, the Court denied Defendants' motion (Dkt. 179).

3.      On February 9, 2026, the jury returned a verdict in favor of Plaintiff on all counts but Plaintiff's Monell claim (Dkt. 182).

4.      On March 25, 2026, Defendants filed a Renewed Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure, Rule 50(b) (Dkt. 208) and a Motion for New Trial pursuant to Federal Rule of Civil Procedure, Rule 59(a) (Dkt. 210).  Also on March 25, 2026, Plaintiff filed a Motion for Attorney's Fees (Dkt. 211).

5.      On April 29, 2026, the Court found Defendants' Renewed Motion for Judgment as a Matter of Law (Dkt. 208), Defendants' Motion for New Trial (Dkt. 210), and Plaintiff's Motion for Attorney's Fees (Dkt. 211) appropriate for resolution without oral argument and vacated the hearing date (Dkt. 227).

6.      On June 1, 2026, the Court issued an In Chambers Order (Dkt. 232) denying Defendants' Renewed Motion for Judgment as a Matter of Law (Dkt. 208), conditionally denying Defendants' Motion for New Trial (Dkt. 210), and denying as moot Plaintiff's Motion for Attorney's Fees (Dkt. 211).

7.      In the Court's order conditionally denying Defendants' Motion for New Trial, the Court found that the evidence presented at trial supported the jury's damages award except with respect to the jury's award of $1,850,000 for future economic loss (Dkt. 232, ps. 18-19).  Accordingly, the Court held that Plaintiff's future economic damages award was to be remitted to $0 or a new trial was to be had, limited to proving Plaintiff's economic damages (Id.).

8.      In its June 1, 2026 Order, the Court ordered Plaintiff to file a notice

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4918-2824-8002 v1

2

Case No. 5:22-cv-00625-KK-DTBx
JOINT STIPULATION TO CONTINUE
PLAINTIFF'S DEADLINE

with the Court within 14 days stating whether Plaintiff accepts or rejects the remittitur of $0 (Dkt. 232, p. 21).  The Court noted that after Plaintiff's notice is filed, it "will then enter an order either granting a new trial on economic damages or enter a final, appealable order denying Defendants' Rule 59(a) Motion and an amended judgment." (Id.).  Accordingly, Plaintiff's deadline to accept or reject the Court's remittitur was Monday, June 15, 2026.

9.    On June 10, 2026, this Court ordered that following the entry of an amended judgment, Plaintiff shall re-file his entire Fees Motion, including any request for attorneys' fees incurred after the initial Fees Motion was filed, and that Plaintiff shall re-file within 14 days of the entry of any amended judgment. (Dkt. 243).

10.    On June 15, 2026, the parties filed a Joint Stipulation to Continue Plaintiff's deadline to accept or reject the Court's remittitur (Dkt. 244).  The Court granted the parties Joint Stipulation on June 16, 2026 (Dkt. 246), making Plaintiff's new deadline to accept or reject the Court's remittitur Friday, August 14, 2026.  The Court also indicated in its Order that (1) it will not enter an amended judgment until after August 14, 2026, (2) Defendants' deadlines to appeal any order on Defendants' Motion for New Trial or any amended judgment will not begin to run until after an amended judgment has been entered, and (3) Plaintiff is to re-file his entire Fees Motion no later than 14 days after the Court's amended judgment (Dkt. 246).

11.    As indicated in the parties' first Joint Stipulation (Dkt. 244), since the Court's June 1, 2026 Order, the parties have engaged in informal settlement discussions regarding Plaintiff's economic damages and are discussing whether an agreement can be reached on an amount of Plaintiff's economic damages to be entered into the judgment, while preserving Defendants' right to appeal the judgment as a whole.  Additionally, the parties have engaged in discussions regarding a potential settlement of the entire case, including a settlement on Plaintiff's statutory attorneys' fees.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4918-2824-8002 v1

3

Case No. 5:22-cv-00625-KK-DTBx
JOINT STIPULATION TO CONTINUE
PLAINTIFF'S DEADLINE

12. The terms of any settlement requires approval by the County of San Bernardino's Board of Supervisors and the County's excess insurers. To that end, this matter was originally set to be presented at the Board's August 4, 2026 closed session. Due to scheduling conflicts, the matter now cannot be presented to the Board until the August 18, 2026 closed session—4 days after Plaintiff's current deadline to accept or reject the Court's remittitur.

13. Accordingly, the parties request, with Court approval, that Plaintiff's deadline to accept or reject the Court's remittitur be continued by two weeks to Friday, August 28, 2026. A two-week continuance will allow the parties sufficient time to attempt to resolve the economic damages issue and potentially reach a settlement of the entire case.

14. With this Joint Stipulation, the parties further request that the Court not "enter an order granting a new trial on economic damages or enter a final, appealable order denying Defendants' Rule 59(a) Motion and an amended judgment" until after Plaintiff's continued deadline of August 28, 2026 (Dkt. 232).

15. The parties agree that, under Rule 4 of the Federal Rules of Appellate Procedure, Defendants' time to appeal does not begin to run until this Court "enter[s] an order granting a new trial on economic damages or enter[s] a final, appealable order denying Defendants' Rule 59(a) Motion and an amended judgment" (Dkt. 232).

16. Finally, the parties request that Plaintiff's time to file a new Motion for Attorneys' fees (pursuant to Dkt. 243) be stayed until after the Court "enter[s] an order granting a new trial on economic damages or enter[s] a final, appealable order denying Defendants' Rule 59(a) Motion and an amended judgment" (Dkt. 232). Consistent with this Court's Order at Dkt. 243, Plaintiff shall re-file his entire Fees

/ / /

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4918-2824-8002 v1

4

Case No. 5:22-cv-00625-KK-DTBx
JOINT STIPULATION TO CONTINUE
PLAINTIFF'S DEADLINE

Motion no later than 14 days after this Court enters any amended judgment.

**IT IS SO STIPULATED.**

Dated:  July 30, 2026                    BURKE, WILLIAMS & SORENSEN, LLP


By:  _____*/s/ Caylin W. Jones* [1]_____
Nathan A. Oyster
Caylin W. Jones
Delaney K. Sirmay
Attorneys for Defendants
COUNTY OF SAN BERNARDINO
and DEPUTY CHRISTOPHER
ALFRED

Dated:  July 30, 2026                    LAW OFFICES OF DALE K. GALIPO


By:  _*/s/* Renee V. Masongsong_____
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff
STEFFON BARBER

---

[1] In compliance with Local Rule 5-4.3.4(a)(2)(i), I, Caylin W. Jones, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4918-2824-8002 v1

5

Case No. 5:22-cv-00625-KK-DTBx
JOINT STIPULATION TO CONTINUE
PLAINTIFF'S DEADLINE