UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>       Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br><br>       Defendant. | Case No. 5:22-cv-00625-KK-DTBx<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PLAINTIFF'S DEADLINE TO ACCEPT OR REJECT THE COURT'S REMITTITUR** |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4931-5934-9954 v1

1

Case No. 5:22-cv-00625-KK-DTBx
[PROPOSED] ORDER

## [PROPOSED] ORDER

Having considered the parties' Joint Stipulation to Continue Plaintiff's Deadline to Accept or Reject the Court's Remittitur and good cause appearing therefor, the Court hereby **GRANTS** the Joint Stipulation and **ORDERS** as follows:

1.    Plaintiff's deadline to accept or reject the Court's remittitur is continued two weeks to Friday, August 28, 2026;

2.    The Court will not enter an amended judgment until after Plaintiff's continued deadline of August 28, 2026;

3.    Defendants' deadline to appeal any order on Defendants' Motion for New Trial or any amended judgment will not begin to run until after an amended judgment has been entered; and

4.    Consistent with this Court's Order at Dkt. 243, Plaintiff shall re-file his entire Fees Motion no later than 14 days after this Court enters an amended judgment.


DATED: July 31, 2026

HON. KENLY KIYA KATO
United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4931-5934-9954 v1

2

Case No. 5:22-cv-00625-KK-DTBx
[PROPOSED] ORDER