**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
**IVIE MCNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Tel: (213) 489-0028
Fax: (213) 489-0552

Attorneys for Plaintiff, STEFFON BARBER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEFFON BARBER,

Plaintiff,

v.

COUNTY OF SAN BERNARDINO, DEPUTY CHRISTOPHER ALFRED,
Defendants.

Case No. 5:22-cv-00625-KK (SHKx)

*District Judge, Kenly Kiya Kato, Magistrate Judge, Shashi H. Kewalramani]*

**NOTICE OF LODGING PLAINTIFF'S AMENDED [PROPOSED] JUDGMENT AND NOTICE OF SETTLEMENT AS TO THE AMOUNT OF PLAINTIFF'S ECONOMIC DAMAGES**

**NOTICE OF LODGING AND NOTICE OF SETTLEMENT AS TO PLAINTIFF'S ECONOMIC DAMAGES**

Subsequent to the Jury's verdict, this Court held that Plaintiff's future economic damages award was to be remitted to $0 or a new trial was to be had, limited to proving Plaintiff's economic damages. (Dkt. 210). In order to avoid having a new trial on the amount of Plaintiff's economic damages, the Parties have reached an agreement that reduces Plaintiff's economic damages from $1,850,000 to $500,000.

The Amended Proposed Judgment attached hereto as Exhibit A reflects a settlement between the Parties regarding the amount of Plaintiff's economic damages.

DATED: August 28, 2026

LAW OFFICES OF DALE K. GALIPO

By */s/ Dale K. Galipo*
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff, Steffon Barber