**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

RODNEY S. DIGGS, Esq. (SBN 274459)
Email: RDiggs@imwlaw.com
**IVIE MCNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Tel: (213) 489-0028
Fax: (213) 489-0552

Attorneys for Plaintiff, STEFFON BARBER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEFFON BARBER,

Plaintiff,

v.

COUNTY OF SAN BERNARDINO, DEPUTY CHRISTOPHER ALFRED,

Defendants.

Case No. 5:22-cv-00625-KK (SHKx)

*District Judge, Kenly Kiya Kato, Magistrate Judge, Shashi H. Kewalramani*

**NOTICE OF SETTLEMENT AND STIPULATION AS TO THE AMOUNT OF PLAINTIFF'S ECONOMIC DAMAGES**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED (collectively "Defendants") and Plaintiff STEFFON BARBER ("Plaintiff"), by and through their respective counsel of record, hereby submit this Joint Notice of Settlement as to Plaintiff's Economic Damages.

1. On January 30, 2026, this matter proceeded to trial (Dkts. 171, 173, 175, 178, 179, 181, 182). On February 9, 2026, the jury returned a verdict in Plaintiff's favor and awarded Plaintiff $7,250,000 for Plaintiff's past pain and suffering and emotional distress, $18,250,000 for Plaintiff's future pain and suffering and emotional distress, and $1,850,000 for Plaintiff's future economic loss. (Dkts. 200, 201).

2. Subsequent to the Jury's verdict, this Court held that Plaintiff's future economic damages award was to be remitted to $0 or a new trial was to be had, limited to proving Plaintiff's economic damages. (Dkts. 210, 246, 254).

3. In order to avoid having a new trial on the amount of Plaintiff's economic damages, the Parties have reached an agreement that reduces Plaintiff's economic damages from $1,850,000 to $500,000.

4. Plaintiff is lodging an Amended Proposed Judgment concurrently herewith, which reflects the settlement between the Parties regarding the amount of Plaintiff's economic damages and brings the total jury verdict to $26,000,000.

5. Within 14 days of this Court's entry of the Amended Proposed Judgment, Plaintiff shall refile his Fees Motion.

6. The Parties agree that this agreement does not affect Defendants' right to appeal the judgment as a whole. To that end, the Parties agree that, under Rule 4 of the Federal Rules of Appellate Procedure, Defendants' time to appeal does not begin to run until this Court "enter[s] a final, appealable order denying Defendants' Rule 59(a) Motion and an amended judgment" (Dkt. 232).

**IT IS SO STIPULATED.**

DATED: August 28, 2026

LAW OFFICES OF DALE K. GALIPO

By /s/ *Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff, Steffon Barber

Dated: August 28, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Caylin W. Jones*
Nathan A. Oyster
Caylin W. Jones
Delaney K. Sirmay
Attorneys for Defendants
COUNTY OF SAN BERNARDINO
and DEPUTY CHRISTOPHER
ALFRED

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Renee V. Masongsong, do hereby attest that all of the signatories listed on this Stipulation, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this Stipulation.

/s/ *Renee V. Masongsong*