# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

County of San Bernardino
Christopher Alfred

Name(s) of counsel (if any):

John F. Querio, Justin R. Sarno, Jasjaap S. Sidhu

Address: 3601 W. Olive Ave., 8th Fl., Burbank, CA 91505

Telephone number(s): 818-995-0800

Email(s): jquerio@horvitzlevy.com; jsarno@horvitzlevy.com; jsidhu@horvitzley

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Steffon Barber

Name(s) of counsel (if any):

Dale K. Galipo; Renee V. Masongsong

Address: 21800 Burbank Blvd., Ste. 310, Woodland Hills, CA 91367

Telephone number(s): 818-347-3333

Email(s): dalekgalipo@yahoo.com; rvalentine@galipolaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

County of San Bernardino
Christopher Alfred

Name(s) of counsel (if any):

Nathan A. Oyster; Caylin W. Jones

Address: 444 S. Flower St., 40th Fl., Los Angeles, CA 90071

Telephone number(s): 213-236-0600

Email(s): noyster@bwslaw.com; cjones@bwslaw.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Steffon Barber

Name(s) of counsel (if any):

James A. Bryant II

Address: 4929 Wilshire Blvd., Ste. 1010, Los Angeles, CA 90010

Telephone number(s): 310-860-6231

Email(s): james.bryant@thecalawgroup.com

---

Name(s) of party/parties:

Steffon Barber

Name(s) of counsel (if any):

Rodney S. Diggs

Address: 444 S. Flower St., 32nd Fl., Los Angeles, CA 90071

Telephone number(s): 213-489-0552

Email(s): rdiggs@imwlaw.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*