**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,<br><br>Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988** |

The Court having considered Plaintiff Steffon Barber's Motion for Attorneys' Fees along with declarations and exhibits in support thereof, IT IS HEREBY ORDERED that Plaintiff's Motion for Attorneys' Fees is granted. The Court awards attorneys' fees as follows:

| Attorney/Biller | Yrs. Practice | Rate | Hours | Total |
|---|---|---|---|---|
| Dale K. Galipo | 36 | $1,500 | 421.3 | $631,950 |
| Renee V. Masongsong | 15 | $900 | 324.8 | $292,320 |
| Benjamine Levine | 5 | $600 | 11.8 | $7,080 |
| Darci Gilbert | Legal Assist. | $250 | 48.3 | $12,075 |
| John Fattahi | 20 | $1,115 | 22.8 | $25,422 |
| Rodney S. Diggs | 17 | $1,250 | 1,468 | $1,835,000 |
| James Bryant | 19 | $1,250 | 591.6 | $739,500 |
| Ryan Duckett | 14 | $900 | 214.80 | $193,320 |
| Brandon R. Tanter | 3 | $650 | 359 | $233,350 |
| Alice D. Williams | Paralegal | $450 | 300 | $135,000 |
| Le Chaune Metoyer | Legal Assist. | $150 | 119.50 | $17,925 |
| Alexandria Feather | Legal Assist. | $150 | 80.50 | $12,075 |
| **Subtotal**: | | | | $4,135,017 |
| **Total with 2.0 Multiplier:** | | | | $8,270,034 |

**IT IS SO ORDERED**.

DATED:

Honorable Kenly Kiya Kato
United States District Judge