# EXHIBIT 1

**Dale K. Galipo** ***Barber v. County of San Bernardino, et al.***
**Timekeeping Record** **Case No. 5:22-cv-00625-KK-DTB**

| Date | Description | Hours |
|---|---|---|
| 06.14.25 | Review case materials | 2.8 |
| 06.15.25 | Review case materials | 3.2 |
| 07.12.25 | Review criminal file | 2.5 |
| 07.13.25 | Review criminal file | 1.5 |
| 07.14.25 | Review criminal file | 3.3 |
| 07.15.25 | Review pleadings | 0.7 |
| 07.15.25 | Review disclosures | 1.6 |
| 07.16.25 | Review investigation reports | 2.4 |
| 07.16.25 | Review audio | 0.5 |
| 07.18.25 | Review medical records | 2.5 |
| 07.20.25 | Review medical records | 2.0 |
| 07.24.25 | Review scene photos | 0.8 |
| 07.25.25 | Review Alfred’s statement | 2.2 |
| 07.26.25 | Review Alfred’s statement | 0.7 |
| 07.28.25 | Review Case File (Discovery – Disclosures) | 2.1 |
| 07.30.25 | Review Case File (Discovery – Disclosures) | 2.9 |
| 08.13.25 | Review Criminal File – Transcripts | 3.5 |
| 08.15.25 | Review Criminal File – Transcripts | 2.3 |
| 08.23.25 | Prepare for Alfred’s deposition | 3.5 |
| 08.24.25 | Prepare for Alfred’s deposition | 2.5 |
| 08.25.25 | Prepare for Alfred’s deposition | 3.0 |
| 08.26.25 | Alfred’s depositions – preparation | 4.2 |
| 08.28.25 | Review Criminal File | 3.2 |
| 08.30.25 | Review Criminal File | 2.7 |
| 09.27.25 | Review Alfred’s Deposition | 2.3 |
| 10.11.25 | Review MSJ – Legal research | 4.1 |
| 10.30.25 | Review Reply to MSJ/Review Opposition to MSJ | 4.5 |
| 10.31.25 | Review Expert Reports | 1.8 |
| 11.01.25 | Review Expert Reports | 2.4 |
| 11.08.25 | Review Case Materials | 1.4 |
| 11.09.25 | Review Case Materials | 1.6 |
| 11.15.25 | Review Criminal Case – Transcripts | 2.1 |
| 11.16.25 | Review Criminal Case – Transcripts | 1.9 |
| 11.22.25 | Review Medical Records | 1.5 |
| 11.27.25 | Prepare for DeFoe’s deposition | 1.5 |
| 11.28.25 | Prepare for Sanchez deposition | 2.4 |
| 11.29.25 | Prepare for Sanchez deposition | 2.6 |
| 11.30.25 | Prepare for Sanchez deposition | 2.5 |
| 12.01.25 | Philip Sanchez deposition - preparation | 3.7 |
| 12.03.25 | Prepare for Magnusson’s deposition | 1.4 |

| Date | Description | Hours |
|---|---|---|
| 12.10.25 | Review Motions in Limine | 2.2 |
| 12.11.25 | Review Motions in Limine | 1.8 |
| 12.11.25 | Prepare for Morales deposition | 3.3 |
| 12.16.25 | Review pretrial documents | 2.3 |
| 12.17.25 | Review Oppositions to Motions in Limine | 1.4 |
| 12.17.25 | Review exhibit list | 0.8 |
| 12.18.25 | Review witness list | 0.5 |
| 12.18.25 | Prepare for Omalu's deposition | 2.0 |
| 12.21.25 | Review Statement of Case | 0.3 |
| 12/21/25 | Review Proposed Voir Dire | 0.5 |
| 12.21.25 | Review Memorandum of Contentions | 0.8 |
| 12.21.25 | Review Pretrial Conference Order | 0.7 |
| 12.21.25 | Review Jury Instructions | 1.4 |
| 12.22.25 | Review statements – Investigation Reports | 3.1 |
| 12.22.25 | Outline Alfred's deposition | 3.6 |
| 12.22.25 | Review Order on MSJ | 0.5 |
| 12.23.25 | Review depositions (Alfred – Experts) | 4.7 |
| 12.25.25 | Review depositions (Alfred – Experts) | 4.3 |
| 12.25.26 | Review criminal trial transcripts | 2.7 |
| 12.27.25 | Review criminal trial transcripts | 2.3 |
| 12.28.25 | Outline Alfred's statement | 2.4 |
| 12.29.25 | Outline Alfred's testimony – criminal case | 2.5 |
| 12.30.25 | Review Sanchez's deposition – outline | 2.1 |
| 12.31.25 | Review exhibits | 0.9 |
| 12.31.25 | Review writ of habeas corpus | 0.5 |
| 01.02.26 | Review Notice of Appeal | 0.3 |
| 01.07.26 | Review Order on Ex Parte Application | 0.3 |
| 01.07.26 | Review Order on Motions in Limine | 0.5 |
| 01.08.26 | Preparing witness examinations (Alfred – Experts) | 4.4 |
| 01.09.26 | Preparing witness examinations (Alfred – Experts) | 3.6 |
| 01.10.26 | Preparing witness examinations (Alfred – Experts) | 3.0 |
| 01.11.26 | Preparing witness examinations | 2.5 |
| 01.12.26 | Outline opening statement | 3.5 |
| 01.12.26 | Reviewing pretrial documents | 1.7 |
| 01.12.26 | Review Exhibits | 0.8 |
| 01.13.26 | Outline expert examinations (DeFoe – Morales) | 3.5 |
| 01.14.26 | Outline expert examinations (Omalu – Vilke) | 2.5 |
| 01.14.26 | Review audio and scene photos | 1.2 |
| 01.15.26 | Review Morales' opinions | 1.8 |
| 01.15.26 | Review DeFoe's opinions | 2.1 |

| Date | Description | Hours |
|---|---|---|
| 01.16.26 | Review Omalu's opinions | 2.4 |
| 01.16.26 | Review Vilke's opinions | 1.2 |
| 01.16.26 | Review Sanchez's opinions | 1.8 |
| 01.17.26 | Outline expert examination (DeFoe – Sanchez – Morales) | 4.4 |
| 01.17.26 | Outline expert examination (Omalu – Vilke – Morales) | 3.6 |
| 01.17.26 | Outline closing argument | 3.7 |
| 01.18.26 | Outline closing argument | 3.3 |
| 01.18.26 | Prepare for Hernandez Examination | 1.7 |
| 01.19.26 | Outline pretrial voir dire | 1.0 |
| 01.19.26 | Prepare for DeFoe Testimony (Review Report/Deposition) | 2.3 |
| 01.19.26 | Outline opening statement | 2.9 |
| 01.20.26 | Outline Plaintiff's Examination (Review Deposition) | 2.1 |
| 01.20.26 | Prepare for Omalu Testimony (Review Report/Deposition) | 3.5 |
| 01.21.26 | Trial preparation (Pretrial Documents – Opening Examinations) | 8.1 |
| 01.22.26 | Trial preparation (Pretrial Documents – Opening Examinations) | 7.9 |
| 01.22.26 | Review medical records | 1.7 |
| 01.23.26 | Trial preparation (Pretrial Documents – Opening Examinations) | 7.2 |
| 01.24.26 | Trial preparation (Pretrial Documents – Opening Examinations) | 7.1 |
| 01.24.26 | Prepare for Morales' Testimony | 3.3 |
| 01.25.26 | Trial preparation (Opening – Examinations – Closing) | 8.5 |
| 01.26.26 | Trial preparation (Opening – Examinations – Closing) | 5.5 |
| 01.26.26 | Prepare for Sanchez Testimony | 4.3 |
| 01.27.26 | Trial preparation (Opening – Examinations – Closing) | 6.3 |
| 01.27.26 | Prepare for Vilke Testimony | 2.2 |
| 01.28.26 | Trial preparation (Opening – Examinations – Closing) | 7.7 |
| 01.29.26 | Trial preparation (Opening – Examinations – Closing) | 5.4 |
| 01.30.26 | Trial – trial preparation * | 13.6 |
| 01.31.26 | Trial preparation * | 12.5 |
| 02.01.26 | Trial preparation * | 11.4 |
| 02.02.26 | Trial – trial preparation * | 15.2 |
| 02.03.26 | Trial – trial preparation * | 15.8 |
| 02.04.26 | Trial – trial preparation * | 14.7 |
| 02.05.26 | Trial – trial preparation * | 14.3 |
| 02.06.26 | Trial – jury deliberations | 12.5 |
| 02.09.26 | Trial – jury deliberations – meeting | 8.0 |
| 03.14.26 | Motion for attorney fees | 1.5 |
| 03.15.26 | Motion for attorney fees | 1.0 |
| 03.24.26 | Motion for attorney fees – Declaration | 1.2 |
| 03.25.26 | Motion for attorney fees – Final Review | 0.8 |
| 03.26.26 | Review Defendants' post-verdict motions | 3.0 |

| Date | Description | Hours |
|---|---|---|
| 03.30.26 | Meet with Ms. Masongsong re: Plaintiff's oppositions to Defendants' post-verdict motions | 0.6 |
| 04.04.26 | Review draft of Plaintiff's opposition to Defendants' Rule 50(b) Motion – Review Trial Transcripts | 2.2 |
| 04.07.26 | Review draft of Plaintiff's opposition to Defendants' Rule 59 Motion | 1.0 |
| 04.08.26 | Work on Plaintiff's oppositions to Defendants' post-verdict motions | 1.6 |
| 04.09.26 | Review Plaintiff's filed oppositions to Defendants' post-verdict motions | 1.1 |
| 04.10.26 | Review Defendants' opposition to Plaintiff's Motion for Attorneys' Fees | 0.6 |
| 04.22.26 | Review Plaintiff's reply to the motion for attorney fees | 0.6 |
| 04.24.26 | Review Defendants' replies to Defendants' post-verdict motions | 0.8 |
| 06.01.26 | Review Court Order on the post-verdict motions | 0.6 |
| 06.05.26 | Review draft of Plaintiff's request for clarification (0.3); Discuss remittitur issue with Ms. Masongsong (0.3) | 0.6 |
| 06.08.26 | Settlement discussions with defense counsel | 0.3 |
| 06.12.26 | Review drafts of stipulation to continue Plaintiff's deadline to accept or reject the remittitur (0.2); Discuss remittitur issue with Ms. Masongsong (0.2) | 0.4 |
| 06.15.26 | Final review of updated draft of stipulation to continue Plaintiff's deadline to accept or reject the remittitur (0.1); related discussions with Ms. Masongsong (0.1) | 0.2 |
| 08.26.26 | Review amended proposed judgment and related stipulation re: settlement on economic damages | 0.4 |
| 09.02.26 | Refiled motion for attorney fees—updated declaration and timesheet | 1.1 |
| 09.14.26 | Review motion for attorney fees | 1.0 |
| | | |
| | | |
| | **TOTAL HOURS** | 421.3 |
| | *Trial Preparation includes review of investigation reports, officer statements, witness statements, expert reports, deposition transcripts, exhibits, photos of scene, dispatch tape, motions in limine, witness list, exhibit list, jury instructions, verdict form, outlining examination of defendant' and officers, outlining examination of witnesses, outlining examination of plaintiff, outlining examination of experts, preparing voir dire, preparing opening statement, and preparing for direct and cross examinations and closing arguments. | |