# EXHIBIT 1

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

***Barber v. County of San Bernardino***
**Case No. 5:22-cv-00625-KK-DTBx**

| Date | Description | Hours |
| --- | --- | --- |
| **7/1/25** | Review case file, case deadlines, and case docket | 2.2 |
| **7/2/25** | Communication with co-counsel regarding discovery and expert retention (0.3); Review opinions of accident reconstructionist from criminal trial (0.6); Compile materials for review by and refer case to potential expert witness (0.5) | 1.4 |
| **7/3/25** | Communication with and retention of expert witness | 0.4 |
| **7/10/25** | Expert discovery—review options for potential experts and expert work product/trial demonstratives in various fields and discuss same with co-counsel | 0.8 |
| **7/14/25** | Review Plaintiff's medical records and current medical condition (0.8); Review procedural history and outcome of Plaintiff's criminal case (0.5); Communication with Plaintiff's police practices expert (0.2) | 1.5 |
| **7/15/25** | Preparation and communication re: retention of expert witnesses | 0.4 |
| **7/16/25** | Review and edit proposed protective order (0.3); Review Defendants' discovery responses (0.2); Create discovery plan and identify action items (0.8); Communications with co-counsel re: fact discovery and expert discovery (0.3) | 1.5 |
| **7/17/25** | Email communication with defense counsel re: protective order, stipulation to continue discovery dates, and Alfred's deposition | 0.3 |
| **7/18/25** | Review further edits to protective order and communicate re finalization and filing thereof (0.2); draft in-house memo re: case facts and history (2.6); Review stipulation to continue the case dates and deadlines, and review trial calendar in conjunction therewith (0.4); Compile materials for review by potential medical experts and review case to potential medical experts (1.0) | 4.2 |
| **7/21/25** | Make further edits to protective order and email defense counsel re: same (0.3); Retain medical experts (0.6); Edit stipulation to continue and email communications with defense counsel re: same and potential mediation scheduling (0.8) | 1.4 |
| **7/24/25** | Communications with defense counsel re: second stipulation to continue the case dates and deadlines and good cause therefore (0.2); Schedule deposition of Deputy Alfred with defense counsel and instruct legal assistant on setting the depo (0.2) | 0.4 |
| **7/25/25** | Review work by accident reconstructionist expert in criminal case | 1.2 |
| **7/29/25** | Work on second stipulation to continue, discuss same with co-counsel, and email defense counsel re: same | 0.8 |
| **7/30/25** | Review further edits to stipulation to continue and email defense counsel re: same | 0.3 |
| **8/4/25** | Discussions re: deposition of Mr. Barber and medical examination of Mr. Barber | 0.4 |
| **8/5/25** | "Meet and confer" communications with defense counsel re: document production (0.2); Provide case updates to retained experts (0.6); Pursue additional discovery materials (0.4) | 1.2 |
| **8/11/25** | Review Defendants' supplemental document production | 2.2 |

| Date | Description | Hours |
|---|---|---|
| **8/22/25** | Prepare for deposition of Deputy Alfred, including summarizing discovery materials and interview transcript and compiling potential exhibits | 2.5 |
| **8/25/25** | Review criminal case transcripts (4.5); Discovery re: medical records (0.2) | 4.7 |
| **8/26/25** | Prepare for deposition of Deputy Alfred, including preparing exhibits (0.8); Deposition of Deputy Alfred (2.8); Confer with Plaintiff's counsel re: medical examination of Mr. Barber and review emails from defense counsel re: same (0.3); Communication with retained expert (0.2) | 4.1 |
| **9/2/25** | Prepare for deposition of Mr. Barber (0.6); Communications re: mediation, and mediation scheduling (0.5); Prepare request for court order for medical exam of Mr. Barber (0.6) | 1.7 |
| **9/3/25** | Set mediation with defense counsel and mediator | 0.2 |
| **9/4/25** | Email defense counsel re: request for examination of Mr. Barber by the parties' medical experts (0.2); Revise and finalize request for court order permitting medical experts to examine Mr. Barber (0.3) | 0.5 |
| **9/5/25** | Review deposition of Deputy Alfred (0.5) and transmit transcript to expert (0.1) | 0.6 |
| **9/12/25** | Review Defendants' Second Supplemental Disclosures | 1.0 |
| **9/9/25** | Deposition of Steffon Barber | 1.7 |
| **9/15/25** | Review Defendants' response to Plaintiff's request for an order permitting Plaintiff's medical experts to examine Mr. Barber in custody (0.2) and Draft stipulation for an order allowing both Parties' medical experts to examine Mr. Barber in custody (0.5) and Email defense counsel re: same (0.1) | 0.8 |
| **9/16/25** | Make final edits to stip for an order allowing both Parties' medical experts to examine Mr. Barber in custody and email defense counsel re: same | 0.3 |
| **9/19/25** | Review court order permitting expert evaluations of Barber and discuss with Plaintiff's medical experts | 0.6 |
| **9/22/25** | Email correspondence regarding continuance of case dates and deadlines | 0.4 |
| **9/23/25** | Provide additional discovery materials to Plaintiff's experts | 0.3 |
| **9/25/25** | Review and edit proposed stipulation to continue the case dates and deadlines | 0.5 |
| **9/26/25** | Email defense counsel with edits to the proposed stipulation to continue the case dates and deadlines with extended briefing schedule on Defendants' anticipated MSJ | 0.2 |
| **9/30/25** | Prepare for "meet and confer" re: Defendants' MSJ, including conducting legal research on *Heck v. Humphrey*, reviewing criminal trial transcripts, and evaluating Plaintiff's claims; | 2.4 |
| **9/30/25** | "Meet and confer" re: Defendants' MSJ (0.4); Follow up with Plaintiffs' experts (0.3) | 0.7 |

**Renee V. Masongsong, Esq.** *Barber v. County of San Bernardino*
**Timekeeping Record** **Case No. 5:22-cv-00625-KK-DTBx**

| Date | Description | Hours |
|---|---|---|
| **10/10/25** | Work on MSJ opposition—review Defendants' motion and accompanying documents (1.6); review deposition of Deputy Alfred with an eye toward separate statement points (2.4); review statement of Deputy Alfred with an eye toward separate statement points (1.5); consult with co-counsel (0.3) | 5.8 |
| **10/13/25** | Work on MSJ opposition—review belt recording (0.3); review testimony of accident reconstructionist in criminal case transcripts (1.3); conduct further legal research on *Heck v. Humphrey* (1.6); work on separate statement of facts (1.6); communications with co-counsel re issues in MSJ (0.3) | 5.1 |
| **10/15/25** | Work on MSJ opposition—review deposition of Mr. Barber with an eye toward separate statement points (1.2); work on separate statement of facts (3.5); review materials from criminal case (2.2) | 6.9 |
| **10/16/25** | Work on MSJ opposition—review police reports and evidence (1.5); consult with Plaintiff's retained expert (0.6); communications with co-counsel (0.5); continue to work on separate statement of facts (3.6) | 6.2 |
| **10/17/25** | Work on MSJ opposition—consult with Plaintiff's retained experts (0.8); further review of criminal case transcripts (1.4); conduct legal research and draft memorandum of points and authorities (5.2); continued communication with co-counsel re: subject of MSJ opposition (0.5) | 7.9 |
| **10/18/25** | Draft memorandum of points and authorities with continued conduction of legal research and review of legal authorities | 4.4 |
| **10/19/25** | Continue to work on Plaintiff's responsive separate statement of facts and responsive conclusions of law | 3.0 |
| **10/20/25** | Consult with Plaintiff's retained expert (0.4); Draft memorandum of points and authorities with continued conduction of legal research and review of legal authorities (4.2) | 4.6 |
| **10/22/25** | Coordinate with medical experts and staff re: examination of Mr. Barber (0.5); Review and incorporate co-counsel's edits to MSJ opposition brief and accompanying documents (0.8) | 1.3 |
| **10/23/25** | Finalize MSJ opposition brief and accompanying documents | 3.4 |
| **10/28/25** | Prepare expert disclosures, including review of medical records (2.8); Communications with Plaintiff's retained experts (0.8) | 3.6 |
| **10/29/25** | Expert discovery—communications/consultations with Plaintiff's retained experts and compilation of disclosure documents | 1.0 |
| **10/30/25** | Expert discovery—communications/consultations with Plaintiff's retained experts and compilation of disclosure documents | 1.0 |
| **10/31/25** | Draft Plaintiff's Initial Expert Disclosures | 3.0 |
| **11/3/25** | Review Defendants' Initial Expert Disclosures and instruct legal assistant re: noticing depositions | 3.2 |
| **11/5/25** | Create expert discovery and deposition plan and work on deposition scheduling (1.8); Provide counterpart reports to experts (0.2); Prepare request for remote appearance by non-lead trial counsel at MSJ hearing (0.3) | 2.3 |
| **11/6/25** | Continued communications with defense counsel, co-counsel, and Plaintiff's experts re: expert depo scheduling | 0.6 |

| Date | Description | Hours |
|---|---|---|
| **11/7/25** | Continued communications re: expert depo scheduling | 0.1 |
| **11/12/25** | Continued communications re: expert depo scheduling | 0.1 |
| **11/13/25** | Continued communications re: expert depo scheduling | 0.1 |
| **11/14/25** | Continued communications re: expert depo scheduling | 0.1 |
| **11/17/25** | Continued communications re: expert depo scheduling | 0.1 |
| **12/3/25** | Continued communications re: expert depo scheduling and coordination and transmit depo notices to experts (0.5); Draft objections to Defendants' RFPs to experts (2.0); Prepare for expert depositions (1.5); Draft mediation brief and discuss settlement demand (2.4) | 6.4 |
| **12/4/25** | Identify subjects of MIL and draft and transmit "meet and confer" correspondence re: Plaintiff's anticipated MILs (1.4); "Meet and confer" with defense counsel re: both Parties' MILs by telephone (0.3) | 1.7 |
| **12/5/25** | Deposition of Amy Magnusson | 1.0 |
| **12/5/25** | Draft mediation brief | 2.0 |
| **12/8/25** | Communications re: expert depo rescheduling (0.1); Draft proposed stipulation to exclude certain evidence following the "meet and confer" re: MILs (0.8) | 1.8 |
| **12/9/25** | Participate in mediation (1.5); Discuss potential stipulation to exclude certain evidence with co-counsel and revise the proposed stipulation (0.5); Email correspondence with defense counsel re: proposed stipulation (0.1) | 2.1 |
| **12/10/25** | Review and incorporate edits to proposed stipulation to exclude certain evidence, and discussions re: same (0.4); Prepare for Morales deposition (0.6); Draft Plaintiff's MIL to exclude criminal history, including review of Mr. Barber's criminal record (1.8); Prepare and circulate Status Report re: Settlement (0.3); Review Court's procedures and deadlines re: pretrial documents (0.4); Call with co-counsel's office regarding trial preparation and preparation of pretrial documents (0.3) | 3.8 |
| **12/11/25** | Draft Plaintiff's MIL to exclude drug evidence (1.0); Begin trial preparation, review Court's order re: trial procedures, identify action items (0.7); Draft Plaintiff's MIL to exclude agency findings (0.7) | 2.4 |
| **12/12/25** | Deposition of Robert Morales | 1.8 |
| **12/12/25** | Work on pretrial documents—MCFL (1.6); PPTCO (1.0); and witness list (2.2) | 4.8 |
| **12/15/25** | Work on pretrial documents—Plaintiff's jury instructions (2.8); Plaintiff's proposed verdict form (0.8); Plaintiff's portion of joint exhibit list (0.8) | 4.4 |
| **12/16/25** | Continue to work on pretrial documents (jury instructions, joint competing verdict forms, witness list, exhibit list, PPTCO) (4.2); Review Defendants' motions in limine (0.8) | 5.0 |

| Date | Description | Hours |
|---|---|---|
| **12/17/25** | Work on jury instructions—incorporate Defendants' proposed jury instructions, prepare disputed set, draft arguments on disputed instructions, draft and transmit email correspondence to defense counsel re: jury instructions | 1.6 |
| **12/18/25** | Work on pretrial documents—email communication with defense counsel re: jury instructions and revise jury instruction sets (0.8); Revise witness list (0.4); Review and edit Plaintiff's oppositions to Defendants' MILs (1.0); Revise exhibit list (0.4) | 2.6 |
| **12/22/25** | Communications re: deposition rescheduling (0.2); Draft proposed Joint Statement of the Case and email defense counsel re: same (0.5); Review Defendants' proposed Statement of the Case and email defense counsel re same (0.2); Finalize Joint Competing Verdict Forms with statement of dispute (0.5); Finalize jury instruction sets (0.7); Work on Joint Pretrial Exhibit Stipulation (0.7); Draft Proposed Voir Dire (0.3); Review Court's Order Denying Defendants' Motion for Summary Judgment (0.4) | 3.5 |
| **12/23/25** | Final review of pretrial documents and instruct legal assistant re: filing | 1.2 |
| **12/29/25** | Deposition of Bennet Omalu (2.5); Trial preparation (0.8) | 3.3 |
| **12/30/25** | Prepare stipulation of facts, email communication with defense counsel and Plaintiff's team re: same (0.6); Review Defendants' Notice of Appeal and discuss ex parte application for a Court order certifying Defendants' appeal as frivolous with Plaintiff's team (0.4) | 1.0 |
| **12/31/25** | Draft Plaintiff's ex parte application for a Court order certifying Defendants' appeal as frivolous and memorandum of points and authorities in support (2.4); Draft my declaration in support of Plaintiff's ex parte application and prepare exhibits thereto (0.8); Review Defendants' ex parte application for a Court order staying the case pending Defendants' appeal (0.3); Draft Plaintiff's opposition to Defendants' ex parte application for a Court order staying the case pending Defendants' appeal (1.5) | 5.0 |
| **1/2/26** | Prepare Joint Status Report (0.6); Email Defendants' counsel re: same (0.1) | 0.7 |
| **1/5/26** | Review Defendants' edits to Joint Status Report and finalize (0.2); Select, locate, compile, and prepare Plaintiff's trial exhibits (2.0) | 2.2 |
| **1/7/26** | Review Court's order re MILs (0.5); Review Court's order denying Defendants' motion to stay and granting Plaintiff's application to certify Defendants' appeal as frivolous (0.4) | 0.9 |
| **1/8/26** | Assist Mr. Galipo with preparation for the Pretrial Conference (0.8); Discuss settlement potential and obtain availability of mediator for further mediation (0.3) | 1.1 |
| **1/9/26** | Email correspondence re: trial date and settlement discussions | 0.2 |
| **1/12/26** | Review Court's order re: exhibits and exhibit binders and communicate with defense counsel's office re: same (0.5); Work on amended exhibit list (0.4) | 0.9 |
| **1/13/26** | Email correspondence re: potential continuance of trial (0.3); Email correspondence re: dismissal of Ninth Circuit appeal (0.1); Trial preparation—further review of Alfred's testimony in the criminal trial (1.2) | 1.6 |

| Date | Description | Hours |
|---|---|---|
| **1/14/26** | Work on exhibits and Amended Joint Exhibit List | 1.8 |
| **1/15/26** | Finalize Amended Joint Exhibit List (0.4); Discussions re: potential trial continuance and review calendar for potential new trial date (0.4); Email correspondence re: Amended Joint Exhibit List and potential new trial date (0.2); Trial preparation, including coordination of witnesses and review of exhibits and transcripts (2.0) | 3.0 |
| **1/16/26** | Discussions re: potential trial continuance and further calendar review (0.4); Email correspondence re: trial date (0.2) | 0.6 |
| **1/20/26** | Finalize Amended Pretrial Exhibit Stipulation | 0.4 |
| **1/21/26** | Trial preparation—review expert reports and expert deposition transcripts and coordinate with expert witnesses | 3.2 |
| **1/26/26** | Trial preparation—review police reports and interview transcripts re: potential defense witnesses | 2.2 |
| **1/27/26** | Trial preparation, including coordinating with expert witnesses and reviewing trial materials | 1.0 |
| **1/28/26** | Trial preparation—review Alfred deposition (0.6); Compile potential exhibits for Plaintiff's opening statement and review Defendants' opening statement Power Point and consider objections thereto (1.0) | 1.6 |
| **1/29/26** | Draft request for a Court order directing the correctional officers accompanying Mr. Barber to trial to dress in plainclothes, and directing that Mr. Barber not be handcuffed during the trial (1.0); Communications with defense counsel re: opening statements and further review of Defendants' Power Point (0.8); Conduct focus group in-house (0.8); Review Court's order directing the correctional officers accompanying Mr. Barber to trial to dress in plainclothes (0.1); Communications re: transmitting this Order to CDCR (0.1) | 2.8 |
| **1/30/26** | Trial—drive time | 3.5 |
| **1/30/26** | Trial and trial preparation | 6.2 |
| **1/31/26** | Coordinate with Plaintiff's expert | 0.1 |
| **2/1/26** | Coordinate with Plaintiff's expert | 0.1 |
| **2/2/26** | Trial—drive time | 3.5 |
| **2/2/26** | Trial and trial preparation | 8.6 |
| **2/3/26** | Trial—drive time | 4.0 |
| **2/3/26** | Trial and trial preparation | 7.2 |

| Date | Description | Hours |
|---|---|---|
| **2/4/26** | Trial—drive time | 3.5 |
| **2/4/26** | Trial and trial preparation | 7.4 |
| **2/5/26** | Trial—drive time | 4.0 |
| **2/5/26** | Trial | 6.0 |
| **2/16/26** | Draft proposed judgment (0.6); Draft joint stipulation for an extended briefing schedule on the post-trial motions (0.5) | 1.1 |
| **2/18/26** | Email correspondence with Defendants' counsel re: comparative fault as it relates to the jury verdict and proposed judgment (0.3); Review Defendants' edits to the joint stipulation for an extended briefing schedule on the post-trial motions (0.2) | 0.5 |
| **2/19/26** | Legal research re: apportionment of fault for negligence and reduction of jury award for an intentional tort (0.5); Email correspondence with Defendants' counsel re: Plaintiff's position on apportionment of fault for negligence and reduction of jury award for an intentional tort (0.5); Finalize joint stipulation for an extended briefing schedule on the post-trial motions (0.2); Edit Plaintiff's Proposed Judgment (0.1); Email communications with defense counsel re: stipulation and proposed judgment (0.1) | 1.4 |
| **3/9/26** | Prepare Plaintiff's Motion for Attorneys' Fees and accompanying documents | 1.0 |
| **3/16/26** | Draft memorandum of points and authorities in support of Plaintiff's Motion for Attorneys' Fees (1.0); Prepare my declaration and time sheet in support of Plaintiff's Motion for Attorneys' Fees (1.5) | 2.5 |
| **3/17/26** | "Meet and confer" with Defendants' counsel regarding the post-trial motions | 0.3 |
| **3/25/26** | Finalize Plaintiff's Motion for Attorneys' Fees and accompanying documents | 2.0 |
| **3/26/26** | Review Defendants' Rule 50(b) Motion and exhibits thereto, including sentencing briefs (2.6); Review Defendants' Rule 59 Motion for New Trial and exhibits thereto (2.2); Communications with attorney John Fattahi ("JF") re: Plaintiff's oppositions to Defendants' post-trial motions (0.5) | 5.3 |
| **3/27/26** | Review cases cited in Defendants' Rule 50(b) Motion (2.3); Review cases cited in Defendants' Rule 59 Motion (1.6); Review trial transcripts from civil case (4.2) | 8.1 |
| **3/30/26** | Continue to review trial transcripts from civil case (3.0); Review relevant portions of the transcripts from the criminal trial (2.8); Meeting with DKG re: Plaintiff's oppositions to Defendants' post-trial motions (0.6) | 6.4 |
| **4/2/26** | Work on Plaintiff's memorandum of points and authorities in opposition to Defendants' Rule 50(b) Motion (4.0); Continue to review trial transcripts from civil case (1.4) | 5.4 |
| **4/4/26** | Continue to work on Plaintiff's memorandum of points and authorities in opposition to Defendants' Rule 50(b) Motion | 3.5 |

| Date | Description | Hours |
|---|---|---|
| **4/5/26** | Continue to work on Plaintiff's memorandum of points and authorities in opposition to Defendants' Rule 50(b) Motion (2.0); Work on Plaintiff's memorandum of points and authorities in opposition to Defendants' Rule 59 Motion (4.2) | 6.2 |
| **4/7/26** | Continue to work on Plaintiff's opposition to Defendants' Rule 50(b) Motion (0.6); Continue to work on Plaintiff's memorandum of points and authorities in opposition to Defendants' Rule 59 Motion (8.2) | 8.8 |
| **4/8/26** | Prepare my declaration and exhibits thereto in support of Plaintiff's opposition to Defendants' post-trial motions (2.3); Continue to work on Plaintiff's memorandum of points and authorities in opposition to Defendants' Motion for a New Trial (11.2); Proofread and edit Plaintiff's memorandum of points and authorities in opposition to Defendants' Rule 59 Motion (0.6); Proofread and edit Plaintiff's memorandum of points and authorities in opposition to Defendants' Rule 59 Motion (0.6); File Plaintiff's two oppositions with my declaration and multiple exhibits (0.3) | 15.0 |
| **4/10/26** | Review Defendants' opposition to Plaintiff's Motion for Attorneys' Fees | 0.6 |
| **4/22/26** | Work on Plaintiff's reply brief in support of Plaintiff's Motion for Attorneys' Fees | 3.2 |
| **4/24/26** | Review Defendants' reply brief in support of Defendants' Rule 59 Motion (0.4); Review Defendants' reply brief in support of Defendants' Rule 50(b) Motion (0.4); Review Defendants' objection to Plaintiff's Motion for Attorneys' Fees (0.3) | 1.1 |
| **4/29/26** | Review Court Order taking the post-trial motions under submission | 0.1 |
| **5/1/26** | Review Defendants' Request for Substitution | 0.1 |
| **6/1/26** | Review Court Order Denying Defendants' Rule 50(b) Motion, Conditionally Denying Defendants' Rule 59 Motion, and Denying as Moot Plaintiff's Motion for Attorneys' Fees (0.8); Discuss Order with DKG and JF (0.3) | 1.1 |
| **6/5/26** | Prepare request for clarification and proposed order re: Court Order Denying as Moot Plaintiff's Motion for Attorneys' Fees (0.8); Discuss remittitur issue with DKG and co-counsel (0.4) | 1.2 |
| **6/10/26** | Review Defendants' Response to Plaintiff's Request for Clarification (0.2); Review Court Order re: Plaintiff's Request for Clarification (0.1) | 0.3 |
| **6/12/26** | Review Defendants' draft stipulation and proposed order to continue Plaintiff's deadline to accept or reject the remittitur (0.1); Edit Defendants' drafts (0.3); Email exchange with defense counsel re: specific language in the stipulation and related discussion with DKG (0.3); Review specific language in Court Order Denying Defendants' Rule 50(b) Motion, Conditionally Denying Defendants' Rule 59 Motion, and Denying as Moot Plaintiff's Motion for Attorneys' Fees as pertinent to disputed language in the draft stipulation (0.3) | 1.0 |
| **6/15/26** | Review email from defense counsel re: disputed language in the stipulation to continue (0.3); Discuss same with DKG (0.2); Make further edits to the stipulation (0.3); Further email exchange with defense counsel's office (0.1); Draft Notice of Rejection of Remittitur (0.5); Further communication with | 1.6 |

| Date | Description | Hours |
|---|---|---|
| | DKG and co-counsel re: Notice of Rejection of Remittitur (0.1); File Notice of Rejection of Remittitur (0.1) | |
| **6/16/26** | Review Court Order Granting Joint Stipulation to Continue Plaintiff's Deadline to Accept or Reject the Court's Remittitur | 0.1 |
| **6/26/26** | Review Bill of Costs entered | 0.1 |
| **7/1/26** | Review Defendants' Notice of Appeal | 0.1 |
| **7/6/26** | Review docket entries in Ninth Circuit Appeal, including schedule notice and status report | 0.2 |
| **7/7/26** | Review further docket entries in Ninth Circuit Appeal | 0.1 |
| **7/29/26** | Email exchange with defense counsel and co-counsel re: continuance of Plaintiff's deadline to accept/reject the remittitur (0.1); Review drafts of stipulation to continue (0.2) | 0.3 |
| **7/30/26** | Ninth Circuit mediation assessment call | 0.4 |
| **8/3/26** | Review Court Order continuing Plaintiff's deadline to accept/reject the remittitur | 0.1 |
| **8/21/26** | Discuss settlement on economic damages with co-counsel | 0.1 |
| **8/26/26** | Draft stipulation re: settlement of the amount of economic damages, proposed amended judgment, and notice of settlement and lodging of proposed amended judgment | 1.0 |
| **8/28/26** | Review and accept Defendants' edits to the stipulation re: settlement of the amount of economic damages and proposed amended judgment (0.3); related email exchange (0.1) | 0.4 |
| **8/31/26** | Review district court's entry of the amended judgment | 0.2 |
| **9/1/26** | Modify my timesheet to include my hours performed on this case after the filing of Plaintiff's Motion for Attorneys' Fees | 0.6 |
| **9/2/26** | Update Plaintiff's Motion for Attorneys' fees and corresponding declarations | 0.8 |
| **9/14/26** | Finalize/Edit Plaintiff's Motion for Attorneys' fees and accompanying documents | 1.2 |

**TOTAL HOURS BILLED: 324.8**
**Hourly Rate Requested: $900**
**Total Amount: $292,320**
**Total Amount with 2.0 multiplier $584,640**