# EXHIBIT 2

**Benjamin S. Levine** *Steffon Barber v. County of San Bernardino*
**Timekeeping Record** **Case No. 5:22-cv-00625-KK-DTBx**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 1/29/2026 | Trial Preparation | 0.8 |
| 2/23/2026 | Response to Objection to Proposed Judgment | 0.8 |
| 4/3/2026 | Opposition to Rule 59 Motion | 0.4 |
| 4/6/2026 | Opposition to Rule 59 Motion | 2.4 |
| 4/7/2026 | Opposition to Rule 59 Motion | 4.7 |
| 4/8/2026 | Opposition to Rule 59 Motion | 2.7 |
| **TOTAL HOURS** | | **11.8** |