# Exhibit “1”

# LAW OFFICE OF JOHN FATTAHI
## Timesheet

| Date | Duration | Description |
|---|---|---|
| 3/26/2026 | 0.2 | Confer with R Masongsong re co-counseling on post-trial motions and likely appeal |
| 3/26/2026 | 1.5 | Review 50(b) motion, memo to file re same |
| 3/26/2026 | 1.4 | Review motion for new trial, memo to file re same |
| 3/26/2026 | 1.6 | Legal research re post-trial issues and confer with R Masongsong re initial thoughts, proposed division of labor |
| 3/30/2026 | 0.4 | Call with team re post-trial motion oppositions |
| 3/31/2026 | 2.5 | Draft opposition to Rule 50(b) motion regarding Heck, legal research and review transcripts, MIL opp'n, PTCO re same |
| 3/31/2026 | 1.3 | Review trial transcripts for post-trial motions and possible appeal |
| 4/1/2026 | 2.4 | Draft opposition to Rule 50(b) motion regarding Heck, legal research and review transcripts re same |
| 4/2/2026 | 10.4 | Draft opposition to Rule 50(b) and Rule 59 motions regarding Heck, qualified immunity, damages, credibility, Dr. Vilke; legal research and review transcripts re same |
| 6/3/2026 | 0.4 | Review post-trial motion order, confer with R Masongsong re same |
| 9/3/2026 | 0.7 | Draft fee declaration |
| | **22.8** | **TOTAL** |