**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Attorneys for Plaintiff, STEFFON BARBER

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

STEFFON BARBER, an individual,

Plaintiff,

vs.

COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,

Defendants.

Case No. 5:22-cv-00625-KK-DTB

Assigned to:
District Judge Kenly Kiya Kato
Magistrate Judge David T. Bristow

**DECLARATION OF DARCI GILBERT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

[*Notice of Motion and Motion; Declarations and Exhibits thereto filed concurrently herewith*]

# DECLARATION OF DARCI GILBERT

I, Darci Gilbert, hereby declare as follows:

1. I am a litigation assistant at the Law Offices of Dale K. Galipo, counsel of record for Plaintiffs. I have personal knowledge of the statements made herein, and if called as a witness, I could and would competently testify under oath to the matters that I have set forth in this declaration.

2. In 2002, I started working as a legal assistant for six (6) criminal defense attorneys while attending school in San Diego, California. Shortly thereafter, in 2006 I obtained my paralegal certification from the University of San Diego. From 2007 through April of 2012, I was working as a paralegal and office manager for a class action, employment civil litigation law firm in San Diego. In May of 2012 I began employment with the United States District Court, Southern District of California, where I worked starting as an intake clerk, to a case administrator, followed by case services specialist, and concluded approximately the last 5 years of employment with CASD as the supervisor for the Case Services Department. I was employed with CASD through February of 2025. I have been in the legal profession for approximately 24 years, with experience ranging from State, Federal and Appellate Court, working as a litigation assistant, paralegal, and Federal Court employee.

3. In March of 2025, I joined the Law Offices of Dale K. Galipo, where I currently work as a litigation assistant. Over the past seven months, I have worked diligently and energetically alongside Mr. Galipo and Ms. Masongsong. Under the supervision of Mr. Galipo, along with Ms. Masongsong, I have worked on cases from pre-litigation to trial. I consistently support the attorneys by adhering to and contributing to my regular office responsibilities as a litigation assistant. Within the scope of my regular office responsibilities, I vet potential new clients, thoroughly communicating to determine if said person has a potential case for this office, I calendar all deadlines for each case based off scheduling orders, local and Federal rules, I draft legal templates for attorneys, I

methodically review each email received, I monitor communications with clients, I review and index discovery, I monitor and enter all costs into an excel spreadsheet for each case Ms. Masongsong has acquired, I upload all filings within CM/ECF, and have a thorough understanding of the functionalities of CM/ECF, I am knowledgeable with the Federal Rules of Civil Procedures, local rules, and Chambers preferences for each Federal Court to ensure we meet our deadlines consistently and accurately, among many other miscellaneous tasks presented daily.

4.. In preparation for trial, I have spent a significant amount of time preparing and printing exhibit and trial binders for the Court, jury, witnesses, and attorneys, organizing and printing for several binders that included deposition transcripts, expert reports, and officer statements, communicating with clients, consistently contacting experts and witnesses with coordinating specific dates and times to appear at trial, drafting documents, issuing subpoenas, filing pretrial documents among many other tasks.

5. In the course and scope of the responsibilities of prepping for trial and time spent on this case, I prepared the descriptions included in each billing record noted by date, that shows my name as the "Timekeeper", attached hereto as "**Exhibit A**".

6. As of this date, I have spent 48.3 hours of time in connection with tasks necessary to assist in achieving the resolution of this case.

7. I respectfully request that the Court award me an hourly rate of $250 for my services. On July 29, 2026, in *Garcia, et al. v. City of Tustin,* case no.: 8:22-cv-00131-SPG-KES, the Court approved my hourly rate of $250.00 (ECF 198). With the experience I have gained in my professional career, working in the legal profession over the past 24 years, I believe that $250 is a fair and reasonable rate and respectfully request that the Court award this amount.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed September 14, 2026, in Woodland Hills, California

*/s/ Darci Gilbert*

# EXHIBIT 1

**Darci Gilbert**
**Timekeeping Record**

***Barber v. County of Los Angeles, et al.***
**Case No. 5:22-cv-00625-KK-DTB**

| Date | Description | Hours |
|---|---|---|
| 06.04.25 | Emails with office manager re retainer and 1.5.1 agreement | 0.2 |
| 06.10.25 | Email to Rodney Diggs office re retainer and 1.5.1 agreement | 0.1 |
| 06.16.25 | Follow-up email to Rodney Diggs office for retainer and 1.5.1 agreement | 0.1 |
| 06.19.25 | Email with Rodney Diggs office re 1.5.1 agreement | 0.1 |
| 07.2.25 | Follow-up email to Rodney Diggs office re 1.5.1 agreement | 0.1 |
| 07.10.25 | Email with Rodney Diggs office re 1.5.1 agreement | 0.1 |
| 12.18.25 | E-file Plaintiff's Memorandum of Contentions of Fact and Law, ECF 117, download and save to file. | 0.2 |
| 12.18.25 | Download and save to file defendants proposed voir dire, ECF 118 | 0.1 |
| 12.18.25 | Download and save to file defendants opposition to motion in limine no. 1, ECF 119 | 0.1 |
| 12.18.25 | Download and save to file defendants opposition to motion in limine no. 2, ECF 120 | 0.1 |
| 12.18.25 | Download and save to file defendants opposition to motion in limine no. 3, ECF 121 | 0.1 |
| 12.18.25 | E-file Joint witness list, ECF 122, download and save to file | 0.2 |
| 12.18.25 | E-file Joint Exhibit List, ECF 123, download and save to file | 0.2 |
| 12.19.25 | Download and save to file Plaintiff's opposition to motion in limine 1, ECF 124 | 0.1 |
| 12.19.25 | Download and save to file plaintiff's opposition to motion in limine 2, ECF 125 | 0.1 |
| 12.19.25 | Download and save to file plaintiff's opposition to motion in limine 3 | 0.1 |
| 12.19.25 | Download and save to file plaintiff's opposition to motion in limine 4, ECF 127 | 0.1 |
| 12.19.25 | Download and save to file plaintiff's opposition to motion in limine 5, ECF 128 | 0.1 |
| 12.19.25 | Download and save to file defendants notice of errata, ECF 129 | 0.1 |
| 12.19.25 | Download and save to file defendants Exhibit, ECF 130 | 0.1 |
| 12.22.25 | Work on table of contents to joint agreed upon jury instructions | 1.0 |
| 12.22.25 | Work on table of contents to joint disputed jury instructions | 1.0 |
| 12.22.23 | Several mails to all plaintiff experts re trial date and time for testimony | 0.2 |
| 12.22.25 | Draft notice of lodgment of final pretrial conference order | 0.2 |
| 12.22.25 | Download and save to file Statement of the Case, ECF 131 | 0.1 |
| 12.22.25 | Download and save to file Minute order denying defendants Motion for Summary Judgment, ECF 132 | 0.1 |
| 12.22.25 | Download and save to file application for writ, ECF 133 | 0.1 |
| 12.23.25 | Multiple emails with attorney re filings | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 12.23.25 | E-file ECF 134 Notice of Lodging Proposed Pretrial Conference, save documents to file | 0.2 |
| 12.23.25 | E-file ECF 135 Proposed Jury Instructions, download and save to file | 0.2 |
| 12.23.25 | E-file ECF 138 Proposed Jury Instructions, download and save to file | 0.2 |
| 12.23.25 | E-file ECF 137 Statement of the Case, download and save to file | 0.2 |
| 12.23.25 | E-file ECF 138, Proposed Voir Dire, download and save to file | 0.2 |
| 12.23.25 | PDF and save to file, ECF 139 – Minute Order | 0.1 |
| 12.23.25 | E-file ECF 140 Joint Pretrial Stipulation, download and save to file | 0.2 |
| 12.23.25 | E-file ECF 141 Notice of Deficiency and save to file | 0.2 |
| 12.23.25 | E-file ECF 142 Proposed competing verdict form | 0.2 |
| 12.23.25 | Download and save to file ECF 144 Notice of clerical error | 0.1 |
| 12.23.25 | Download and save to file ECF 143 Order on Application for Writ of Habeas Corpus | 0.1 |
| 12.23.25 | Several emails with plaintiff's expert Amy Magnusson regarding schedule for testifying in trial | 0.2 |
| 12.29.25 | Call to Dr. Omalu's Office regarding his deposition | 0.2 |
| 12.29.25 | Start to gather documents, and transcripts for trial, determine what we have and what transcripts we need to order | 1.0 |
| 12.29.25 | Start to prepare pretrial binder for Mr. Galipo, print filings. | 0.5 |
| 12.30.25 | PDF In Chambers Order re pretrial filings, ECF 145, calendar deadline, save to file | 0.2 |
| 12.30.25 | Print more trial documents for Mr. Galipo to review, place in binder, index binder | 1.0 |
| 12.30.25 | Download and save to file ECF 146, Notice of Appear | 0.1 |
| 12.31.25 | PDF In Chambers Order , ECF 147, calendar deadline, save to file | 0.2 |
| 12.31.25 | E-file ECF 148 Stipulation of Facts, save to file | 0.2 |
| 12.31.25 | Download and save to file ECF 149 defendants Notice of Errata | 0.1 |
| 12.31.25 | Download and save to file ECF 150 Amended Notice of Appeal | 0.1 |
| 12.31.25 | Download and save to file defendants Ex Parte Application to Stay, ECF 151 | 0.1 |
| 12.31.25 | Assist with Ex Parte Application to Certifying Defendants Appeal as Frivolous, format, assist with declaration, gathering exhibits and e-file documents, ECF 152 | 2.0 |
| 12.31.25 | Assist with formatting and e-file opposition to Ex Parte Application to Stay, ECF 153 | 1.0 |
| 01.02.26 | Download and save to file Memorandum in Opposition to Ex Parte Application, ECF 154 | 0.1 |
| 01.05.26 | Format and file Status Report, ECF 155 | 0.3 |
| 01.05.26 | Start to assemble trial boxes, 5 copies of everything, with depositions transcripts of Christopher Alfred, Scott DeFoe, Amy Magnusson, | 3.0 |

**Darci Gilbert**
**Timekeeping Record**

***Barber v. County of Los Angeles, et al.***
**Case No. 5:22-cv-00625-KK-DTB**

| Date | Description | Hours |
|---|---|---|
| | Bennet Omalu, Philip Sanchez, Robert Morales, and Steffon Barber, organize boxes with tabs, in the event trial is going forward. | |
| 01.05.26 | Print plaintiffs exhibits for Mr. Galipo to review | 1.0 |
| 01.05.26 | Download and save to file Notification from Ninth Circuit, ECF 156 | 0.1 |
| 01.07.26 | Prepare pretrial documents and binder for pretrial conference hearing for Ms. Masongsong | 1.0 |
| 01.08.26 | Download and save to file Minute Order Denying Defendants Ex Parte Application to Stay Proceedings, and Granting Plaintiffs Application, ECF 157 | 0.2 |
| 01.08.26 | Download and save to file Order on Motions in Limine, ECF 158 | 0.1 |
| 01.08.26 | Download and save to file Minute of Final Pretrial Conference, ECF 159 | 0.1 |
| 01.12.26 | Emails with Rodney Diggs office regarding preparing exhibit binders for court | 0.3 |
| 01.12.26 | Download and save to file Notice of Appearance or Withdraw, ECF 160 | 0.1 |
| 01.14.26 | Start to assemble Plaintiff's trial exhibits in anticipation of sending all exhibits via Fedex timely to the Court. Assemble 3 binders for the court, tabbed and indexed with original plaintiff's tab, upload all exhibits on USB flash drives | 3.0 |
| 01.14.26 | Emails with Sullivan court reporter agency to order deposition transcripts | 0.2 |
| 01.15.26 | Prepare to file and file Amended Joint Exhibit List, ECF 162 | 0.2 |
| 01.16.26 | PDF and save to file In Chambers Order re Joint Exhibit Stipulation, ECF 163, calendar deadline | 0.2 |
| 01.16.26 | Finalize Plaintiff's trial exhibit binders to overnight out to the court, take all exhibit binders to FedEx to overnight out to the Court. | 2.0 |
| 01.16.26 | Download and save to file Order from Ninth Circuit re dismissal of appeal, ECF 164 | 0.1 |
| 01.19.26 | Start to print trial exhibits for both plaintiff and defense counsel | 2.0 |
| 01.20.26 | Prepare to file and file Joint Pretrial Stipulation regarding exhibits, ECF 165 | 0.2 |
| 01.20.26 | Finalize printing Plaintiff's trial exhibits for both plaintiff and defense counsel | 2.0 |
| 01.21.26 | Continue to gather and finalize documents for trial boxes, 5 copies of everything, officer statements, investigation reports, deposition transcripts, expert reports, and place entire case file with all documents on 2 USB flash drives for plaintiff's counsel. Organize trial boxes with tabs of all documents | 4.0 |
| 01.21.26 | Download and save to file Application for Writ of Habeas Corpus, ECF 166 | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 01.23.26 | Attempt to locate certain paramedics and air nurse to subpoena for trial | 0.2 |
| 01.26.26 | Download and save to file Order on Amended Application for Writ, ECF 167 | 0.1 |
| 01.27.26 | Attempt to contact San Bernardino County Fire Department regarding subpoenas to witnesses | 0.2 |
| 01.28.26 | Download and save to file Transcript Order, ECF 168 | 0.1 |
| 01.29.26 | Prepare to file and file Request for Plaintiff to Dress in Plainclothes, ECF 169 | 0.2 |
| 01.29.26 | Download and save to file Order for Plaintiff to Dress in Plainclothes, ECF 170 | 0.1 |
| 02.02.26 | Download and save to file Minutes of Day 1 Jury trial, ECF 171 | 0.1 |
| 02.03.26 | Download and save to file defendants Notice of Motion and Motion for Judgment as a Matter of Law, ECF 172 | 0.1 |
| 02.04.26 | Download and save to file Minutes of Day 2 of Trial, ECF 173 | 0.1 |
| 02.04.26 | Download and save to file Amended Order on Application for Writ, ECF 174 | 0.1 |
| 02.04.26 | Download and save to file Minutes of Day 3 of Trial, ECF 175 | 0.1 |
| 02.04.26 | Prepare to file and file Proposed Jury Instructions, ECF 176 | 0.2 |
| 02.05.26 | Download and save to file Minutes of Day 4 of Trial, ECF 177 | 0.1 |
| 02.06.26 | Download and save to file Minutes of Day 5 of trial, ECF 178 | 0.1 |
| 02.06.26 | Download and save to file Amended Minutes of Day 4 of Trial, ECF 179 | 0.1 |
| 02.06.26 | Download and save to file Second Amended Order on Application for Writ, ECF 180 | 0.1 |
| 02.09.26 | Download and save to file Minutes of Day 6 of Trial, ECF 181 | 0.1 |
| 02.09.26 | Download and save to file Minutes of Day | 0.1 |
| 02.10.26 | Download and save to file Minutes of Day 7 of Trial, ECF 182, concluding trial | 0.1 |
| 02.10.26 | Download and save to file List of Exhibits, ECF 183 | 0.1 |
| 02.1026 | Download and save to file Final Jury Instructions, ECF 184 | 0.1 |
| 02.10.26 | Download and save to file Receipt for Release of Exhibits, ECF 185 | 0.1 |
| 02.10.26 | Download and save to file Jury Note No. 1 | 0.1 |
| 02.10.26 | PDF and save to file Sealed Jury Note No. 1, ECF 187 | 0.1 |
| 02.10.26 | Download and save to file Jury Note No. 2, ECF 188 | 0.1 |
| 02.10.26 | PDF and save to file Sealed Jury Note No.2, ECF 189 | 0.1 |
| 02.10.26 | Download and save to file Jury Note No. 3, ECF 190 | 0.1 |
| 02.10.26 | PDF and save to file Sealed Jury Note No.3, ECF 191 | 0.1 |
| 02.1026 | Download and save to file Jury Note No. 6, ECF 192 | 0.1 |
| 02.10.26 | PDF and save to file Sealed Jury Note No. 6, ECF 193 | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 02.10.26 | Download and save to file Jury Note No. 7, ECF 194 | 0.1 |
| 02.10.26 | PDF and save to file Sealed Jury Note No.7, ECF 195 | 0.1 |
| 02.10.26 | Download and save to file Court's Response to Jury Note No. 2, ECF 196 | 0.1 |
| 02.10.26 | PDF and save to file Sealed Court's Response to Jury Note No. 2, ECF 197 | 0.1 |
| 02.10.26 | Download and save to file Court's Response to Jury Note No. 3, ECF 198 | 0.1 |
| 02.10.26 | PDF and save to file Sealed Court's Response to Jury Note No.3, ECF 199 | 0.1 |
| 02.10.26 | Download and save to file Verdict Form, ECF 200 | 0.1 |
| 02.10.26 | PDF and save to file Sealed Verdict Form, ECF 201 | 0.1 |
| 02.18.26 | Download and save to file Order for Parties to File Proposed Judgment, ECF 202 | 0.1 |
| 02.20.26 | Create proposed order for filing of Joint Stipulation for Extension of Time to File Post-Trial Motions, email to all parties for approval, and e-filed with the Court, ECF 203 | 0.3 |
| 02.20.26 | Create notice of lodgment of proposed judgment, e-filed with the Court, ECF 204 | 0.2 |
| 02.23.26 | Downloaded and saved to file Order Extending Post-Trial Motions, ECF 205. Calendared all deadlines | 0.3 |
| 2.23.26 | Downloaded and saved to file Defendants Objections to Proposed Judgment, ECF 206 | 0.1 |
| 02.26.26 | Downloaded and saved to file Judgment, ECF 207 | 0.1 |
| 03.12.26 | Work on application to tax costs | 1.0 |
| 03.23.26 | Work on attorney fee motion – determine which costs are considered billable and put exhibits together | 1.0 |
| 03.25.26 | Work on attorney fee motion – prepare exhibits, work on table of authorities | 2.0 |
| 04.02.26 | Prepare to file and file revised declaration of Dale K. Galipo, ECF 261 | 0.2 |
| 04.08.26 | Work on tables and formatting re Plaintiff's Opposition to Rule 50b motion | 2.0 |
| 04.09.26 | Downloaded and saved to file ECF nos. 217 – 220, reviewed documents. | 0.2 |
| 04.23.26 | Received, reviewed and downloaded ECF nos. 221 – 2225 | 0.2 |
| 06.03.26 | Reviewed order ruling on motion for judgment, plaintiff's motion for attorney fees. Calendared new deadlines | 0.2 |
| 06.16.26 | Reviewed and calendared Order granting stip. to continue deadline to accept remittitur | 0.2 |

**Darci Gilbert** | ***Barber v. County of Los Angeles, et al.***
**Timekeeping Record** | **Case No. 5:22-cv-00625-KK-DTB**

| Date | Description | Hours |
|---|---|---|
| 07.07.26 | Reviewed Ninth Circuit order, saved to file | 0.1 |
| 08.28.26 | Prepared to file, fixed formatting issues, filed Proposed Judgment, ECF nos. 255 - 256 | 0.2 |
| 08.31.26 | Received ECF 257, Amended Judgment – calendared deadline to file attorney fees motion | 0.2 |
| 09.09.26 | Received ECF nos. 258 – 259, reviewed and saved to file | 0.1 |
| 09.10.26 | Work on Attorney fee time | 1.0 |
| | | |
| | | |
| | | |
| | | |
| | **TOTAL HOURS** | 48.3 |