Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
Delaney K. Sirmay (SBN 345397)
E-mail: dsirmay@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
COUNTY OF SAN BERNARDINO and
DEPUTY CHRISTOPHER ALFRED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEFFON BARBER, an individual,

Plaintiff,

v.

COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,

Defendant.

Case No. 5:22-cv-00625-KK-DTBx

**STIPULATION TO CONTINUE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

IT IS HEREBY STIPULATED between Plaintiff STEFFON BARBER, ("Plaintiff") and Defendants COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED, ("Defendants") by and through their counsel of record, that the hearing for Plaintiff's Motion for Attorney Fees is continued to October 29, 2026. The basis for this Stipulation is as follows:

1. On August 31, 2026, the Court entered an Amended Judgment in favor of Plaintiff, with a total judgment sum of $26,000,000 and a settlement between the Parties for Plaintiff's economic damages totaling $500,000. Dkt. 257.

2. On September 14, 2026, Plaintiff filed a Motion for Attorney Fees. Dkt. 261.

3. On September 17, 2026, the parties met and conferred and agreed that additional time is required for Defendants to oppose Plaintiff's Motion for Attorney Fees and for Plaintiff to file a Reply.

4. As such, the parties have agreed to the following briefing schedule:

| | |
|---|---|
| Defendants' Opposition to Motion for Attorney Fees to be filed by: | October 1, 2026 |
| Plaintiff's Reply to be filed by: | October 15, 2026 |
| Hearing on Motion for Attorney Fees: | October 29, 2026 |

IT IS SO STIPULATED.

Dated: September 18, 2026

LAW OFFICES OF DALE K. GALIPO

By: /s/ Dale K. Galipo, Esq.
Dale K. Galipo, Esq.
Renee V. Masongsong, Esq.
Attorneys for Plaintiff
Steffon Barber

Dated: September 18, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Caylin W. Jones [1]
Nathan A. Oyster
Caylin W. Jones
Attorneys for Defendants
COUNTY OF SAN BERNARDINO
and DEPUTY CHRISTOPHER
ALFRED

[1] In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.