UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br>Plaintiff,<br>v.<br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br>Defendant. | Case No. 5:22-cv-00625-KK-DTBx<br>**[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

The Court, having considered the Parties' Stipulation, hereby GRANTS the Stipulation and continues the Hearing on Motion for Attorney's Fees to October 29, 2026. Any Opposition to Motion to for Attorney Fees shall be set for October 1, 2026. Any Reply shall be due by October 15, 2026.

**IT IS SO ORDERED.**

Dated: September _____, 2026

______________________________
Hon. Kenly Kiya Kato
United States District Judge