Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
Delaney K. Sirmay (SBN 345397)
E-mail: dsirmay@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO and
DEPUTY CHRISTOPHER ALFRED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-00625-KK-DTBx<br><br>**NOTICE OF ERRATA RE: DEFENDANTS' OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR ATTORNEYS' FEES [DKT. 266]** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED submit this Notice of Errata regarding Defendants' Opposition to Plaintiff's Amended Motion for Attorneys' Fees [Dkt. 266]. Defendants' Corrected Opposition to Plaintiff's Amended Motion for Attorneys' Fees is filed as of this date with the following change:

The language in Defendants' original opposition [Dkt. 266] at 5:20-22 is replaced with new language. The original language from Dkt. 266 reads: "Unlike *Borunda*, Plaintiff was actually convicted under Penal Code § 245(a)(1) and his civil excessive force claim can be analyzed separately from his assault with a deadly weapon crime." See Dkt. 266 at 5:20-22.

The corrected language reads: "Unlike *Borunda*, Plaintiff was actually convicted under Penal Code § 245(a)(1) and his criminal fees were therefore not "useful" to his civil excessive force claim."

Dated: October 2, 2026 BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Caylin W. Jones
Nathan A. Oyster
Caylin W. Jones
Delaney K. Sirmay
Attorneys for Defendants
COUNTY OF SAN BERNARDINO
and
DEPUTY CHRISTOPHER ALFRED