LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEFFON BARBER, an individual,

Plaintiff,

vs.

COUNTY OF SAN BERNARDINO and CHRISTOPHER ALFRED,

Defendants

Case No. 5:22-cv-00625-KK-DTB

Assigned to:
District Judge Kenly Kiya Kato
Magistrate Judge David T. Bristow

**SUPPLEMENTAL DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

*[Exhibit thereto]*

# DECLARATION OF RENEE V. MASONGSONG

I, Renee V. Masongsong, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I make this supplemental declaration in support of Plaintiff's Motion for Attorneys' Fees (Dkt. 261), which is currently pending before this Court.

2. Subsequent to Plaintiff filing his Motion for Attorneys' Fees on September 14, 2026 (Dkt. 261) and his reply in support of his Motion for Attorneys' Fees on October 15, 2026 (Dkt. 270), Plaintiff's counsels, paralegal, and legal assistants in the instant action were awarded statutory attorneys' fees by Central District Judge Honorable Otis Wright in the police shooting case *Petit v. City of Los Angeles*, Case No. 2:23-cv-00789-ODW (PVCx). The jury in the *Petit* matter reached a verdict in Plaintiff Ashlyn Petit's favor on February 25, 2026, and Judge Wright issued the order on the motion for attorneys' fees in the *Petit* case on November 2, 2026.

3. Attached hereto as "Exhibit A" is the November 2, 2026 order on Plaintiff's attorney fee motion in *Petit v. City of Los Angeles*, which awarded the following hourly rates:

| | |
|---|---|
| Dale K. Galipo | $1,500 |
| Rodney S. Diggs | $1,250 |
| Renee V. Masongsong | $900 |
| Brandon R. Tanter | $650 |
| Alice D. Williams (paralegal) | $350 |
| Darci Gilbert (L. Assist) | $250 |

("Exhibit A," Dkt. 225 in Case No. 2:23-cv-00789-ODW (PVCx) at p. 15).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of November 2026 in Woodland Hills, California.

*/s/ Renee V. Masongsong*

Renee V. Masongsong