Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
Delaney K. Sirmay (SBN 345397)
E-mail: dsirmay@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600Fax: 213.236.2700

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO and
DEPUTY CHRISTOPHER ALFRED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-00625-KK-DTBx<br><br>**DECLARATION OF NATHAN A. OYSTER IN SUPPORT OF DEFENDANTS' MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL** |

I, Nathan A. Oyster, declare as follows:

1. I am a partner with Burke, Williams & Sorensen, LLP, attorneys of record for Defendants COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendants' Motion to Stay Enforcement of Judgment Pending Appeal.

2. On October 22 and 23, 2026 I met and conferred with Plaintiff's counsel, Renee Masongsong, via email and telephone regarding Defendants' Motion

to Stay Enforcement of Judgment Pending Appeal. The parties were unable to come to an agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 19th day of November, 2026, at Los Angeles, California.

/s/ Nathan A. Oyster
Nathan A. Oyster