Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
Delaney K. Sirmay (SBN 345397)
E-mail: dsirmay@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO and
DEPUTY CHRISTOPHER ALFRED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-00625-KK-DTBx<br><br>**DECLARATION OF PALOMA HERNANDEZ-BARKER IN SUPPORT OF DEFENDANTS' MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL** |

I, **PALOMA HERNANDEZ-BARKER**, declare as follows:

1. I am the Deputy Executive Officer at the County of San Bernardino primarily responsible for the administration and oversight of the countywide budget process. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendants' Motion to Stay Enforcement of Judgment Pending Appeal.

2. On June 9, 2026, the San Bernardino County Board of Supervisors adopted the County's budget for Fiscal Year 2026-27. Total countywide

requirements for 2026-27 are approximately $10.9 billion and its estimated general fund reserves as of June 30, 2026 are $1.1 billion. General Fund requirements are $5.6 billion, of which $1.7 billion is funded with discretionary general revenue, primarily funded by property tax receipts. Attached as Exhibit "A" is a true and correct copy of the County's 2026-2027 budget.

3. County Policy 05-01 requires a General Purpose Reserve equal to 20 percent of locally funded appropriation, and the County of San Bernardino maintains a 5 percent contingency set-aside; the 2026-27 budget funds both reserve amounts, allocating $14,974,619 and $3,743,655 respectively.

4. The County of San Bernardino also continues to build reserves: it is projected to have contributed $218.7 million to reserves in 2025-26 ($195.5 million General Fund, $23.2 million non-General Fund), and the 2026-27 budget provides for contributions of $161.5 million and $19.8 million respectively, against budgeted reserve usage of $81.7 million.

5. The County ended Fiscal Year 2024-25 with assessed valuation growth of 7.2 percent against the 3.0 percent assumed in the budget. It had a General Fund balance that was $65.1 million higher than anticipated in the 2025-26 Recommended Budget, and assessed valuation grew 6 percent in 2025-26 against 3 percent budgeted. The County's 2026-27 budget is structurally balanced, with $32.1 million in ongoing funding available to offset future cost increases.

6. The County has the ability to pay the Judgment if it is affirmed.

7. The County has not budgeted for bond premiums. Funding annual premiums on a bond of $26 million or more, without the benefit of budgetary planning, would require the County to divert money from existing programs and services that benefit County residents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 13th day of November, 2026, at 4:09PM, California.

**PALOMA HERNANDEZ-BARKER**
Deputy Executive Officer, County Administrative Office