Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
Delaney K. Sirmay (SBN 345397)
E-mail: dsirmay@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
COUNTY OF SAN BERNARDINO and
DEPUTY CHRISTOPHER ALFRED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-00625-KK-DTBx<br><br>**DECLARATION OF PAUL KIEHL IN SUPPORT OF DEFENDANTS' MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL** |

I, Paul Kiehl, declare as follows:

1. I am the Deputy Director of Risk Management at the County of San Bernardino. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendants' Motion to Stay Enforcement of Judgment Pending Appeal.

2. The County of San Bernardino maintains a self-insured liability program and excess liability coverage. The County has a $5,000,000 self-insured retention, which means the County is personally responsible for the first $5,000,000.

The County then has two $25,000,000 layers of excess liability insurance, providing up to $50,000,000 in excess coverage after the $5,000,000 self-insured retention. Thus, the County has sufficient funds and insurance coverage available to satisfy the judgment if it is ultimately upheld.

3. The County did not budget for bond premiums in the current fiscal year. Therefore, funding them now would require diverting money from existing County programs and services. A bond in the full amount of the amended would require the County to incur significant near-term costs for no corresponding benefit. Annual premiums for appeal bonds are often 2% to 3% of the face amount of the bond and frequently require partial or complete collateralization.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 17th day of November, 2026, at SAN BERNARDINO CA, California.

Paul Kiehl