UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER, an individual,<br>Plaintiff,<br>v.<br>COUNTY OF SAN BERNARDINO, a municipal entity, DEPUTY CHRISTOPHER ALFRED, an individual, and DOES 1 through 10, inclusive,<br>Defendant. | Case No. 5:22-cv-00625-KK-DTBx<br>**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL** |

Before this Court is Defendant COUNTY OF SAN BERNARDINO and DEPUTY CHRISTOPHER ALFRED's Motion to Stay Enforcement of Judgment

Pending Appeal. Upon consideration, and good cause appearing, the Court hereby GRANTS Defendant's Motion and rules as follows:

The Judgment is stayed unsecured and without bond pending Defendants' Appeal.

**IT IS SO ORDERED.**

Dated: ________ ____________________________________

Honorable Kenly Kiya Kato
United States District Judge